Marc S. Bragg, Esq. SBN: 187859
415 Laurel St., PMB 214
San Diego, Ca., 92101
Telephone: 858 585 6909
eMail: braggoffices@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OCALIFORNIA

| | |
|---|---|
| Bakersbodega, Inc, a California Corporation and Coast 2 Coast Foods, Inc., a California Corporation; | NO. 3:24-cv-00046-AGS-JLB |
| | *Assigned for all purposes to: Hon. Andres G. Schopler* |
| Plaintiffs, | |
| vs. | AMENDED COMPLAINT |
| Emmanuel Rodriguez, an Individual; Apollo Management Group, Inc., dba Bakers Express, a California Corporation; Alejandro Rodriguez, an Individual; Bakery Trade, Inc., a California Corporation, and DOE Defendants 1-50. | 1. UNREGISTERED TRADE DRESS INFRINGEMENT and COMMON LAW TRADEMARK CLAIMS;<br>2. BREACH OF FIDUCIARY DUTY;<br>3. DECEIT & FRAUD;<br>4. UNLAWFUL, UNFAIR AND FRAUDULENT COMPETITION UNDER CALIFORNIA BUSINESS & PROFESSIONS CODE Sec. 17200;<br>5. BREACH OF CONTRACT;<br>6. ACCOUNTING & INJUNCTIVE RELIEF. |
| Defendants. | |
| | Removal Date: 1.5.2024<br>RULE 26: TBD<br>TSC: TBD<br>TRIAL DATE: TBD |

**COMPLAINT**

Plaintiffs BAKERSBODEGA, INC, ("BAKERSBODEGA"") and COAST 2

COAST FOODS, INC. ("COAST") (collectively "PLAINTIFFS") by and through counsel, Marc S. Bragg, brings this Complaint and in support states as follows:

INTRODUCTION & PARTIES

*PLAINTIFFS*

1.     PLAINTIFF BAKERSBODEGA, INC. is a California corporation ("PLAINTIFF BAKERSBODEGA") with a primary business address in Otay Mesa, San Diego County,  California, and was at all relevant times, in good standing and the owner of certain intellectual property within the wholesale and retail baking industry including confidential vendor and client lists, pricing and marketing strategies, and a strong branding and marketing presence which it has built over many years within Southern California using the name "BAKERSBODEGA" alone (the "MARK") and at times with the unique detailed image of a baker. Exhibits "1" (Image of the MARK with the "Baker").

2.     At all relevant times, PLAINTIFF BAKERSBODEGA was the creator and Franchisor of the 'BAKERSBODEGA' franchise, a California franchise which provided marketing, branding, supplies and services to franchisees within the retail and wholesale baking industry.

3.     At all relevant times, PLAINTIFF COAST 2 COAST, INC., a California corporation ("PLAINTIFF COAST") with a primary business address in Otay Mesa, San Diego County, California, and at all relevant times, operated a large wholesale and retail bakery outlet supply store providing baking goods, services, and supplies to the Southern California market which included BAKERSBODEGA branded products and proprietary marketing and sales plans and techniques under license from PLAINTIFF BAKERSBODEGA.

4.     This action arises from Defendants' joint and several conversion of Plaintiffs' trade secrets and other intellectual property including PLAINTIFF

BAKERSBODEGA's trade dress and state common law trademark rights including trading off of the domain name "bakersbodega.com" without BAKERSBODEG's consent; And, pirating of PLAINTIFFS' internet traffic and presence, branding, marketing and operating plans, pricing strategies, customer and vendor lists, and trade secrets, and intentional consumer deception furthered by Defendants' knowingly and falsely holding themselves out to consumers, vendors, and the public at large as joint venturers, representatives, and/or agents of PLAINTIFFS by use of the MARK when in fact they were not.

### DEFENDANTS

#### DEFENDANT EMMANUEL RODRIGUEZ

5.     Defendant Emmanuel Rodriguez ("DEFENDANT RODRIGUEZ"), an adult resident of California who conducts relevant business within San Diego County, knowingly acquired PLAINTIFFS' intellectual property and assets through trickery and deceit while occupying a fiduciary relationship with the PLAINTIFFS as an officer and/or director of PLAINTIFFS', and then intentionally exploited PLAINTIFFS' property without any care or regard for PLAINTIFF's rights in and to that property or the damage caused by their malicious pirating and exploitation.

6.     At all relevant times, DEFENDANT RODRIGUEZ was a trusted family member who endeared himself to PLAINTIFFS and PLAINTIFFS' owners, shareholders, directors, officers, and members while deceptively intending to and in fact tricking and deceiving PLAINTIFFS into reasonably believing that DEFENDANT RODRIGUEZ was acting in good faith, acting with PLAINTIFFS' best interests in mind, honorable and respectful of his fiduciary duties to PLAINTIFFS while a corporate officer of PLAINTIFFS, but instead was feathering his own nest by secretly hording and stealing, for his own personal selfish financial benefit, the trade secrets and intellectual property entrusted to his care.

7.     While an officer of PLAINTIFFS' and a trusted family member, DEFENDANT

RODRIGUEZ knowingly induced BAKERSBODEGA and/or its officers, shareholders, and directors to appoint him Director of Franchise Development and became a member of its Board of Directors.

8.      In these trusted positions, DEFENDANT RODRIGUEZ received confidential training and trade secrets necessary to manage various proprietary processes including assisting in the formation of the corporation, drafting the franchise agreement, learning the parameters for PLAINTIFF COAST's site location, designing the new location including the floor plan layout and the proprietary reasons for the placement and orientation of specific products, evaluating point of sale equipment, marketing and pricing strategies, confidential vendor lists and secure access to PLAINTIFFS' servers containing valuable digital assets, and learned PLAINTIFFS' unique plans for planning and marketing of new business locations.

9.      Feigning commitment and loyalty to PLAINTIFFS and the family owners and operators, DEFENDANT RODRIGUZ instead formed the plan and intention to use his family position to unduly influence his trusting uncles and other family members to entrust the companies' trade secrets and proprietary information to him which he intended to use in a competitive enterprise once the opportunity presented itself.

10.     Knowing PLAINTIFFS reposed great trust in him, DEFENDANT RODRIGUEZ leveraged that trust and induced COAST to promote him from in his then current corporate / employee capacity to the position of COAST's General Manager and the appointment as the corporate Secretary of COAST at the same time he was a franchisee promising he as acting in the companies' best interest and would honor his contractual obligations.

11.     In his several fiduciary capacities, DEFENDANT RODRIGUEZ helped write and comment on the terms and conditions of the franchise agreement he eventually signed as a franchisee, design and open the first BAKERSBODEGA retail outlet store in Pico Rivera, California (which was operated by COAST); and, in this capacity and

others as alleged, DEFENDANT RODRIGUEZ acquired PLAINTIFFS' most valuable trade secrets and proprietary information regarding their protected business operations.

12.     Among other corporate officer / director fiduciary duties entrusted to him, DEFENDANT RODRIGUEZ undertook to manage PLAINTIFFS' proprietary pricing strategies with vendors, for example, negotiating and protecting the terms of agreement with vendor BakeMark USA, LLC so that PLAINTIFFS' pricing remained competitive and advantageous to PLAINTIFFS and for PLAINTIFFS' exclusive benefit.

13.     In this capacity DEFENDANT RODRIGUEZ gained secure access to PLAINTIFFS' encrypted servers and digital assets including the books and records, vendor contact information and pricing strategies, and copyrighted materials.

14.     After successfully acquiring PLAINTIFFS' trade secrets and becoming proficient in their business and marketing operations, and becoming a franchisee, DEFENDANT RODRIGUEZ took on the primary responsibility for supervising and conducting the training for PLAINTIFFS' franchisees and building relationships with PLAINTIFFS' long-term vendors.

15.     During the relevant time period, DEFENDANT RODRIGUEZ requested permission to operate a BAKERSBODEGA e-commerce website and was expressly informed that his request was denied and that he was not authorized to do so and reminded him that operating, forming, or engaging in competitive businesses was prohibited and beyond PLAINTIFFS' consent; further, that such activity would be a clear violation of the franchise agreement he signed.

16.     At all relevant times, PLAINTIFF BAKERSOBDEGA was the lawful exclusive owner of the Mark pursuant to USPTO Registration Nos.: 4300553 and 4300489 during the following relevant time period: March 12, 2013 through to October 18, 2019, and then subsequently as alleged above. The Registration lapsed and was cancelled; however, PLAINTIFF BAKERSBODEGA submission for Registration of the same Mark is currently pending and published for opposition with the USPTO.

17.    DEFENDANT RODRIGUEZ was aware of the above Registrations at all relevant times, and so PLAINTIFF may seek leave to amend this Complaint to add appropriate claims when the USPTO issues a Registration for the Mark.

18.    Instead of honoring his fiduciary and contractual promises to PLAINTIFFS, DEFENDANT RODRIGUEZ utterly disregarded his legal obligations to PLAINTIFFS and after secreting PLAINTIFFS' trade secrets and copying PLAINTIFFS' intellectual property (some or all of which was copied and/or redirected by DEFENDANT RODRIGUEZ from PLAINTIFFS' servers), DEFENDANT RODRIGUEZ breached his fiduciary duty, and maliciously violated PLAINTIFFS' trust, converted PLAINTIFFS' intellectual property and infringed PLAINTIFFS' marks for his and his cohorts' economic / commercial benefit.

19.    Unknown to PLAINTIFFS, DEFENDANT RODRIGUEZ unconscionably began to take secret advantage of PLAINTIFFS' vulnerabilities towards the end of the COVID-19 pandemic, vulnerabilities he would not have known or understood had he not occupied the trusted fiduciary positions entrusted to him or become a signed franchisee.

*DEFENDANTS APOLLO MANAGEMENT, INC. & ALEJANDRO RODRIGUEZ*

20.    DEFENDANT RODRIGUEZ formed DEFENDANT APOLLO MANAGEMENT GROUP, INC., a California corporation, ("DEFENDANT APOLLO"), for, upon information and belief, fraud and deceptive purposes intended for the creation and operation of a business designed to confuse consumers by knowingly and purposefully associating APOLLO with PLAINTIFFS' goods and services in connection with infringements of PLAINTIFF BAKERSBODEGA's MARK and concurrently pretending to consumers and the public at large that DEFENDANTS RODRIGUEZ, APOLLO, and the COHORT DEFENDANTS (described below) were authorized associates, representatives, agents, and/or joint

venturers with PLAINTIFFS when in fact they were not.

21.    The entirety of DEFENDANTS' enterprise successes relied upon DEFENDANTS RODRIGUEZ and APOLLO's stolen trade secrets and sustaining the business long enough so that PLAINTIFF BAKERSBODEGA'S MARK  became so confused with DEFENDANTS' business enterprises that neither consumer or vendor could tell them apart.

22.    To achieve this goal, DEFENDANT RODRIGUEZ posted, copied, published, disseminated, and distributed numerous copies of the MARK  across numerous social media platforms and the internet in the same postings as his business enterprises so that the two became so intertwined that any discernible difference and the brand value PLAINTIFF BAKERSBODEGA had spent years creating was diluted and nearly washed out.

23.    DEFENDANT RODRIGUEZ created the sham APOLLO entity, upon information and belief, for the sole purpose of attempting to shield himself from personal liability when his fraud, deceptions, and trickery as alleged herein were ultimately discovered.

24.    Upon information and belief, DEFENDANT RODRIGUEZ solicited DEFENDANT ALEJANDRO RODRIGUEZ, ("DEFENDANT ALEJANDRO") an adult California resident and employee of PLAINTIFFS' (DEFENDANT EMMANUEL RODRIGUEZ and DEFENDANT ALEJANDRO RODRIGUEZ are collectively referred to as the "RODRIGUEZ DEFENDANTS"), who, upon information and belief, assisted in copying, manipulating, and/or capturing information from Plaintiffs' business databases containing Plaintiffs' proprietary and confidential information without authority or consent.

25.    In concert with DEFENDANT RODRIGUEZ, DEFENDANT ALEJANDRO extracted pricing, marketing, and other trade secret information regarding Plaintiffs' customers and vendors with intending to and in fact causing substantial injury to

PLAINTIFFS serving only to enhance these Defendants unjust benefit and unfair advantage to PLAINTIFFS' detriment.

26.     The RODRIGUEZ DEFENDANTS conspired to and steal and deprive PLAINTIFFS' of the benefits of their trade secrets and other confidential and proprietary information for defendants' unfair economic advantage and in furtherance of that conspiracy.

27.     After acquiring Plaintiffs' assets while occupying positions of trust with Plaintiffs, the RODRIGUEZ DEFENDANTS left their positions with Plaintiffs and continued to hold themselves out to consumers and PLAINTIFFS' vendors as "business as usual" representatives, officers, and / or employees of PLAINTIFFS.

28.     In furtherance of that deception, these Defendants opened new credit accounts for DEFENDANT APOLLO as well as new physical locations for competitive goods and services relying on PLAINTIFF BAKERSBODEGA'S MARK and trade secrets, and pretended, and/or represented to consumers and third parties to be authorized actors on behalf of PLAINTIFF COAST.

29.     In furtherance of DEFENDANT RODRIGUEZ plan and scheme to cripple PLAINTIFFS' credit with vendors to gain a competitive advantage with the same vendors for APOLLO and himself, DEFENDANT RODRIGUEZ failed to provide certain vendors with required information that he knew would result in those vendors terminating the discounts and credit pricing PLAINTIFFS had previously received for the same goods so that prices paid by DEFENDANTS RODRIGUEZ and APOLLO for the same competitive goods and services were more aligned with PLAINTIFFS' new costs, higher than the prior costs PLAINTIFFS enjoyed with their vendors as a result of PLAINTIFFS' years of past business with those vendors.

30.     Upon information and belief, PLAINTIFF COAST alleges that during the relevant time period as DEFENDANT RODRIGUEZ furthered his plan and scheme, DEFENDANT RODRIGUEZ illicitly used PLAINTIFF COAST's credit line with

Wells Fargo to finance his business formation and enterprise pretending that the use of the line was for the benefit of PLAINTIFFS'.

31.     As a result of DEFENDANTS RODRIGUEZ and APOLLOS' misconduct as described above, consumers and vendors were deceived and PLAINTIFFS were deprived of the competitive advantage that had cost them years to create.

32.     At all relevant times, DEFENDANT RODRIGUEZ formed, managed, operated, and controlled DEFENDANT APOLLO for fraudulent purposes, to wit: to steal PLAINTIFFS' proprietary and confidential information and trade secrets, and shield himself personally from liability for his fraudulent and deceptive practices as alleged.

33.     At all relevant times, PLAINTIFFS allege that DEFENDANT APOLLO was DEFENDANT RODRIGUEZ' alter ego, undercapitalized, and corporate formalities ignored, so that there was such a unity of interest that the separate personalities and any legal distinction between DEFENDANT RODRIGUEZ and DEFENDANT APOLLO were blurred and no longer exist and it would work an injustice and be inequitable to shield DEFENDANT RODRIGUEZ for any wrongful acts or omissions by DEFENDANT APOLLO or treat the alleged acts and omissions as those of DEFENDANT APOLLO.

*DEFENDANT BAKERY TRADE, INC., And The COHORT DEFENDANTS*

34.     DEFENDANT RODRIGUEZ solicited other Defendants, DEFENDANT BAKERY TRADE, INC., a California corporation, ("DEFENDANT BAKERY TRADE") and DOE DEFENDANTS 1-10, (DEFENDANTS ALEJANDRO RODRIGUEZ, APOLLO, BAKERY TRADE and DOE DEFENDANTS 1-10 are collectively referred to as the "COHORT DEFENDANTS"), who, upon information and belief, knowingly, recklessly, and/or negligently decided to and did join with DEFENDANT RODRIGUEZ to exploit the stolen proprietary and confidential business and marketing strategies, and trade secrets, (entrusted by PLAINTIFFS while

he occupied his fiduciary capacities and at other times), to DEFENDANT RODRIGUEZ.

35.     Upon information and belief, DEFENDANT RODRIGUEZ solicited investors to purchase / form Bakery Trade, Inc., to join with he and DEFENDANTS ALEJANDRO and APOLLO to create businesses competitive to PLAINTIFFS' that predicated their existence and success on the infringements of PLAINTIFF BAKERSBODEGA's MARK, stolen trade secrets and other proprietary information.

36.     The COHORT DEFENDANTS ventured and/or conspired with DEFENDANT RODRIGUEZ as alleged herein for the knowingly deceptive and fraudulent purpose of creating a business competitive to PLAINTIFFS and thereby diluted PLAINTIFF BAKERSBODEGA's MARK by trading off of PLAINTIFFS' well-earned good name and reputation in the MARK within the baking industry and within the same geographical region as PLAINTIFFS' business enterprises.

37.     Upon information and belief, one of the purposes for the creation and implementation of DEFENDANT BAKERY TRADE was to allow Defendants to parse PLAINTIFFS previous retail and wholesale customers and vendors, and related trade secrets and marketing strategies stolen by DEFENDANTS RODRIGUEZ and APOLLO, into separate retail and wholesale businesses that they could each exploit and to create and foster the illusion that PLAINTIFFS' business activities had ceased or otherwise morphed to be joined, sponsored, or associated with Bakery Trade and/or Bakery Express.

38.     In furtherance of their conspiracy, DEFENDANTS all joined in branding, marketing, and advertising a website at "bakersbodegaexpress.com" that infringed an diluted the MARK by purposefully redirecting Internet traffic intended for "bakersbodega.com" away from PLAINTIFF BAKERSBODEGA "bakersbodega.com" URL over to a separate e-commerce site owned, hosted, managed, and/or operated by DEFENDANTS at, among other domains, Shopify.

(Exhibit "2").

39.    DEFENDANTS registered, managed and operated the "bakersbodegaexpress.com" 'website for the sole purpose of confusing consumers, vendors, and to steal PLAINTIFFS' reputation, goodwill, marketing and branding presence, and business revenue.

40.    DEFENDANTS registered, managed and operated another domain at "bakersexpress.com" for the purpose of deceiving the consumer and vendors, and willful infringement of the MARK to gain an unfair and unlawful advantage over PLAINTIFF BAKERSBODEGA.

41.    As with the majority of their other willful infringing activities across the Internet, DEFENDANTS RODRIGUEZ and APOLLO incorporated the MARK in these Defendants webpage text at the domains owned and managed by them, and by including the MARK in the text, the HTML, and other encoding, enhanced their SEO to increase the chances that search engines will crawl and post DEFENDANTS' competitive website by including the MARK in those pages when customers search for "bakersbodega" and/or bakery products and services previously associated with "bakersbodega". Exhibit "3".

42.    To further their conspiracy, as alleged, DEFENDANTS posted, copied, distributed, published, and disseminated PLAINTIFF BAKERSBODEGA MARK on the same internet page and platform as DEFENDANTS products and services to create the deception that they were in the same.

43.    Subsequent to PLAINTIFFS discovery of DEFENDANTS' wrongful and malicious conduct, and recent demand that DEFENDANTS cease and desist their infringing activities and make amends, **and** after DEFENDANTS' representative affirmed DEFENDANTS would in fact voluntarily cease and desist from their infringing activities, DEFENDANTS continued to unabashedly violate PLAINTIFFS' intellectual property rights by publishing, copying, distributing, and passing off

DEFENDANTS' goods and services as those of "BAKERSBODEGA".

44.    After draining PLAINTIFF of its goodwill, vendor relations, market presence, and confusing the consumer about the source of goods and services branded by PLAINTIFFS, Defendants are believed to have changed their business name and domain names while in the process of being caught with their hands in the cookie jar.

45.    Indeed, as recent of the filing of this Complaint, DEFENDANTS maintain the posts on various social media platforms including Facebook claiming to have some authorized association with BakersBodega and/or to in fact be Bakersbodega and using the MARK to falsely claim and steal PLAINTIFF BAKERSOBDEGA intellectual property and identity.

46.    Rather than right their wrongs, or attempt to mitigate the harm they have caused, DEFENDANTS continue to seek to retain their ill-gotten gains, revenue, profits, and confused consumer and vendor base, and do so by continuing the infringements and unauthorized use of PLAINTIFFS' intellectual property for DEFENDANTS' ongoing businesses.

47.    Indeed, in Exhibit "2", despite "changing the name" of the business, the RODRIGUEZ DEFENDANTS and APOLLO, and upon information and belief, the COHORT DEFENDANTS, embedded the MARK and other infringing data into their HTML code at Shopify.com where they maintain their online store in order to enhance their SEO by unlawfully exploiting, capturing, and attempting to redirect traffic and consumers away from PLAINTIFF BAKERSBODEGA domains and internet presence over to DEFENDANTS' business enterprises.

48.    Shockingly, a search of the html code deployed by DEFENDANTA for fraudulent and deceptive purposes returns a result that these Defendants embedded the MARK "bakersbodega" into their online store approximately 34 times and that while they renamed the store front, they continue to trade off the MARK by deploying the store at "bakersbodegaexpress.com", a mark that was first created and used by

PLAINTIFF BAKERSBODEGA and as alleged, entrusted to DEFENDANT RODRIGUEZ while he occupied a fiduciary relationship with PLAINTIFF BAKERSBODEGA. Exhibit "2".

49.    These Defendants trickery and deception is underscored by the fact that their shopify website refers the traffic from "bakersbodegaexpress.com" over to "bakersexpress.com" via automated directives embedded in the same code.

50.    Despite having been an adult trusted family member of PLAINTIFFS' shareholders, officers, directors and members, DEFENDANT RODRIGUEZ maliciously exploited his family's goodwill and long-term relationships to his own personal financial benefit without any regard for the harm and damage his knowingly deceitful behavior was causing those who provided him with the substantial opportunities and proprietary information without which he could not have built and enjoyed the business advantages and successes he now wrongfully claims as his own.

51.    Despite repeated demands that DEFENDANTS cease and desist their malicious and misleading conduct, DEFENDANTS have persisted to operate in a manner injurious to PLAINTIFFS leaving PLAINTIFFS no choice but to bring this suit.

52.    PLAINTIFFS are unaware of the true names or capacities, whether individual, corporate, associate, or otherwise, of the defendants named herein as Does 1 through 50, inclusive.

53.    Upon information and belief, each Doe Defendant is responsible for the acts and omissions alleged herein, and legally caused PLAINTIFFS' injuries.

54.    PLAINTIFFS will amend this Complaint to show their true names and capacities when they have been ascertained.

55.    Upon information and belief, DEFENDANTS, and each of them, are, and at all times relevant were, agents, servants, employees, representatives, and/or alter egos of each other who acted within the purpose, scope, and course of authority of such agents, servants, employees, representatives, and/or alter egos, with express or implied

knowledge, permission, and/or consent of each other, and are jointly and severally liable for the damages asserted herein.

56. Upon information and belief, DEFENDANT RODRIGUEZ, and/or the RODRIGUEZ DEFENDANTS, and/or DEFENDANT APPOLLO MANAGEMENT, INC., and shareholders, directors, officers, managers, members, and/or joint venturers in Bakery Trade, Inc., and/or the bakeryexpress.com business activities, are joint venturers, partners, or share common officer and director positions so that each is responsible for the acts of the other.

### COUNT I –UNREGISTERED TRADE DRESS VIOLATIONS and COMMON LAW TRADEMARK CLAIMS

**PLAINTIFFS BAKERSBODEGA, Inc. And COAST 2 COAST FOODS, Inc.**
**v.**
**EMMANUEL RODRIGUEZ, APPOLLO MANAGEMENT, INC., ALEJANDRO RODRIGUEZ, BAKERY TRADE, INC., and DOES 1-19**

57. PLAINTIFF incorporates all prior allegations by reference at this point in full.

58. PLAINTIFF BAKERSBODEGA is the true owner of the mark "BAKERSBODEGA" the entity that registered and has continuously owned and used that the domain name "bakersbodega.com" since on or about July 10, 2008 with the appropriate registrar as the sole registrant, administrator, and technical contact and prior to any other commercial use by any DEFENDANT.

59. The mark and/or trade dress has inherent distinctiveness because of its unique design, shape, colors and patterns used in the trade dress.

60. The mark and/or trade dress has acquired secondary meaning within the baking industry in the State of California because the mark distinguishes PLAINTIFFS' products and represents a brand.

61. The mark and/or trade dress is non-functional and has consistently been used on PLAINTIFFS BAKERSBODEGA and COAST 2 COAST products, packaging, and

web sites.

62.    DEFENDANTS use of "bakersbodega" and DEFENDANTS' derivative uses on their products, packaging, in social media, and on DEFENDANTS' websites is likely to create consumer confusion about the source and quality of the products, services, and brand.

63.    PLAINTIFF BAKERSBODEGA's use of its domain name "bakersbodega.com", in commerce within the State of California, vested BAKERSBODEGA with common law trademark rights under California law within the State of California.

64.    As part of its franchise branding and marketing plan, BAKERSBODEGA first created the Mark, "BAKERSBODEGA EXPRESS" and was the first to use the mark in commerce also in California, prior to DEFENDANTS' use or any derivative use of this trade name, in California.

65.    PLAINTIFF BAKERSBODEGA created the Mark, 'BakersBodega Express" at a time DEFENDANT RODRIGUEZ occupied a fiduciary position with PLAINTIFFS, and the Mark was identified in the franchise circular intended to be used exclusively by PLAINTIFF's franchisees for locations between 2,500 and 6,250 square feet.

66.    PLAINTIFF BAKERSBODEGA' common law claims for the above marks in this matter are limited to those for DEFENDANTS' acts and omissions giving rise to PLAINTIFF BAKERSBODEGA's damages and injuries that occurred within California.

67.    PLAINTIFF BAKERSBODEGA has not authorized any defendant to use any of the marks in any way at any relevant time.

68.    PLAINTIFF BAKERSBODEGA did not assign, transfer, or license the marks or any derivative of its domain name to any person or entity except for authorized franchisees in use with approved franchisee rights, and in particular did not authorize DEFENDANT RODRIGUEZ or any of the DEFENDANT COHORTS to use the

name, the domain, or any derivative thereof, or allow or consent to any URL referrer to any alternate domain name or competitive enterprise or entity for any purpose at any time.

69.     Knowing that any use of that mark or derivative of that mark or domain name was an intentional infringement of PLAINTIFF BAKERSBODEGA rights in that mark, trade dress, and domain name, DEFENDANTS intended to and in fact did knowing infringe PLAINTIFFS' intellectual property and pirate internet traffic, customers, and vendors, dilute PLAINTIFFS' presence in the marketplace, and did in fact cause confusion in the marketplace to consumers and vendors alike by using the MARK and unauthorized derivatives thereof in DEFENDANTS' domain names, marketing publications, and advertising media among other instances. *See* Exhibit "4" (representative example of Yelp posting where consumer is confused by DEFENDANTS' deception and mistakes believing that Defendants' business is in fact PLAINTIFF BAKERSBODEGA as a result of DEFENDANTS use of PLAINTIFF'S mark / trade dress and domain name).

70.     DEFENDANT RODRIGUEZ, DEFENDANT ALEJANDRO RODRIGUEZ, and, upon information and belief, in cooperation the DEFENDANT COHORTS, registered the domain name "bakersbodegaexpress.com" intending to exploit and infringe upon PLAINTIFFS' rights in the MARK and convert PLAINTIFFS' good will and assets by maliciously causing consumer confusion in the relevant marketplace by copying, distributing, and publishing the MARK  on DEFENDANTS' URL and other social media platforms on hundreds and hundreds of occasions without authority, just cause or excuse. Exhibit "5".

71.     DEFENDANT RODRIGUEZ, DEFENDANT ALEJANDRO RODRIGUEZ, and, upon information and belief, the DEFENDANT COHORTS, intended to and did exploit and infringe upon PLAINTIFFS' rights in the MARK and convert PLAINTIFFS' good will and assets by maliciously causing consumer confusion in the

relevant marketplace by copying, distributing, and publishing the MARK on numerous social platform accounts opened, managed and controlled by DEFENDANTS for fraudulent and deceptive purposes.

72.     The RODRIGUEZ DEFENDANTS and the DEFENDANT COHORTS spread this deception digitally across several well known and highly published and distributed social networks as well as print media knowing and intending that their conduct would and did cause confusion in the marketplace and cause consumers and vendors alike to be deceived enabling DEFENDANTS to steal digital traffic otherwise intended to PLAINTIFF BAKERSBODEGA business.

73.     These social platforms included YouTube, Google, Five Stars, Instagram Pinterest, TikTok, Twitter, Waze, Yelp, and related websites. Representative examples of DEFENDANTS' fraudulent and deceptive practices based off the infringements are attached in Exhibits "6", "7", "8", "9", "10", "11", "12", and "13".

74.     Intending to and in fact confusing consumers and vendors alike, the RODRIGUEZ DEFENDANTS and his DEFENDANT COHORTS intended to and did create a deceptive and unauthorized association between themselves and PLAINTIFFS by the infringements alleged above and by creating competitive companies and enterprises that held themselves out as part of and/or authorized agents, partners, and/or representatives of PLAINTIFFS knowing that DEFENDANTS were not in fact related or authorized to use the marks.

75.     DEFENDANTS knowingly implemented these deceptive tactics to gain an unfair and unlawful advantage over PLAINTIFFS' and in fact DEFENDANT RODRIGUEZ was so bold as to bragg about his decision to open competitive enterprises because it was in his best interests to do so.

76.     In furtherance of their deceptive and intentionally malicious and conspiratorial conduct, the RODRIGUEZ DEFENDANTS and his DEFENDANT COHORTS designed the e-commerce website attached to the "bakersbodegaexpress.com" URL to

confuse consumers and divert internet traffic, customers, and vendors from

"bakersbodega.com" and PLAINTIFFS' associated businesses and enterprises over to

the RODRIGUEZ DEFENDANTS and his DEFENDANT COHORTS' website at

"bakersexpress.com" and DEFENDANTS' physical retail and associated wholesale

locations in and near PLAINTIFF COAST's operations.

77.    DEFENDANT RODRIGUEZ and his DEFENDANT COHORTS coopted the

term "express" by first associating it with 'bakersbodega' in an identical way to the

unique creation of PLAINTIFF BAKERSBODEGA as a part of its franchising

activities.

78.    DEFENDANTS then created an unauthorized derivative, Baker Express, which,

absent the prior infringements, would have had no value of any kind in the

marketplace; and to add salt to the wound, DEFENDANTS marketed the Baker

Express name to consumers and vendors as if it just was a change in name by

PLAINTIFF BAKERSBODEGA and otherwise "business as usual" thereby continuing

the deception upon which their entire business operations and enterprises were

predicated.

79.    As a result of DEFENDANT RODRIGUEZ 'S prior fiduciary relationships with

PLAINTIFFS, his exclusive status as PLAINTIFF BAKERSBODEGA's franchisee,

and the denial of his request to set up an e-commerce web presence separate from and

not under the exclusive control and management of PLAINTIFFS, DEFENDANT

RODRIGUEZ and his DEFENDANT COHORTS knew that the registration of a

domain name pirating the "Bakersbodega" mark by using that mark as a part of

another domain name would cause confusion to consumers in the marketplace and was

intended to steal PLAINTIFF BAKERSBODEGA'S goodwill, reputation, credit,

customers, vendors, and markpetplace presence.

80.    Because DEFENDANTS knew that PLAINTIFF BAKERSBODEGA first

added the word "express" to the MARK 'bakersbodega' and use that complete phrase

first in commerce, DEFENDANTS knew that by registering a domain name using both terms together that they would cause confusion in the marketplace and unlawfully leverage and trade off of PLAINTIFF BAKERSBODEGA's goodwill, reputation, credit, customers, vendors and marketplace presence.

81.    DEFENDANTS' infringing use of PLAINTIFF BAKERSBODEGA'S trademarks, 'BAKERSBODEGA' and 'BAKERSBODEGA EXPRESS' was willful and caused a material negative impact on PLAINTIFFS' business enterprises and internet traffic and the dilution of the value of PLAINTIFF BAKERSBODEGA's intellectual property.

82.    The RODRIGUEZ DEFENDANTS and  DEFENDANT COHORTS' conduct is intended to trade on PLAINTIFFS' goodwill and the quality and high standards of PLAINTIFFS' products and services and DEFENDANTS' conduct tarnished and diluted the strength and value of PLAINTIFFS' Mark and will cause counterfeit goods to be introduced into the relevant market.

83.    The RODRIGUEZ DEFENDANTS deceived vendors and customers alike by trading off of PLAINTIFF BAKERSBODEGA Marks and goodwill acting as if DEFENDANTS were in fact operating as Plaintiffs and/or were authorized representatives of Plaintiffs and the RODRIGUEZ DEFENDANTS and their DEFENDANT COHORTS' companies were part of and/or the same as PLAINTIFF BAKERSBODEGA.

84.    As a result of DEFENDANTS' misrepresenting themselves as associated with PLAINTIFFS, and, upon information and belief, DEFENDANTS RODRIGUEZ and APOLLOs' failure to timely pay invoices when due to vendors common to both PLAINTIFF BAKERSBODEGA and DEFENDANTS RODRIGUEZ / APOLLO, PLAINTIFFS have had credit problems with their vendors as the vendors believed that the invoices and associated liabilities were the responsibility of PLAINTIFF BAKERSBODEGA when in fact, those liabilities were the sole responsibility of

DEFENDANT RODRIGUEZ and his DEFENDANT COHORTS.

85.   After having pummeled PLAINTIFFS' businesses and enterprises, the RODRIGUEZ DEFENDANTS and his DEFENDANT COHORTS then further deceived PLAINTIFFS' prior customers and vendors into believing that DEFENDANTS dropped the "bakersbodega" portion of their co-opted business name to be simply Bakers Express as part of a simple name change and yet continued to use the MARK on various social platforms.

86.   The RODRIGUEZ DEFENDANTS and the DEFENDANT COHORTS egregious and intentional use of deceptively branded items and use of the Mark in commerce bearing PLAINTIFF BAKERSBODEGA's trademark is likely to cause mistake, and to deceive, mislead, betray and defraud the consumer and vendors to believe that the items are authentic goods and service manufactured, sold, serviced, and distributed by PLAINTIFFS when in fact they are not.

87.   Upon information and belief, in an attempt to insulate themselves from liability for their conspiratorial conduct, DEFENDANT COHORTS and DEFENDANT RODRIGUEZ parsed PLAINTIFFS' customers and vendors so that DEFENDANT RODRIGUEZ received the retail side of the PLAINTIFFS' business and some or all of the DEFENDANT COHORTS received the wholesale side of PLAINTIFFS' business.

88.   Upon information and belief, all DEFENDANTS are co-owners, joint ventures, investors, or otherwise managers and controlling parties of the other's business enterprises and knowingly benefiting from the other's fraudulent and deceptive business practices as alleged.

89.   As a direct and proximate result of the RODRIGUEZ DEFENDANTS conduct as alleged, PLAINTIFFS have suffered significant harm and damage.

90.   The RODRIGUEZ DEFENDANTS and his DEFENDANT COHORTS use of that mark was maliciously intended to and in fact did cause confusion in the relevant market place, deceived consumers and vendors about the source and quality of goods

and services, the obligations and liabilities for payments and expenses related to same, and diluted PLAINTIFFS' value in their assets and their business enterprises among other damages to be proven at trial.

91.     Pursuant to its license agreement with PLAINTIFF BAKERSBODEGA to the use of BAKERSBODEGA's intellectual property and branding, PLAINTIFF COAST 2 COAST suffered cognizable injuries and damages as a result of DEFNDANTS' dilution of the BAKERSBODEGA brand value within the State of California.

92.     DEFENDANTS' conduct has caused damage and injury to PLAINTIFFS' business reputations in violation of Ca. Bus. & Prof. Code Sec 14330, et seq.

93.     PLAINTIFFS have no adequate remedy at law to compensate them for damages that have been caused and which will continue to be caused by DEFENDANTS' unlawful acts, unless they are enjoined by this Court.

WHEREFORE, PLAINTIFFS BAKERSBODEGA, INC., demands:

    A) Judgment according to proof at; and

    B) An injunction enjoining each Defendant from any use of "bakersbodega" or "bakersbodegaexpress" or "express" in combination with "bakers", or the image of the Baker or any derivative of that image; and

    C) All other relief the Court deems just and proper.

### COUNT II – BREACH OF FIDUCIARY DUTY

**PLAINTIFFS BAKERSBODEGA, INC., and COAST 2 COAST FOODS, INC.**
**v.**
**DEFENDANT EMMANUEL RODRIGUEZ**

94.     PLAINTIFFS incorporate all prior allegations by reference at this point in full.

95.     At all relevant times, DEFENDANT RODRIGUEZ was a trusted family

member and officer and/or director of each of the corporate PLAINTIFFS.

96.   At all relevant times, PLAINTIFFS reposed great trust in DEFENDANT RODRIGUEZ, for among other reasons, his representations that he was making decisions and acting in PLAINTIFFS' best interests while occupying his respective corporate positions and that he would not usurp or otherwise use any of PLAINTIFFS' confidential and proprietary information for his own person purposes to PLAINTIFFS' disadvantage, or without PLAINTIFFS' written consent, when he occupied his several fiduciary positions and subsequent thereto.

97.   DEFENDANT RODRIGUEZ knowingly, intentionally, and maliciously breached his fiduciary duties to each PLAINTIFF by secretly compiling and preserving for himself with the secret intent to use PLAINTIFFS' intellectual property and asset for his own purposes, PLAINTIFFS' respective trade secrets, pricing strategies, marketing formulas, vendor and buyer lists, and e-commerce strategies, technology, and operational policies while he occupied several corporate officer and director positions with each PLAINTIFF.

98.   DEFENDANT RODRIGUEZ further breached his fiduciary duties, and/or broke the contract he had with PLAINTIFF BAKERSBODEGA as further described below, by depleting PLAINTIFF's inventory and/or manipulating the related corporate bank account so that he reduced the amount he personally owed over to PLAINTIFFS without just cause or excuse.

99.   DEFENDANT RODRIGUEZ knew that as a fiduciary, and a franchisee as later alleged, that he had no right or authority to create an online e-commerce website competitive to PLAINTIFFS' business, or to use PLAINTIFFS' proprietary and confidential trade secrets and business practices without PLAINTIFFS' consent.

100.   Sometime subsequent to leaving his corporate positions with PLAINTIFFS, DEFENDANT RODRIGUEZ began to use PLAINTIFFS' protected and confidential information for his own commercial purposes by planning and then implementing the

creation, organization, and administration of a business competitive to PLAINTIFFS patterned after PLAINTIFFS' proprietary and confidential trade secrets and using trade names confusingly similar if not nearly identical to those developed by PLAINTIFFS while DEFENDANT RODRIGUEZ was a corporate fiduciary of each PLAINTIFF.

101.   Upon information and belief, PLAINTIFFS allege that because of the close business and/or partner and/or joint venture relationships DEFENDANT RODRIGUEZ enjoys with DEFENDANT COHORTS including the creation and formation of those businesses knowing the manner in which DEFENDANT RODRIGUEZ wrongfully acquired and then exploited PLAINTIFFs' assets, DEFENDANT COHORTS knowingly conspired with DEFENDANT RODRIGUEZ to rob PLAINTIFFS' of their years of effort, investment, and protected property in an attempt to easily profit of their joint exploitation of the goodwill and market presence PLAINTIFFS' had created within the same industry in the same geographical region in which PLAINTIFF had  established itself for the past 14 years.

102.   In particular, upon information and belief, PLAINTIFFS allege that DEFENDANT RODRIGUEZ and DEFNDANT BAKERY TRADE intentionally and maliciously conspired to create a business competitive to PLAINTIFFS knowingly utilizing PLAINTIFFS' trade secrets, proprietary information, and confidential trade practices entrusted to DEFENDANT RODRIGUEZ at a time when DEFNEDANT RODRIGUEZ owed PLAINTIFFS a fiduciary duty and knowing that DEFENDANT RODRIGUEZ acquired those trade secrets, proprietary information, and cponfidential trade secrets and practices by violating his fiduciary duties.

103.   As a direct and proximate result of DEFENDANT RODRIGUEZ and his DEFENDANT COHORTS' conduct, PLAINTIFFS have been damaged in amounts to be proven at trial.

104.   PLAINTIFFS seek an injunction enjoining DEFENDANT EMMANUEL RODRIGUEZ from owning, participating in, venturing, partnering, or consulting with

a business enterprise that is not a publicly traded entity, that competes with PLAINTIFFS in the bakery industry within a 150 mile radius of Los Angeles County for a period of ten (10) years.

105.   PLAINTIFFS have no adequate remedy at law.

106.   In light of the RODRIGUEZ DEFENDANTS' consistently malicious, fraudulent, and unconscionable behavior, absent an injunction with the scope as described above, it will be impossible to prevent this DEFENDANT from using trade secrets DEFENDANT RODRIGUEZ acquired while occupying his fiduciary position to injure PLAINTIFFS and continue to  deceive the public at large.

WHEREFORE, PLAINTIFFS BAKERSBODEGA, INC., and COAST 2 COAST, INC., demand:

  A) Judgment against EMMANUEL RODRIGUEZ and ALEJANDRO RODRIGUEZ in an amount proven at trial; and

  B) An Injunction in scope sufficient to prevent these Defendants from continuing to trade off of PLAINTIFFS marks / dress and goodwill, and misrepresent to the consumer at large, that they, these DEFENDANTS are members of, represent, or otherwise associated with either PLAINTIFF; and

  C) An award of Punitive Damages against EMMANUEL RODRIGUEZ and ALEJANDRO RODRIGUEZ pursuant to Ca CC §3244; and

  D) All other relief the Court deems just and proper.

**COUNT III – DECEIT and FRAUD**
**PLAINTIFFS**
**v.**
**DEFENDANT EMMANUEL RODRIGUEZ, ALEJANDRO RODRIGUEZ and DOES 40-50**

107.   PLAINTIFFS incorporate all prior allegations by reference at this point in full.

108.   DEFENDNAT RODRIGUEZ falsely represented to PLAINTIFFS' officers and directors at the time he received PLAINTIFFs' confidential and proprietary marketing, pricing strategies, branding and marketing plans, e-commerce coding, operational methods, and vendor and customer lists, that he would keep and hold those assets private and in trust as PLAINTIFFS' fiduciary, and not use them for personal commercial purposes in any manner contrary to PLAINTIFFS' interests.

109.   PLAINTIFFS and their officers, directors, and shareholders trusted and reasonably relied upon DEFENDANT RODRIGUEZ because, among other reasons, he was a family member of PLAINTIFFS' shareholders and had represented to PLAINTIFFS that he was in fact acting in their best interests and did not disclose that he had any ulterior motives or design to use PLAINTIFFS' proprietary and confidential information for his own personal and/or commercial purposes in a manner that was competitive or was intended deceive either PLAINTIFFS, PLAINTIFFS' customers and vendors, or consumers at large.

110.   At the time DEFENDANT RODRIGUEZ accepted his corporate positions, resigned and/or was terminated from those positions, and subsequent thereto, knew that his representations were false and that he had purposefully concealed his intentions to unlawfully and wrongfully use the information he had acquired in a manner that was injurious to PLAINTIFFS and would and did cause substantial harm.

111.   DEFENDANT RODRIGUEZ knew PLAINTIFFS, their officers, directors and shareholders trusted DEFENDANT RODRIGUEZ and knew the reasons for that trust as alleged, and he knew at the various times he deceived PLAINTIFFS, that his representations were false and that PLAINTIFFS would and did in fact justifiably rely on DEFENDANT RODRIGUEZ's false statements, concealments, and intentional nondisclosure.

112.   DEFENDANT RODRIGUEZ, DEFENDANT ALEJANDRO RODRIGUEZ, and DOES 40-50 deceived and defrauded PLAINTIFF COAST and related third

parties by falsely representing to relevant third parties that they, DEFENDANT RODRIGUEZ, and/or ALEJANDRO RODRIGUEZ and/or APPOLLO MANGEMENT, INC., and/or DOES 40-50 were the owner and or the "face" of PLAINTIFF COAST, and utilizing and exploiting that deception, these Defendants convinced those third parties to abandon and/or modify their business relationship with the actual corporation, PLAINTIFF COAST and engage in business with these Defendants including APPOLLO MANAGEMENT, INC., a newly formed entity formed for fraudulent and deceptive purposes as alleged.

113.   DEFENDANTS RODRIGUEZ, APPOLLO MANAGEMENT, INC., an ALEJANDRO RODRIGUEZ tortuously and maliciously interfered with PLAINTIFFS' business relationship in the above-described manner with the purposeful design to oppress and maliciously cause PLAINTIFFS to suffer significant losses without just cause or excuse.

114.   Had PLAINTIFFS known of these Defendants deceit, false representations, omissions, concealments, and non-disclosures, PLAINTIFFS would not have entrusted them or some of them with their trade secrets or allowed DEFENDANT RODRIGUEZ to occupy any corporate positions.

115.   As a direct and proximate result of these Defendants' acts, omissions, deceit, concealments, and nondisclosures, PLAINTIFFS have been damaged in amounts to be proven at trial.

116.   These Defendants acts and omissions as alleged were malicious and oppressive, and entitle PLAINTIFFS to an award of punitive damages pursuant to Ca CC Sec. 3244.

WHEREFORE, PLAINTIFFS BAKERSBODEGA, INC., and COAST 2 COAST, INC., demand:

   A) Judgment against EMMANUEL RODRIGUEZ and ALEJANDRO
      RODRIGUEZ jointly and severally, in an amount proven at trial; and

B) An award of Punitive Damages against EMMANUEL RODRIGUEZ and

ALEJANDRO RODRIGUEZ pursuant to Ca CC §3244; and

C) All other relief the Court deems just and proper.

**COUNT IV – UNFAIR COMPETITION PURSUANT TO CA. Business &Professions Code Sec. 17200**

**PLAINTIFFS**
**v.**
**DEFENDANTS EMMANUEL RODRIGUEZ, APPOLLO MANAGEMENT, INC., ALEJANDRO RODRIGUEZ, BAKERY TRADE, INC., and DEFENDANT DOES 1-50**

117.   PLAINTIFFS incorporate all prior allegations by reference at this point in full.

118.   PLAINTIFFS are informed and belief that DEFENDANTS RODRIGUEZ, ALEJANDRO RODRIGUEZ, APPOLLO MANAGEMENT, INC., BAKERY TRADE, INC., AND DOES 1-50 intentionally misappropriated PLAINTIFF BAKERSBODEGA website and marks with the intent of causing confusion, mistake and deception as to the source of their goods and/or services with the intent to palm-off its goods and/or services as those of PLAINTIFFS, and as such DEFENDANTS have committed unfair competition in violation of the common law of the State of California.

119.   Defendants have caused and will continue to cause injury to consumers by deceiving them into believing that the goods and services on the web pages connected to "bakersbodegaexpress.com", and the numerous social media platform accounts operated, maintained and managed by DEFENDANTS, are PLAINTIFFS' because of DEFENDANTS unlawful use of the marks on DEFENDANTS' website and numerous social platform accounts operated and owned by DEFENDANTS for the purpose of trading off of PLAINTIFF BAKERSBODEGA' brand.

120.   The foregoing acts of unfair competition of DEFENDANTS have caused and

will continue to cause injury to PLAINTIFFS by depriving PLAINTIFFS of its sales of its genuine goods and/or services, injuring its business reputation, and by passing off DEFENDANTS' goods and/or services as PLAINTIFFS' genuine goods and/or services, all in violation of California Business and Professions Code Sec. 17200 et al.

121.   The foregoing acts of DEFENDANTS, including but not limited to, DEFENDANTS' infringements of the Mark as alleged constitutes unlawful, unfair or fraudulent business acts and practices, and unfair, deceptive, untrue and misleading advertising within the meaning of the Ca. Business & Professions Code Sec. 17200.

122.   As a consequence of DEFENDANTS' actions, PLAINTIFF is entitled to restitution, including without limitation, all benefits that DEFENDANTS received as a result of their unfair, unlawful and fraudulent business practices; an order that DEFENDANTS disgorge all profits on the provision of infringing goods and/or services; and injunctive relief restraining DEFENDANTS from engaging in further unfair, unlawful, and fraudulent business practices.

WHEREFORE, Plaintiff BAKERSBODEGA, INC., demands:

   A) Judgment against each DEFENDANT for restitution in the amount as allowed by law and proven at trial; and

   B) An Injunction directing each DEFENDANT to cease and desist using, referencing, referring to, publishing, disseminating, copying, distributing, or posting "bakersbodega", "bakersbodegaexpress", or any unauthorized and confusingly similar derivative; and

   C) An Injunction directing each DEFENDANT to post a statement on their website and all social platforms managed and operated by each DEFENDANT informing the consuming public at large of each DEFENDANTS' wrongful conduct and that they have and had no authorized relationship or connection with either PLAINTIFF, the statement to be in a form as approved by the Court; and

D) All other relief the Court deems just and proper.

**COUNT V – BREACH OF CONTRACT**

**PLAINTIFF BAKERSBODEGA**
**v.**
**DEFENDANT EMMANUEL RODRIGUEZ**

123.   PLAINTIFFS incorporate all prior allegations by reference at this point in full.

124.   DEFENDANT RODRIGUEZ executed a written franchise as the franchisee with PLAINTIFF BAKERSBODEGA as the franchisor describing the terms and conditions of the franchise acquired by DEFENDANT RODRIGUEZ from PLAINTIFF BAKERSBODEGA (the "Franchise Agreement").

125.   The written agreement is not available to PLAINTIFF BAKERSBODEGA at this time because, upon information and belief, DEFENDANT EMMANUEL RODRIGUEZ secretly removed it when he left his employee position with PLAINTIFF.

126.   Pursuant to the Franchise Agreement, DEFENDANT RODRIGUEZ was required to pay for inventory and other franchisee fees, which he failed and refused to pay.

127.   DEFENDANT RODRIGUEZA further knew and agreed, that, in addition to the fiduciary duties owed to PLAINTIFFS, pursuant to the Franchise Agreement he assisted in drafting and approving, he was specifically precluded from creating, managing, owning, or participating in competitive business activities.

128.   DEFENDANT RODRIGUEZ breached the terms of the Franchise Agreement by among other things, failing to pay franchisee fees when due, returning inventory without authorization or consent, and then, using his corporate capacity and access to PLAINTIFFS' private servers, to manipulate and undervalue and/or discount and/or charge back to PLAINTIFFS, the inventory he knew he was not allowed to return, and

usurping, converting and infringing upon PLAINTIFF BAKERSBODEGA trade secrets, and marks as alleged.

129.   DEFENDANT RODRIGUEZ further breached the terms of the Franchise Agreement by forming, managing, administering, and operating a business competitive to his franchisor, PLAINTIFF BAKERSBODEGA, without authority, or just cause or excuse and continuing to do so after notice to cease and desist.

130.   DEFENDANT RODRIGUEZ further breached the terms of the Franchise Agreement by failing and refusing to account for sales and franchisee fees owed to PLAINTIFF BAKERSBODEGA.

131.   Upon information and belief, DEFENDANT RODRIGUEZ owes over $500,000.00 in just unpaid franchise / royalty fees not including profits from his infringements that is required to disgorge.

132.   As a direct and proximate result of DEFENDANT RODRIGUEZ'S actions and omissions as described, PLAINTIFF BAKERSBODEGA has been damaged in amounts to be determined as trial.

WHEREFORE, Plaintiff BAKERSBODEGA, INC., demands:

    A) Judgment against EMMANUEL RODRIGUEZ in the amount of $500,000.00 or as may be proven at trial; and

    B) Attorney Fees and costs as provided by contract; and

    C) All other relief the Court deems just and proper.

**COUNT VI – ACCOUNTING & INJUNCTIVE RELIEF**

**PLAINTIFF BAKERSBODEGA**
**v.**
**DEFENDANT EMMANUEL RODRIGUEZ, APPOLLO MANAGEMENT, INC., ALEJANDRO RODRIGUEZ, and BAKERY TRADE, INC.**

133.   PLAINTIFFS incorporate all prior allegations by reference at this point in full.

134.   Upon information and belief, each of the Defendants received illicit profits and

revenues and increased internet traffic trading of off the infringements of PLAINTIFF BAKERSBODEGA'S MARK , and in particular, the RODRIGUEZ DEFENDANTS and DEFENDANT APPOLLO MANAGEMENT, INC., by falsely representing to consumers at large that they were PLAINTIFFS acting under a different business trade name and/or wrongfully trading off of PLAINTIFFS' branding and goodwill in the relevant marketplace.

135.   DEFENDANT RODRIGUEZ received profits and revenues as a franchisee and failed and refused to report those sales, revenues, income and profits, and pay associated franchise fees in breach of his contract with PLAINTIFF BAKERSBODEGA.

136.   DEFENDANTS have refused to account for the revenues, sales, profits and fees due to PLAINTIFF BAKERSBODEGA for their wrongful conduct as alleged.

137.   The amount of revenue, sales, profits, and internet traffic from the various social media platforms and infringing domain names operated and maintained by DEFENDNATS cannot be ascertained without an examination of the debits and credits on the books of each defendant, and the web hosting and server hosting reports available to DEFENDANTS, a full and accurate accounting by each Defendant of its revenues, sales, profits, and internet traffic to PLAINTIFF BAKERSBODEGA, to determine what is due and owing to PLAINTIFF BAKERSBODEGA.

138.   It would inequitable and unjust for DEFENDANTS to be allowed to retain the revenues, sales, and profits they have received for their malicious and wrongful conduct.

139.   Pursuant to Ca CCP §847.120, PLAINTIFF BAKERSBODEGA demands an accounting by each DEFENDANT of the amount of sales, revenues, income, profits, and internet traffic each received as a result of their joint and several wrongful conduct alleged.

140.   For all the foregoing reasons, PLAINTIFF BAKERSBODEGA seeks an order

directing DEFENDANTS to transfer and assign over to PLAINTIFF BAKERSBODEGA, the registration, administration, and technical ownership and access rights, including all user and password credentials for the domain names and social platform accounts referencing, referring to, or identifying the MARK "BAKERSOBDEGA" alone or in combination with any other words, numbers, of figures.

141.   Absent an Injunctive Order directing the turnover of the domain and social platform credentials, PLAINTIFF BAKERSBODEGA will continue to suffer irreparable injury as the MARK continues to be published, copied and disseminated by DEFENDANTS across the Internet and to consumers at large without any clarification or advisement as to the ownership of the MARK and the true source of the goods and services associated with it thereby causing PLAINTIFF BAKERSBODEGA continued dilution of its branding, trade name, good will and competitive edge.

142.   PLAINTIFF has no adequate remedy at law.

WHEREFORE, Plaintiff BAKERSBODEGA, INC., demands:

    A) An Order directing each Defendant to provide its books and records including all digital media and files containing its sales, revenues, and profits, and a full accounting of same for all amounts received as a result of the infringements and wrongful conduct alleged over to PLAINTIFF BAKERSBODEGA; and

    B) A full accounting including the digital media and files and associated reports of the internet traffic generated by DEFENDANTS from the infringing domain names and use of the MARK on all social platforms; and

    C) Reasonable Attorney fees and costs as provided by law; and

    D) All other relief the Court deems just and proper.

January 12, 2024

RESPECTFULLY SUBMITTED,


/s/Marc S. Bragg

MARC S. BRAGG, Esquire

LAW OFFICES OF MARC S. BRAGG, P.C.

# United States of America

## United States Patent and Trademark Office

# BakersBodega

**Reg. No. 4,300,489**

**Registered Mar. 12, 2013**

**Int. Cls.: 30 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BAKERSBODEGA, INC. (CALIFORNIA CORPORATION)
1330 ORANGE AVE.
SUITE 326
CORONADO, CA 92118

FOR: BAKED GOODS, NAMELY, CRUMBLES; BAKING POWDER; BAKING POWDERS; BAKING SODA; BAKING SPICES; BAKING-POWDER; BUCKWHEAT FLOUR; CORN FLOUR; EDIBLE FLOUR; FLAVORED AND SWEETENED GELATINS; FLOUR; FLOUR FOR FOOD; ICING SUGAR; MIXES FOR MAKING BAKING BATTERS; NATURAL BROWN SUGAR; POWDERED SUGAR; SUGAR; SUGAR AND SUGAR SUBSTITUTES; SUGAR SUBSTITUTES; WHITE SUGAR, IN CLASS 30 (U.S. CL. 46).

FIRST USE 10-1-2009; IN COMMERCE 10-1-2009.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES IN THE FIELDS OF BAKING AND DISTRIBUTION OF TRAINING MATERIALS IN CONNECTION THEREWITH; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES IN THE FIELD OF BAKING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-1-2009; IN COMMERCE 10-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-624,587, FILED 5-14-2012.

LYNDSEY KUYKENDALL, EXAMINING ATTORNEY

Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**BakersBodega**

**Reg. No. 4,300,553**

**Registered Mar. 12, 2013**

**Int. Cls.: 30 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BAKERSBODEGA, INC. (CALIFORNIA CORPORATION)
1330 ORANGE AVE.
SUITE 326
CORONADO, CA 92118

FOR: BAKED GOODS, NAMELY, CRUMBLES; BAKING POWDER; BAKING POWDERS; BAKING SODA; BAKING SPICES; BAKING-POWDER; BUCKWHEAT FLOUR; CORN FLOUR; EDIBLE FLOUR; FLAVORED AND SWEETENED GELATINS; FLOUR; FLOUR FOR FOOD; ICING SUGAR; MIXES FOR MAKING BAKING BATTERS; NATURAL BROWN SUGAR; POWDERED SUGAR; SUGAR; SUGAR AND SUGAR SUBSTITUTES; SUGAR SUBSTITUTES; WHITE SUGAR, IN CLASS 30 (U.S. CL. 46).

FIRST USE 10-1-2009; IN COMMERCE 10-1-2009.

FOR: RETAIL GROCERY STORES; WHOLESALE FOOD DISTRIBUTORSHIP SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-1-2009; IN COMMERCE 10-1-2009.

THE MARK CONSISTS OF A CARTOON DRAWING OF A MALE WITH BLACK EYES DRESSED IN WHITE BAKER'S CLOTHING. HE HAS A WHITE COLLAPSED HAT AND A WHITE BUTTONED COAT. HE HAS A RED BANDANA TIED AROUND HIS NECK. HE HAS A LONG BROWN MUSTACHE. HIS FACE IS TAN. HE IS HOLDING A GRAIN OF WHEAT THAT IS GREEN ON THE STOCK AND YELLOW BUDS IN HIS LEFT HAND. BELOW HIM IS THE WORD "BAKERSBODEGA" IN RED.

THE COLOR(S) BLACK, WHITE, RED, BROWN, GREEN, YELLOW AND TAN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 85-640,777, FILED 6-1-2012.

LYNDSEY KUYKENDALL, EXAMINING ATTORNEY

Acting Director of the United States Patent and Trademark Office

view-source:https://bakersexpress.com

Line wrap ☐

```
1   <!doctype html>
2
3   <html class="no-js" lang="en">
4     <head>
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34    <script src="//d1liekpayvooaz.cloudfront.net/apps/customizery/customizery.js?shop=bakersbodegaexpress.myshopify.com"></script>
35
36    <meta charset="utf-8">
37    <meta http-equiv="X-UA-Compatible" content="IE=edge,chrome=1">
38    <meta name="viewport" content="width=device-width, initial-scale=1.0, height=device-height, minimum-scale=1.0, maximum-scale=1.0">
39    <meta name="theme-color" content="#56aeaa"><title>Bakers Express
40  </title><meta name="description" content="We are Your One Stop Shop for everything Baking &amp; Decorating. We are The Baking &amp; Decorating Supply S
41
42    <meta property="og:type" content="website">
43    <meta property="og:title" content="Bakers Express"><meta property="og:image" content="http://bakersexpress.com/cdn/shop/files/NEW_LOGO-2023_c60adff7-
44    <meta property="og:image:secure_url" content="https://bakersexpress.com/cdn/shop/files/NEW_LOGO-2023_c60adff7-fbba-4567-aed1-907cdc50b45d_1024x.png
45  <meta property="og:site_name" content="Bakers Express"><meta name="twitter:card" content="summary"><meta name="twitter:title" content="Bakers Express":
46    <meta name="twitter:description" content="We are Your One Stop Shop for everything Baking &amp; Decorating. We are The Baking &amp; Decorating Supply
47  <link rel="preconnect" href="//fonts.shopifycdn.com">
48      <link rel="dns-prefetch" href="//productreviews.shopifycdn.com">
49      <link rel="dns-prefetch" href="//maps.googleapis.com">
50      <link rel="dns-prefetch" href="//maps.gstatic.com">
51
52    <script>window.performance && window.performance.mark && window.performance.mark('shopify.content_for_header.start');</script><meta name="google-si
53  <meta name="facebook-domain-verification" content="dyvqf3s4stmydbl4rfwmj6gbqs929a">
54  <meta id="shopify-digital-wallet" name="shopify-digital-wallet" content="/24325619748/digital_wallets/dialog">
55  <meta name="shopify-checkout-api-token" content="2018fb20b69b01b76bfcf0200ec5b26d">
56  <meta id="in-context-paypal-metadata" data-shop-id="24325619748" data-venmo-supported="true" data-environment="production" data-locale="en_US" data-pay
57  <script async="async" src="/checkouts/internal/preloads.js?locale=en-US"></script><script id="apple-pay-shop-capabilities" type="application/json">{"sh
58  <script id="shopify-features" type="application/json">{"accessToken":"2018fb20b69b01b76bfcf0200ec5b26d","betas":["rich-media-storefront-analytics"],"dc
59  <script>var Shopify = Shopify || {};
60  Shopify.shop = "bakersbodegaexpress.myshopify.com";
61  Shopify.locale = "en";
62  Shopify.currency = {"active":"USD","rate":"1.0"};
63  Shopify.country = "US";
64  Shopify.theme = {"name":"Warehouse","id":80412082212,"theme_store_id":871,"role":"main"};
65  Shopify.theme.handle = "null";
66  Shopify.theme.style = {"id":null,"handle":null};
67  Shopify.cdnHost = "bakersexpress.com/cdn";
68  Shopify.routes = Shopify.routes || {};
69  Shopify.routes.root = "/";</script>
70  <script type="module">!function(o){o.Shopify=o.Shopify||{}).modules=!0}(window);</script>
71  <script>!function(o){function n(){var o=[];function n(){o.push(Array.prototype.slice.apply(arguments))}return n.q=o,n}var t=o.Shopify||{};t.l
72  <script>(function() {
73      function asyncLoad() {
74          var urls = ["https:\/\/app.testimonialhub.com\/shopifyapp\/showsrstemplate.js?shop=bakersbodegaexpress.myshopify.com","\/\/d1liekpayvooaz.cloudfron
75          for (var i = 0; i < urls.length; i++) {
76              var s = document.createElement('script');
77              s.type = 'text/javascript';
78              s.async = true;
79              s.src = urls[i];
80              var x = document.getElementsByTagName('script')[0];
81              x.parentNode.insertBefore(s, x);
82          }
83      };
84      if(window.attachEvent) {
85          window.attachEvent('onload', asyncLoad);
86      } else {
87          window.addEventListener('load', asyncLoad, false);
88      }
89  })()</script>
90  <script id="__st">var __st={"a":24325619748,"offset":-28800,"reqid":"2f1af000-0993-449f-981c-8e58eaa7b0d5","pageurl":"bakersexpress.com\/","u":"6d6e5fc
91  <script>window.ShopifyPaypalV4Visibility Tracking = true;</script>
92  <script>!function(o){o.addEventListener("DOMContentLoaded",function(){window.Shopify=window.Shopify||{},window.Shopify.recaptchaV3=window.Shopify.recap
93  <script integrity="sha256-h4dvokWvGcvRSqiG7VnGqoonxF0k3NeoHPLSMjUGIz4=" data-source-attribution="shopify.loadfeatures" defer="defer" src="//bakersexpre
94  <script integrity="sha256-HAsSa9TQVl1KuuHrahvkubs+1UlxXohfHeoYv8G2D8=" data-source-attribution="shopify.dynamic-checkout" defer="defer" src="//bakers
95  <link rel="stylesheet" media="screen" href="//bakersexpress.com/cdn/shop/t/6/compiled_assets/styles.css?1829">
96  <script id="sections-script" data-sections="sts_review_slider" defer="defer" src="//bakersexpress.com/cdn/shop/t/6/compiled_assets/scripts.js?1829"></s
```

```
 97
 98  <style id="shopify-dynamic-checkout-cart">@media screen and (min-width: 750px) {
 99    #dynamic-checkout-cart {
100      min-height: 50px;
101    }
102  }
103
104  @media screen and (max-width: 750px) {
105    #dynamic-checkout-cart {
106      min-height: 180px;
107    }
108  }
109  </style><script>window.performance && window.performance.mark && window.performance.mark('shopify.content_for_header.end');</script>
110
111
112
113
114    <script type="application/ld+json">
115    {
116      "@context": "http://schema.org",
117      "@type": "BreadcrumbList",
118      "itemListElement": [{
119        "@type": "ListItem",
120        "position": 1,
121        "name": "Home",
122        "item": "https://bakersexpress.com"
123      }]
124    }
125    </script>
126
127
128    <script>
129      // This allows to expose several variables to the global scope, to be used in scripts
130      window.theme = {
131        pageType: "index",
132        cartCount: 0,
133        moneyFormat: "${{amount}}",
134        moneyWithCurrencyFormat: "${{amount}} USD",
135        showDiscount: true,
136        discountMode: "saving",
137        searchMode: "product,article,page",
138        cartType: "drawer"
139      };
140
141      window.routes = {
142        rootUrl: "\/",
143        cartUrl: "\/cart",
144        cartAddUrl: "\/cart\/add",
145        cartChangeUrl: "\/cart\/change",
146        searchUrl: "\/search",
147        productRecommendationsUrl: "\/recommendations\/products"
148      };
149
150      window.languages = {
151        collectionOnSaleLabel: "Save {{savings}}",
152        productFormUnavailable: "Unavailable",
153        productFormAddToCart: "Add to cart",
154        productFormSoldOut: "Sold out",
155        shippingEstimatorNoResults: "No shipping could be found for your address.",
156        shippingEstimatorOneResult: "There is one shipping rate for your address:",
157        shippingEstimatorMultipleResults: "There are {{count}} shipping rates for your address:",
158        shippingEstimatorErrors: "There are some errors:"
159      };
160
161      window.lazySizesConfig = {
162        loadHidden: false,
163        hFac: 0.8,
164        expFactor: 3,
165        customMedia: {
166          '--phone': '(max-width: 640px)',
167          '--tablet': '(min-width: 641px) and (max-width: 1023px)',
168          '--lap': '(min-width: 1024px)'
169        }
170      };
171
172      document.documentElement.className = document.documentElement.className.replace('no-js', 'js');
173    </script>
174
175    <script src="//bakersexpress.com/cdn/shop/t/6/assets/lazysizes.min.js?v=3842334812363619438158460365 4" async></script><script src="//cdn.polyfill.j
176    <script src="//bakersexpress.com/cdn/shop/t/6/assets/libs.min.js?v=14109581203951990303158460365 3" defer></script>
177    <script src="//bakersexpress.com/cdn/shop/t/6/assets/theme.min.js?v=13610928251113467931158460366 0" defer></script>
178    <script src="//bakersexpress.com/cdn/shop/t/6/assets/custom.js?v=9037325469167471270158460365 8" defer></script>
179
180    <link rel="stylesheet" href="//bakersexpress.com/cdn/shop/t/6/assets/theme.scss.css?v=17527306231453217631170145098 1">
181
182    <script>
183      (function () {
184        window.onpageshow = function() {
185          // We force re-freshing the cart content onpageshow, as most browsers will serve a cache copy when hitting the
186          // back button, which cause stalled data
187          document.documentElement.dispatchEvent(new CustomEvent('cart:refresh', {
188            bubbles: true
189          }));
190        };
191      })();
192    </script>
193    <!--AZEXO_Header_Scripts--> <script>
194      var azh = {
```

```
195
196                shop: 'bakersbodegaexpress.myshopify.com',
197                device_prefixes: {"lg":{"label":"Large device","width":false,"height":false,"container":1170,"min":1200},"md":{"label":"Medium device","wid
198            };
199            var azexo = {
200                purchase_extension: 'Purchase extension',
201                strings: {
202                    addToCart: "Add to cart",
203                    soldOut: "Sold out",
204                    unavailable: "Unavailable",
205                    regularPrice: "Regular price",
206                    sale: "Sale",
207                    quantityMinimumMessage: "Quantity must be 1 or more",
208                    unitPrice: "Unit price",
209                    unitPriceSeparator: "per",
210                    oneCartCount: "1 item",
211                    otherCartCount: "[count] items",
212                    quantityLabel: "Quantity: [count]"
213                },
214                moneyFormat: "${{amount}}"
215            }
216            </script><style>.az-container {
217                padding-right: 15px;
218                padding-left: 15px;
219                margin-left: auto;
220                margin-right: auto;
221                box-sizing: border-box;
222            }
223  @media (min-width: 768px) {
224                      .az-container {
225                          max-width: 750px;
226                      }
227            }
228  @media (min-width: 992px) {
229                      .az-container {
230                          max-width: 970px;
231                      }
232            }
233  @media (min-width: 1200px) {
234                      .az-container {
235                          max-width: 1170px;
236                      }
237            }
238  </style><link rel="stylesheet" type="text/css" href="//bakersexpress.com/cdn/shop/t/6/assets/azexo.css?v=78891545830835145615886122399"><link rel="style
239
240
241
242
243
244
245
246
247  <link href="https://monorail-edge.shopifysvc.com" rel="dns-prefetch">
248  <script>(function(){if ("sendBeacon" in navigator && "performance" in window) {var session_token = document.cookie.match(/_shopify_s=([^;]*)/);functio
249  <script id="web-pixels-manager-setup">(function e(e,n,a,t,o,r,i){var s=null!==e,l=("function"==typeof BigInt&&BigInt.toString().indexOf("[native code]"
250  window.ShopifyAnalytics.meta = window.ShopifyAnalytics.meta || {};
251  window.ShopifyAnalytics.meta.currency = 'USD';
252  var meta = {"page":{"pageType":"home"}};
253  for (var attr in meta) {
254    window.ShopifyAnalytics.meta[attr] = meta[attr];
255  }</script>
256  <script>window.ShopifyAnalytics.merchantGoogleAnalytics = function() {
257
258  };
259  </script>
260  <script class="analytics">(window.gaDevIds=window.gaDevIds||[]).push('BwiEti');
261
262
263  (function () {
264      var customDocumentWrite = function(content) {
265          var jquery = null;
266
267          if (window.jQuery) {
268              jquery = window.jQuery;
269          } else if (window.Checkout && window.Checkout.$) {
270              jquery = window.Checkout.$;
271          }
272
273          if (jquery) {
274              jquery('body').append(content);
275          }
276      };
277
278      var hasLoggedConversion = function(token) {
279          if (token) {
280              return document.cookie.indexOf('loggedConversion=' + token) !== -1;
281          }
282          return false;
283      }
284
285      var setCookieIfConversion = function(token) {
286          if (token) {
287              var twoMonthsFromNow = new Date(Date.now());
288              twoMonthsFromNow.setMonth(twoMonthsFromNow.getMonth() + 2);
289
290              document.cookie = 'loggedConversion=' + token + '; expires=' + twoMonthsFromNow;
291          }
292      }
```

```
293
294        var trekkie = window.ShopifyAnalytics.lib = window.trekkie = window.trekkie || [];
295        if (trekkie.integrations) {
296          return;
297        }
298        trekkie.methods = [
299          'identify',
300          'page',
301          'ready',
302          'track',
303          'trackForm',
304          'trackLink'
305        ];
306        trekkie.factory = function(method) {
307          return function() {
308            var args = Array.prototype.slice.call(arguments);
309            args.unshift(method);
310            trekkie.push(args);
311            return trekkie;
312          };
313        };
314        for (var i = 0; i < trekkie.methods.length; i++) {
315          var key = trekkie.methods[i];
316          trekkie[key] = trekkie.factory(key);
317        }
318        trekkie.load = function(config) {
319          trekkie.config = config || {};
320          trekkie.config.initialDocumentCookie = document.cookie;
321          var first = document.getElementsByTagName('script')[0];
322          var script = document.createElement('script');
323          script.type = 'text/javascript';
324          script.onerror = function(e) {
325            var scriptFallback = document.createElement('script');
326            scriptFallback.type = 'text/javascript';
327            scriptFallback.onerror = function(error) {
328                    var Monorail = {
329          produce: function produce(monorailDomain, schemaId, payload) {
330            var currentMs = new Date().getTime();
331            var event = {
332              schema_id: schemaId,
333              payload: payload,
334              metadata: {
335                event_created_at_ms: currentMs,
336                event_sent_at_ms: currentMs
337              }
338            };
339            return Monorail.sendRequest("https://" + monorailDomain + "/v1/produce", JSON.stringify(event));
340          },
341          sendRequest: function sendRequest(endpointUrl, payload) {
342            // Try the sendBeacon API
343            if (window && window.navigator && typeof window.navigator.sendBeacon === 'function' && typeof window.Blob === 'function' && !Monorail.isIos12()
344              var blobData = new window.Blob([payload], {
345                type: 'text/plain'
346              });
347
348              if (window.navigator.sendBeacon(endpointUrl, blobData)) {
349                return true;
350              } // sendBeacon was not successful
351
352            } // XHR beacon
353
354            var xhr = new XMLHttpRequest();
355
356            try {
357              xhr.open('POST', endpointUrl);
358              xhr.setRequestHeader('Content-Type', 'text/plain');
359              xhr.send(payload);
360            } catch (e) {
361              console.log(e);
362            }
363
364            return false;
365          },
366          isIos12: function isIos12() {
367            return window.navigator.userAgent.lastIndexOf('iPhone; CPU iPhone OS 12_') !== -1 || window.navigator.userAgent.lastIndexOf('iPad; CPU OS 12_')
368          }
369        };
370        Monorail.produce('monorail-edge.shopifysvc.com',
371          'trekkie_storefront_load_errors/1.1',
372          {shop_id: 24325619748,
373          theme_id: 80412082212,
374          app_name: "storefront",
375          context_url: window.location.href,
376          source_url: "//bakersexpress.com/cdn/s/trekkie.storefront.cdbb3ab87b2344fc90b72e01ec11aedeab3a9cf7.min.js"});
377
378          };
379          scriptFallback.async = true;
380          scriptFallback.src = '//bakersexpress.com/cdn/s/trekkie.storefront.cdbb3ab87b2344fc90b72e01ec11aedeab3a9cf7.min.js';
381          first.parentNode.insertBefore(scriptFallback, first);
382        };
383        script.async = true;
384        script.src = '//bakersexpress.com/cdn/s/trekkie.storefront.cdbb3ab87b2344fc90b72e01ec11aedeab3a9cf7.min.js';
385        first.parentNode.insertBefore(script, first);
386      };
387      trekkie.load(
388        {"Trekkie":{"appName":"storefront","development":false,"defaultAttributes":{"shopId":24325619748,"isMerchantRequest":null,"themeId":80412082212,"
389      );
390
```

```
391        var loaded = false;
392        trekkie.ready(function() {
393          if (loaded) return;
394          loaded = true;
395
396          window.ShopifyAnalytics.lib = window.trekkie;
397
398            ga('require', 'linker');
399          function addListener(element, type, callback) {
400            if (element.addEventListener) {
401              element.addEventListener(type, callback);
402            }
403            else if (element.attachEvent) {
404              element.attachEvent('on' + type, callback);
405            }
406          }
407          function decorate(event) {
408            event = event || window.event;
409            var target = event.target || event.srcElement;
410            if (target && (target.getAttribute('action') || target.getAttribute('href'))) {
411              ga(function (tracker) {
412                var linkerParam = tracker.get('linkerParam');
413                document.cookie = '_shopify_ga=' + linkerParam + '; ' + 'path=/';
414              });
415            }
416          }
417          addListener(window, 'load', function(){
418            for (var i=0; i < document.forms.length; i++) {
419              var action = document.forms[i].getAttribute('action');
420              if(action && action.indexOf('/cart') >= 0) {
421                addListener(document.forms[i], 'submit', decorate);
422              }
423            }
424            for (var i=0; i < document.links.length; i++) {
425              var href = document.links[i].getAttribute('href');
426              if(href && href.indexOf('/checkout') >= 0) {
427                addListener(document.links[i], 'click', decorate);
428              }
429            }
430          });
431
432
433          var originalDocumentWrite = document.write;
434          document.write = customDocumentWrite;
435          try { window.ShopifyAnalytics.merchantGoogleAnalytics.call(this); } catch(error) {};
436          document.write = originalDocumentWrite;
437
438          window.ShopifyAnalytics.lib.page(null,{"pageType":"home"});
439
440          var match = window.location.pathname.match(/checkouts\/(.+)\/(thank_you|post_purchase)/)
441          var token = match? match[1]: undefined;
442          if (!hasLoggedConversion(token)) {
443            setCookieIfConversion(token)
444          }
445        }
446      });
447
448
449          var eventsListenerScript = document.createElement('script');
450          eventsListenerScript.async = true;
451          eventsListenerScript.src = "//bakersexpress.com/cdn/shopifycloud/shopify/assets/shop_events_listener-a7c63dba65ccddc484f77541dc8ca437e60e1e9e29
452          document.getElementsByTagName('head')[0].appendChild(eventsListenerScript);
453
454  })();</script>
455  <script class="boomerang">
456  (function () {
457    if (window.BOOMR && (window.BOOMR.version || window.BOOMR.snippetExecuted)) {
458      return;
459    }
460    window.BOOMR = window.BOOMR || {};
461    window.BOOMR.snippetStart = new Date().getTime();
462    window.BOOMR.snippetExecuted = true;
463    window.BOOMR.snippetVersion = 12;
464    window.BOOMR.application = "storefront-renderer";
465    window.BOOMR.themeName = "Warehouse";
466    window.BOOMR.themeVersion = "1.8.1";
467    window.BOOMR.shopId = 24325619748;
468    window.BOOMR.themeId = 80412082212;
469    window.BOOMR.renderRegion = "gcp-us-central1";
470    window.BOOMR.url =
471      "https://bakersexpress.com/cdn/shopifycloud/boomerang/shopify-boomerang-1.0.0.min.js";
472    var where = document.currentScript || document.getElementsByTagName("script")[0];
473    var parentNode = where.parentNode;
474    var promoted = false;
475    var LOADER_TIMEOUT = 3000;
476    function promote() {
477      if (promoted) {
478        return;
479      }
480      var script = document.createElement("script");
481      script.id = "boomr-scr-as";
482      script.src = window.BOOMR.url;
483      script.async = true;
484      parentNode.appendChild(script);
485      promoted = true;
486    }
487    function iframeLoader(wasFallback) {
488      promoted = true;
```

```
489    var dom, bootstrap, iframe, iframeStyle;
490    var doc = document;
491    var win = window;
492    window.BOOMR.snippetMethod = wasFallback ? "if" : "i";
493    bootstrap = function(parent, scriptId) {
494      var script = doc.createElement("script");
495      script.id = scriptId || "boomr-if-as";
496      script.src = window.BOOMR.url;
497      BOOMR_lstart = new Date().getTime();
498      parent = parent || doc.body;
499      parent.appendChild(script);
500    };
501    if (!window.addEventListener && window.attachEvent && navigator.userAgent.match(/MSIE [67]./)) {
502      window.BOOMR.snippetMethod = "s";
503      bootstrap(parentNode, "boomr-async");
504      return;
505    }
506    iframe = document.createElement("IFRAME");
507    iframe.src = "about:blank";
508    iframe.title = "";
509    iframe.role = "presentation";
510    iframe.loading = "eager";
511    iframeStyle = (iframe.frameElement || iframe).style;
512    iframeStyle.width = 0;
513    iframeStyle.height = 0;
514    iframeStyle.border = 0;
515    iframeStyle.display = "none";
516    parentNode.appendChild(iframe);
517    try {
518      win = iframe.contentWindow;
519      doc = win.document.open();
520    } catch (e) {
521      dom = document.domain;
522      iframe.src = "javascript:var d=document.open();d.domain='" + dom + "';void(0);";
523      win = iframe.contentWindow;
524      doc = win.document.open();
525    }
526    if (dom) {
527      doc._boomrl = function() {
528        this.domain = dom;
529        bootstrap();
530      };
531      doc.write("<body onload='document._boomrl();'>");
532    } else {
533      win._boomrl = function() {
534        bootstrap();
535      };
536      if (win.addEventListener) {
537        win.addEventListener("load", win._boomrl, false);
538      } else if (win.attachEvent) {
539        win.attachEvent("onload", win._boomrl);
540      }
541    }
542    doc.close();
543  }
544  var link = document.createElement("link");
545  if (link.relList &&
546    typeof link.relList.supports === "function" &&
547    link.relList.supports("preload") &&
548    ("as" in link)) {
549    window.BOOMR.snippetMethod = "p";
550    link.href = window.BOOMR.url;
551    link.rel = "preload";
552    link.as = "script";
553    link.addEventListener("load", promote);
554    link.addEventListener("error", function() {
555      iframeLoader(true);
556    });
557    setTimeout(function() {
558      if (!promoted) {
559        iframeLoader(true);
560      }
561    }, LOADER_TIMEOUT);
562    BOOMR_lstart = new Date().getTime();
563    parentNode.appendChild(link);
564  } else {
565    iframeLoader(false);
566  }
567  function boomerangSaveLoadTime(e) {
568    window.BOOMR_onload = (e && e.timeStamp) || new Date().getTime();
569  }
570  if (window.addEventListener) {
571    window.addEventListener("load", boomerangSaveLoadTime, false);
572  } else if (window.attachEvent) {
573    window.attachEvent("onload", boomerangSaveLoadTime);
574  }
575  if (document.addEventListener) {
576    document.addEventListener("onBoomerangLoaded", function(e) {
577      e.detail.BOOMR.init({
578        ResourceTiming: {
579          enabled: true,
580          trackedResourceTypes: ["script", "img", "css"]
581        },
582      });
583      e.detail.BOOMR.t_end = new Date().getTime();
584    });
585  } else if (document.attachEvent) {
586    document.attachEvent("onpropertychange", function(e) {
```

```
587        if (!e) e=event;
588        if (e.propertyName === "onBoomerangLoaded") {
589          e.detail.BOOMR.init({
590            ResourceTiming: {
591              enabled: true,
592              trackedResourceTypes: ["script", "img", "css"]
593            },
594          });
595          e.detail.BOOMR.t_end = new Date().getTime();
596        }
597      });
598    }
599  })();</script>
600  </head><script>
601  var izyunit_shopify_js = "//bakersexpress.com/cdn/shopifycloud/shopify/assets/themes_support/api.jquery-b0af070cfe3f5cf7c92f9e2a5da2665ee07ed2aad63bb46
602  var izyunit_current_page = "index";
603  var izyunit_currency_format = "${{amount}}";
604  var izyunit_metafields = '';
605  var izyunit_cart_ids = [];
606  var izyunit_linked = [];
607  </script>
608
609  <script></script>
610
611  <script>
612
613  </script>
614
615
616  <script src="https://izyunit.speaz.com/core.js" async ></script>
617
618    <body class="warehouse--v1  template-index" data-instant-intensity="viewport">
619      <span class="loading-bar"></span>
620
621      <div id="shopify-section-announcement-bar" class="shopify-section"><section data-section-id="announcement-bar" data-section-type="announcement-bar"
622  "showNewsletter": false
623  }'><div class="announcement-bar">
624        <div class="container">
625          <div class="announcement-bar__inner"><a href="/collections/just-added" class="announcement-bar__content announcement-bar__content--center">FREE
626        </div>
627      </div>
628    </section>
629
630    <style>
631      .announcement-bar {
632        background: #f10f0f;
633        color: #ffffff;
634      }
635    </style>
636
637    <script>document.documentElement.style.removeProperty('--announcement-bar-button-width');document.documentElement.style.setProperty('--announcement-b
638    </script></div>
639  <div id="shopify-section-popups" class="shopify-section"><div data-section-id="popups" data-section-type="popups"></div>
640
641  </div>
642  <div id="shopify-section-header" class="shopify-section"><section data-section-id="header" data-section-type="header" data-section-settings='{
643    "navigationLayout": "inline",
644    "desktopOpenTrigger": "hover",
645    "useStickyHeader": false
646  }'>
647    <header class="header header--inline " role="banner">
648      <div class="header__inner"><nav class="header__mobile-nav hidden-lap-and-up">
649        <div class="header__inner"><nav class="header__mobile-nav hidden-lap-and-up">
650          <button class="header__mobile-nav-toggle icon-state touch-area" data-action="toggle-menu" aria-expanded="false" aria-haspopup="true" aria-c
651            <span class="icon-state_primary"><svg class="icon icon-hamburger-mobile" viewBox="0 0 20 16" role="presentation">
652              <path d="M0 14h20v2zM0 0h20v2H0zm0 7h20v2H0z" fill="currentColor" fill-rule="evenodd"></path>
653          </svg></span>
654            <span class="icon-state_secondary"><svg class="icon icon-close" viewBox="0 0 19 19" role="presentation">
655              <path d="M9.1923882 8.3933982817.7781745-7.7781746 1.4142136 1.41421357-7.77817746 7.7781746 7.77817456L16.9705627 191-7.7781745-7.7781
656          </svg></span>
657            </button><div id="mobile-menu" class="mobile-menu" aria-hidden="true"><svg class="icon icon-nav-triangle-borderless" viewBox="0 0 20 9" ro
658            <path d="M.47108938 9c.2694725-.26871321.57077721-.56867841.90388257-.89986354C3.12384116 6.36134886 5.74788116 3.76338565 9.2467995.30653888c.41
659          </svg></button><div class="mobile-menu__inner">
660          <div class="mobile-menu__panel">
661            <div class="mobile-menu__section">
662              <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item"><a href="/" class="mobile-menu__nav-link" data-type="menuitem">
663            <path stroke="currentColor" stroke-width="2" d="M2 2l4 4-4 4" fill="none" stroke-linecap="square"></path>
664          </svg></button></li><li class="mobile-menu__nav-item"><button class="mobile-menu__nav-link" data-type="menuitem" aria-haspopup="true" aria-expanded=
665            <path stroke="currentColor" stroke-width="2" d="M2 2l4 4-4 4" fill="none" stroke-linecap="square"></path>
666          </svg></button></li><li class="mobile-menu__nav-item"><button class="mobile-menu__nav-link" data-type="menuitem" aria-haspopup="true" aria-expanded=
667            <path stroke="currentColor" stroke-width="2" d="M2 2l4 4-4 4" fill="none" stroke-linecap="square"></path>
668          </svg></button></li><li class="mobile-menu__nav-item"><button class="mobile-menu__nav-link" data-type="menuitem" aria-haspopup="true" aria-expanded=
669            <path stroke="currentColor" stroke-width="2" d="M2 2l4 4-4 4" fill="none" stroke-linecap="square"></path>
670          </svg></button></li><li class="mobile-menu__nav-item"><button class="mobile-menu__nav-link" data-type="menuitem" aria-haspopup="true" aria-expanded=
671            <path stroke="currentColor" stroke-width="2" d="M2 2l4 4-4 4" fill="none" stroke-linecap="square"></path>
672          </svg></button></li><li class="mobile-menu__nav-item"><button class="mobile-menu__nav-link" data-type="menuitem" aria-haspopup="true" aria-expanded=
673            <path stroke="currentColor" stroke-width="2" d="M2 2l4 4-4 4" fill="none" stroke-linecap="square"></path>
674          </svg></button></li><li class="mobile-menu__nav-item"><button class="mobile-menu__nav-link" data-type="menuitem" aria-haspopup="true" aria-expanded=
675            <path stroke="currentColor" stroke-width="2" d="M2 2l4 4-4 4" fill="none" stroke-linecap="square"></path>
676          </svg></button></li><li class="mobile-menu__nav-item"><button class="mobile-menu__nav-link" data-type="menuitem" aria-haspopup="true" aria-expanded=
677            <path stroke="currentColor" stroke-width="2" d="M2 2l4 4-4 4" fill="none" stroke-linecap="square"></path>
678          </svg></button></li><li class="mobile-menu__nav-item"><button class="mobile-menu__nav-link" data-type="menuitem" aria-haspopup="true" aria-expanded=
679            <path stroke="currentColor" stroke-width="2" d="M2 2l4 4-4 4" fill="none" stroke-linecap="square"></path>
680          </svg></button></li><li class="mobile-menu__nav-item"><button class="mobile-menu__nav-link" data-type="menuitem" aria-haspopup="true" aria-expanded=
681            <path stroke="currentColor" stroke-width="2" d="M2 2l4 4-4 4" fill="none" stroke-linecap="square"></path>
682          </svg></button></li><li class="mobile-menu__nav-item"><button class="mobile-menu__nav-link" data-type="menuitem" aria-haspopup="true" aria-expanded=
683            <path stroke="currentColor" stroke-width="2" d="M2 2l4 4-4 4" fill="none" stroke-linecap="square"></path>
684          </svg></button></li></ul>
```

```
685        </div><div class="mobile-menu__section mobile-menu__section--loose">
686            <p class="mobile-menu-title heading h5">Need help?</p><div class="mobile-menu__help-wrapper"><svg class="icon icon--bi-phone" viewBo
687        <g stroke-width="2" fill="none" fill-rule="evenodd" stroke-linecap="square">
688            <path d="M17 15l-3 3-8-8 3-3-5-5-3 3c0 9.941 8.059 18 18 18l3-3-5-5z" stroke="#000000"></path>
689            <path d="M14 1c4.971 0 9 4.029 9 9m-9-5c2.761 0 5 2.239 5 5" stroke="#56aeaa"></path>
690        </g>
691    </svg><span>Call us (562) 777-2251</span>
692        </div><div class="mobile-menu__help-wrapper"><svg class="icon icon--bi-email" viewBox="0 0 22 22" role="presentation">
693    <g fill="none" fill-rule="evenodd">
694        <path d="M56aeaa" d="M.916667 10.0833336713.6666667-2.65833334v4.65849997zm20.1666667 0L17.416667 7.42500033v4.65849997z"></path>
695        <path d="M000000" stroke-width="2" d="M4.58333367 7.42500033L.916667 10.08333367v21.0833337h20.1666667V10.08333367L17.416667 7.42500033"></path>
696        <path stroke="#000000" stroke-width="2" d="M4.58333367 12.1000003v7.416667H17.416667v11.1833333m-16.5-2.01666663L21.0833337 21.0833337 21.0833337 20-11.000E
697        <path d="M8.25000033 5.50000033h5.49999997M8.25000033 9.166667h5.49999997" stroke="#56aeaa" stroke-width="2" stroke-linecap="square"></path>
698    </g>
699    </svg><a href="mailto:baldwinpark@bbexprs.com">baldwinpark@bbexprs.com</a>
700        </div><div class="mobile-menu__section mobile-menu__section--loose">
701            <p class="mobile-menu__section-title heading h5">Follow Us</p><ul class="social-media__item-list social-media__item-list--stack list-unstyle
702    <li class="social-media__item social-media__item--facebook">
703        <a href="https://www.facebook.com/mybakersexpress" target="_blank" rel="noopener" aria-label="Follow us on Facebook"><svg class="icon icon--facel
704        <path d="M15 30C6.71572875 30 0 23.2842712 0 15 0 6.71572875 6.71572875 0 15 0c8.2842712 0 15 6.71572875 15 15 0 8.2842712-6.7157288 15-15 15zm3.
705    </svg>Facebook</a>
706    </li>
707
708
709    <li class="social-media__item social-media__item--instagram">
710        <a href="https://www.instagram.com/bakers.express/" target="_blank" rel="noopener" aria-label="Follow us on Instagram"><svg class="icon icon--ins
711        <path d="M15 30C6.71572875 30 0 23.2842712 0 15 0 6.71572875 6.71572875 0 15 0c8.2842712 0 15 6.71572875 15 15 0 8.2842712-6.7157288 15-15 15zm.6
712    </svg>Instagram</a>
713    </li>
714
715
716    <li class="social-media__item social-media__item--youtube">
717        <a href="https://www.youtube.com/@BakersExpress" target="_blank" rel="noopener" aria-label="Follow us on YouTube"><svg class="icon icon--youtube"
718        <path d="M15 30C8.2842712 0 15 0 15 0c8.2842712 0 15 6.71572875-6.7157288-15-15-15C6.71572875 0 0 6.71572875 0 15c0 8.2842712 6.71572875 15 15 15zm7.
719    </svg>YouTube</a>
720    </li>
721
722
723    </ul></div></div><div id="mobile-panel-3" class="mobile-menu__panel is-nested">
724        <div class="mobile-menu__section is-sticky">
725            <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="presentation
726        <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
727    </svg> Back</button>
728        </div>
729
730        <div class="mobile-menu__section"><div class="mobile-menu__nav-list"><div class="mobile-menu__nav-list-item">
731            <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-0" aria-expanded="false" data-action="toggle-c
732        <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
733    </svg>
734
735            </button>
736
737            <div id="mobile-list-0" class="mobile-menu__nav-collapsible">
738                <div class="mobile-menu__nav-collapsible-content">
739                    <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
740                        <a href="https://bakersbodegaexpress.com/collections/candy" class="mobile-menu__nav-link" data-type="menuitem">Candy</a>
741                    </li><li class="mobile-menu__nav-item">
742                        <a href="https://bakersexpress.com/collections/candy-color-1" class="mobile-menu__nav-link" data-type="menuitem">Candy Co
743                    </li></ul>
744                </div>
745            </div>
746        </div><div class="mobile-menu__nav-list-item">
747            <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-1" aria-expanded="false" data-action="toggle-c
748        <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
749    </svg>
750
751            </button>
752
753            <div id="mobile-list-1" class="mobile-menu__nav-collapsible">
754                <div class="mobile-menu__nav-collapsible-content">
755                    <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
756                        <a href="https://bakersexpress.com/collections/chocolate-coating" class="mobile-menu__nav-link" data-type="menuitem">Choc
757                    </li><li class="mobile-menu__nav-item">
758                        <a href="https://bakersexpress.com/collections/chocolate-decorations" class="mobile-menu__nav-link" data-type="menuitem":
759                    </li><li class="mobile-menu__nav-item">
760                        <a href="https://bakersexpress.com/collections/paramount-crystals" class="mobile-menu__nav-link" data-type="menuitem">Par
761                    </li></ul>
762                </div>
763            </div>
764        </div><div class="mobile-menu__nav-list-item">
765            <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-2" aria-expanded="false" data-action="toggle-c
766        <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
767    </svg>
768
769            </button>
770
771            <div id="mobile-list-2" class="mobile-menu__nav-collapsible">
772                <div class="mobile-menu__nav-collapsible-content">
773                    <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
774                        <a href="https://bakersexpress.com/collections/silicone-molds-1" class="mobile-menu__nav-link" data-type="menuitem">Sili
775                    </li><li class="mobile-menu__nav-item">
776                        <a href="https://bakersexpress.com/collections/plastic-molds" class="mobile-menu__nav-link" data-type="menuitem">Plastic
777                    </li></ul>
778                </div>
779            </div>
780        </div></div></div><div class="scroller">
781            <div class="scroller__inner">
782                <div class="mobile-menu__promo-list">
783                    <div class="mobile-menu__promo-item">
```

```
783            <a href="https://bakersbodegaexpress.com/collections/candy" class="mobile-menu__promo">
784              <div class="mobile-menu__image-wrapper">
785                <div class="aspect-ratio" style="padding-bottom: 100.0%">
786                  <img class="lazyload image-blur-up" src="//bakersexpress.com/cdn/shop/files/Candy-Chocolate_copy_80x.jpg?v=1625592407" data-
787                </div>
788              </div>

790              <span class="mobile-menu__image-heading heading"></span>
791              <p class="mobile-menu__image-text"></p>
792            </a>
793          </div>

795          <div class="mobile-menu__promo-item">
796            <a href="https://bakersbodegaexpress.myshopify.com/admin/collections/262329630897" class="mobile-menu__promo">
797              <div class="mobile-menu__image-wrapper">
798                <div class="aspect-ratio" style="padding-bottom: 100.0%">
799                  <img class="lazyload image-blur-up" src="//bakersexpress.com/cdn/shop/files/Melting_Chocolate_copy_80x.jpg?v=1625592551" dat
800                </div>
801              </div>

803              <span class="mobile-menu__image-heading heading"></span>
804              <p class="mobile-menu__image-text"></p>
805            </a>
806          </div></div>
807          </div>
808        </div>
809      </div><div id="mobile-panel-4" class="mobile-menu__panel is-nested">
810        <div class="mobile-menu__section is-sticky">
811          <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="presentation
812            <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
813    </svg> Back</button>
814        </div>

816        <div class="mobile-menu__section"><div class="mobile-menu__nav-list"><div class="mobile-menu__nav-list-item">
817            <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-3" aria-expanded="false" data-action="toggle-c
818            <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
819    </svg>
820          </button>

822          <div id="mobile-list-3" class="mobile-menu__nav-collapsible">
823            <div class="mobile-menu__nav-collapsible-content">
824              <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
825                <a href="https://bakersexpress.com/collections/cake-pads" class="mobile-menu__nav-link" data-type="menuitem">Cake Circle
826              </li><li class="mobile-menu__nav-item">
827                <a href="https://bakersexpress.com/collections/cake-wraps" class="mobile-menu__nav-link" data-type="menuitem">Cake Wraps<
828              </li><li class="mobile-menu__nav-item">
829                <a href="https://bakersexpress.com/collections/cake-drums" class="mobile-menu__nav-link" data-type="menuitem">Cake Drums<
830              </li><li class="mobile-menu__nav-item">
831                <a href="https://bakersexpress.com/collections/tabs-trays" class="mobile-menu__nav-link" data-type="menuitem">Tabs/Trays<
832              </li></ul>
833            </div>
834          </div>
835        </div><div class="mobile-menu__nav-list-item">
836            <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-4" aria-expanded="false" data-action="toggle-c
837            <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
838    </svg>
839          </button>

841          <div id="mobile-list-4" class="mobile-menu__nav-collapsible">
842            <div class="mobile-menu__nav-collapsible-content">
843              <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
844                <a href="https://bakersexpress.com/collections/cake-boxes" class="mobile-menu__nav-link" data-type="menuitem">Cake Boxes<
845              </li><li class="mobile-menu__nav-item">
846                <a href="https://bakersexpress.com/collections/cupcake-boxes" class="mobile-menu__nav-link" data-type="menuitem">Cupcake
847              </li><li class="mobile-menu__nav-item">
848                <a href="https://bakersexpress.com/collections/treat-boxes" class="mobile-menu__nav-link" data-type="menuitem">Treat Boxe
849              </li></ul>
850            </div>
851          </div>
852        </div><div class="mobile-menu__nav-list-item">
853            <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-5" aria-expanded="false" data-action="toggle-c
854            <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
855    </svg>
856          </button>

858          <div id="mobile-list-5" class="mobile-menu__nav-collapsible">
859            <div class="mobile-menu__nav-collapsible-content">
860              <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
861                <a href="https://bakersexpress.com/collections/plastic-cupcake-containers" class="mobile-menu__nav-link" data-type="menu
862              </li><li class="mobile-menu__nav-item">
863                <a href="https://bakersexpress.com/collections/plastic-cake-containers" class="mobile-menu__nav-link" data-type="menuiter
864              </li><li class="mobile-menu__nav-item">
865                <a href="https://bakersexpress.com/collections/plastic-treat-containers" class="mobile-menu__nav-link" data-type="menuite
866              </li><li class="mobile-menu__nav-item">
867                <a href="https://bakersexpress.com/collections/eco-friendly" class="mobile-menu__nav-link" data-type="menuitem">Eco Frier
868              </li><li class="mobile-menu__nav-item">
869                <a href="https://bakersexpress.com/collections/plastic-cup-containers" class="mobile-menu__nav-link" data-type="menuitem"
870              </li></ul>
871            </div>
872          </div>
873        </div><div class="mobile-menu__nav-list-item">
874            <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-6" aria-expanded="false" data-action="toggle-c
875            <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
876    </svg>
877          </button>

879          <div id="mobile-list-6" class="mobile-menu__nav-collapsible">
880            <div class="mobile-menu__nav-collapsible-content">
```

```
881          <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
882            <a href="https://bakersexpress.com/collections/disposable-packaging" class="mobile-menu__nav-link" data-type="menuitem">D
883          </li><li class="mobile-menu__nav-item">
884            <a href="https://bakersexpress.com/collections/treat-bags" class="mobile-menu__nav-link" data-type="menuitem">Treat Bags
885          </li><li class="mobile-menu__nav-item">
886            <a href="https://bakersexpress.com/collections/crinkle-paper" class="mobile-menu__nav-link" data-type="menuitem">Crinkle
887          </li><li class="mobile-menu__nav-item">
888            <a href="https://bakersexpress.com/collections/twist-ties-bows" class="mobile-menu__nav-link" data-type="menuitem">Twist
889          </li><li class="mobile-menu__nav-item">
890            <a href="https://bakersexpress.com/collections/displays" class="mobile-menu__nav-link" data-type="menuitem">Displays</a>
891          </li></ul>
892        </div>
893      </div>
894    </div></div>
895
896    <div class="mobile-menu__promo-item">
897      <a href="https://bakersbodegaexpress.com/collections/packaging" class="mobile-menu__promo">
898        <div class="mobile-menu__image-wrapper">
899          <div class="aspect-ratio" style="padding-bottom: 100.0%">
900            <img class="lazyload image-blur-up" src="//bakersexpress.com/cdn/shop/files/Packaging_copy_80x.jpg?v=1625595312" data-src="/
901          </div>
902        </div>
903
904        <span class="mobile-menu__image-heading heading"></span>
905        <p class="mobile-menu__image-text"></p>
906      </a>
907    </div></div>
908  </div><div id="mobile-panel-5" class="mobile-menu__panel is-nested">
909    <div class="mobile-menu__section is-sticky">
910      <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="presentation
911  <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
912  </svg> Back</button>
913      </div>
914
915    <div class="mobile-menu__section"><div class="mobile-menu__nav-list"><div class="mobile-menu__nav-list-item">
916      <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-7" aria-expanded="false" data-action="toggle-c
917  <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
918  </svg>
919      </button>
920
921      <div id="mobile-list-7" class="mobile-menu__nav-collapsible">
922        <div class="mobile-menu__nav-collapsible-content">
923          <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
924            <a href="https://bakersbodegaexpress.com/collections/calibina-sprinkle-collection" class="mobile-menu__nav-link" data-typ
925          </li><li class="mobile-menu__nav-item">
926            <a href="https://bakersexpress.com/collections/jimmies" class="mobile-menu__nav-link" data-type="menuitem">Jimmies</a>
927          </li><li class="mobile-menu__nav-item">
928            <a href="https://bakersexpress.com/collections/quins" class="mobile-menu__nav-link" data-type="menuitem">Quins</a>
929          </li><li class="mobile-menu__nav-item">
930            <a href="https://bakersexpress.com/collections/nonpariels-beads" class="mobile-menu__nav-link" data-type="menuitem">Nonpa
931          </li><li class="mobile-menu__nav-item">
932            <a href="https://bakersexpress.com/collections/sprinkle-mix" class="mobile-menu__nav-link" data-type="menuitem">Mixes</a
933          </li><li class="mobile-menu__nav-item">
934            <a href="https://bakersexpress.com/collections/candy-sprinkles" class="mobile-menu__nav-link" data-type="menuitem">Candy
935          </li><li class="mobile-menu__nav-item">
936            <a href="https://bakersexpress.com/collections/sanding-sugar" class="mobile-menu__nav-link" data-type="menuitem">Sanding
937          </li></ul>
938        </div>
939      </div>
940    </div></div><div class="mobile-menu__nav-list-item">
941      <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-8" aria-expanded="false" data-action="toggle-c
942  <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
943  </svg>
944      </button>
945
946      <div id="mobile-list-8" class="mobile-menu__nav-collapsible">
947        <div class="mobile-menu__nav-collapsible-content">
948          <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
949            <a href="https://bakersexpress.com/collections/brushes" class="mobile-menu__nav-link" data-type="menuitem">Brushes</a>
950          </li><li class="mobile-menu__nav-item">
951            <a href="https://bakersexpress.com/collections/edible-markers" class="mobile-menu__nav-link" data-type="menuitem">Edible
952          </li><li class="mobile-menu__nav-item">
953            <a href="https://bakersexpress.com/collections/turntables" class="mobile-menu__nav-link" data-type="menuitem">Turntables
954          </li><li class="mobile-menu__nav-item">
955            <a href="https://bakersexpress.com/collections/smoothers-combs" class="mobile-menu__nav-link" data-type="menuitem">Smooth
956          </li></ul>
957        </div>
958      </div>
959    </div></div><div class="mobile-menu__nav-list-item">
960      <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-9" aria-expanded="false" data-action="toggle-c
961  <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
962  </svg>
963      </button>
964
965      <div id="mobile-list-9" class="mobile-menu__nav-collapsible">
966        <div class="mobile-menu__nav-collapsible-content">
967          <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
968            <a href="https://bakersexpress.com/collections/gel-paste" class="mobile-menu__nav-link" data-type="menuitem">Gel Paste</a
969          </li><li class="mobile-menu__nav-item">
970            <a href="https://bakersexpress.com/collections/airbrush-color" class="mobile-menu__nav-link" data-type="menuitem">Airbrus
971          </li><li class="mobile-menu__nav-item">
972            <a href="https://bakersexpress.com/collections/candy-color-1" class="mobile-menu__nav-link" data-type="menuitem">Candy Co
973          </li></ul>
974        </div>
975      </div>
976    </div></div><div class="mobile-menu__nav-list-item">
977      <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-10" aria-expanded="false" data-action="toggle-
978  <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
```

```
979        </svg>
980                </button>
981
982                <div id="mobile-list-10" class="mobile-menu__nav-collapsible">
983                    <div class="mobile-menu__nav-collapsible-content">
984                        <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
985                            <a href="https://bakersexpress.com/collections/cake-toppers" class="mobile-menu__nav-link" data-type="menuitem">Cake Toppe
986                            </li><li class="mobile-menu__nav-item">
987                            <a href="https://bakersexpress.com/collections/cupcake-toppers" class="mobile-menu__nav-link" data-type="menuitem">Cupcak
988                            </li><li class="mobile-menu__nav-item">
989                            <a href="https://bakersexpress.com/collections/party-candles" class="mobile-menu__nav-link" data-type="menuitem">Candles
990                            </li></ul>
991                        </div>
992                    </div>
993                </div><div class="mobile-menu__nav-list-item">
994                    <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-11" aria-expanded="false" data-action="toggle
995        <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
996        </svg>
997                </button>
998
999                <div id="mobile-list-11" class="mobile-menu__nav-collapsible">
1000                    <div class="mobile-menu__nav-collapsible-content">
1001                        <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1002                            <a href="https://bakersexpress.com/collections/highlighter-2" class="mobile-menu__nav-link" data-type="menuitem">Highli
1003                            </li><li class="mobile-menu__nav-item">
1004                            <a href="https://bakersexpress.com/collections/glitter" class="mobile-menu__nav-link" data-type="menuitem">Glitter</a>
1005                            </li><li class="mobile-menu__nav-item">
1006                            <a href="https://bakersexpress.com/collections/dust" class="mobile-menu__nav-link" data-type="menuitem">Dust</a>
1007                            </li></ul>
1008                        </div>
1009                    </div>
1010                </div><div class="mobile-menu__nav-list-item">
1011                    <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-12" aria-expanded="false" data-action="toggle
1012        <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1013        </svg>
1014                </button>
1015
1016                <div id="mobile-list-12" class="mobile-menu__nav-collapsible">
1017                    <div class="mobile-menu__nav-collapsible-content">
1018                        <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1019                            <a href="https://bakersexpress.com/collections/fondant-only" class="mobile-menu__nav-link" data-type="menuitem">Fondant
1020                            </li><li class="mobile-menu__nav-item">
1021                            <a href="https://bakersexpress.com/collections/fondant-tools" class="mobile-menu__nav-link" data-type="menuitem">Fondant
1022                            </li></ul>
1023                        </div>
1024                    </div>
1025                </div><div class="mobile-menu__nav-list-item">
1026                    <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-13" aria-expanded="false" data-action="toggle
1027        <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1028        </svg>
1029                </button>
1030
1031                <div id="mobile-list-13" class="mobile-menu__nav-collapsible">
1032                    <div class="mobile-menu__nav-collapsible-content">
1033                        <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1034                            <a href="https://bakersexpress.com/collections/piping-bags" class="mobile-menu__nav-link" data-type="menuitem">Piping Bag
1035                            </li><li class="mobile-menu__nav-item">
1036                            <a href="https://bakersexpress.com/collections/piping-tips" class="mobile-menu__nav-link" data-type="menuitem">Piping Tip
1037                            </li></ul>
1038                        </div>
1039                    </div>
1040                </div><div class="mobile-menu__nav-list-item">
1041                    <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-14" aria-expanded="false" data-action="toggle
1042        <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1043        </svg>
1044                </button>
1045
1046                <div id="mobile-list-14" class="mobile-menu__nav-collapsible">
1047                    <div class="mobile-menu__nav-collapsible-content">
1048                        <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1049                            <a href="https://bakersexpress.com/collections/cookie-cutters" class="mobile-menu__nav-link" data-type="menuitem">Cookie
1050                            </li><li class="mobile-menu__nav-item">
1051                            <a href="https://bakersexpress.com/collections/cutters-plungers" class="mobile-menu__nav-link" data-type="menuitem">Cutte
1052                            </li></ul>
1053                        </div>
1054                    </div>
1055                </div><div class="mobile-menu__nav-list-item">
1056                    <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-15" aria-expanded="false" data-action="toggle
1057        <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1058        </svg>
1059                </button>
1060
1061                <div id="mobile-list-15" class="mobile-menu__nav-collapsible">
1062                    <div class="mobile-menu__nav-collapsible-content">
1063                        <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1064                            <a href="https://bakersexpress.com/collections/silicone-molds-1" class="mobile-menu__nav-link" data-type="menuitem">Sili
1065                            </li><li class="mobile-menu__nav-item">
1066                            <a href="https://bakersexpress.com/collections/plastic-molds" class="mobile-menu__nav-link" data-type="menuitem">Plastic
1067                            </li></ul>
1068                        </div>
1069                    </div>
1070                </div><div class="mobile-menu__nav-list-item">
1071                    <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-16" aria-expanded="false" data-action="toggle
1072        <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1073        </svg>
1074                </button>
1075
1076                <div id="mobile-list-16" class="mobile-menu__nav-collapsible">
```

```
1077                            <div class="mobile-menu__nav-collapsible-content">
1078                                <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1079                                    <a href="https://bakersexpress.com/collections/edible-paper" class="mobile-menu__nav-link" data-type="menuitem">Edible Pa
1080                                </li><li class="mobile-menu__nav-item">
1081                                    <a href="https://bakersexpress.com/collections/buttercream-icing" class="mobile-menu__nav-link" data-type="menuitem">Butt
1082                                </li><li class="mobile-menu__nav-item">
1083                                    <a href="https://bakersexpress.com/collections/stencils-impressions" class="mobile-menu__nav-link" data-type="menuitem">S
1084                                </li><li class="mobile-menu__nav-item">
1085                                    <a href="https://bakersexpress.com/collections/dummy-foams" class="mobile-menu__nav-link" data-type="menuitem">Dummy Foam
1086                                </li></ul>
1087                            </div>
1088                        </div>
1089                    </div></div>
1090
1091                    <div class="mobile-menu__promo-item">
1092                        <a href="https://bakersbodegaexpress.com/collections/decorating-supplies" class="mobile-menu__promo">
1093                            <div class="mobile-menu__image-wrapper">
1094                                <div class="aspect-ratio" style="padding-bottom: 100.0%">
1095                                    <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Toppers_copy_80x.jpg?v=1625597734" data-src="//b
1096                                </div>
1097                            </div>
1098
1099                            <span class="mobile-menu__image-heading heading"></span>
1100                            <p class="mobile-menu__image-text"></p>
1101                        </a>
1102                    </div></div>
1103                </div><div id="mobile-panel-6" class="mobile-menu__panel is-nested">
1104                    <div class="mobile-menu__section is-sticky">
1105                        <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="presentation
1106 <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1107 </svg> Back</button>
1108                    </div>
1109
1110                    <div class="mobile-menu__section"><div class="mobile-menu__nav-list"><div class="mobile-menu__nav-list-item">
1111                        <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-17" aria-expanded="false" data-action="toggle-
1112 <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1113 </svg>
1114                        </button>
1115
1116                        <div id="mobile-list-17" class="mobile-menu__nav-collapsible">
1117                            <div class="mobile-menu__nav-collapsible-content">
1118                                <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1119                                    <a href="https://bakersexpress.com/collections/baking-pans" class="mobile-menu__nav-link" data-type="menuitem">Baking Pan
1120                                </li><li class="mobile-menu__nav-item">
1121                                    <a href="https://bakersexpress.com/collections/baking-cups" class="mobile-menu__nav-link" data-type="menuitem">Baking Cup
1122                                </li><li class="mobile-menu__nav-item">
1123                                    <a href="https://bakersexpress.com/collections/baking-tools-utensils" class="mobile-menu__nav-link" data-type="menuitem">
1124                                </li><li class="mobile-menu__nav-item">
1125                                    <a href="https://bakersexpress.com/collections/kitchen-apparel" class="mobile-menu__nav-link" data-type="menuitem">Kitche
1126                                </li></ul>
1127                            </div>
1128                        </div>
1129                    </div></div><div class="scroller">
1130                        <div class="scroller__inner">
1131                            <div class="mobile-menu__promo-list">
1132
1133                    <div class="mobile-menu__promo-item">
1134                        <a href="#" class="mobile-menu__promo">
1135                            <div class="mobile-menu__image-wrapper">
1136                                <div class="aspect-ratio" style="padding-bottom: 100.0%">
1137                                    <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Baking_1_80x.jpg?v=1625598681" data-src="//bake
1138                                </div>
1139                            </div>
1140
1141                            <span class="mobile-menu__image-heading heading"></span>
1142                            <p class="mobile-menu__image-text"></p>
1143                        </a>
1144                    </div>
1145
1146                    <div class="mobile-menu__promo-item">
1147                        <a href="#" class="mobile-menu__promo">
1148                            <div class="mobile-menu__image-wrapper">
1149                                <div class="aspect-ratio" style="padding-bottom: 100.0%">
1150                                    <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Baking_2_80x.jpg?v=1625598697" data-src="//bake
1151                                </div>
1152                            </div>
1153
1154                            <span class="mobile-menu__image-heading heading"></span>
1155                            <p class="mobile-menu__image-text"></p>
1156                        </a>
1157                    </div></div>
1158                        </div>
1159                    </div></div>
1160                </div><div id="mobile-panel-7" class="mobile-menu__panel is-nested">
1161                    <div class="mobile-menu__section is-sticky">
1162                        <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="presentation
1163 <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1164 </svg> Back</button>
1165                    </div>
1166
1167                    <div class="mobile-menu__section"><div class="mobile-menu__nav-list"><div class="mobile-menu__nav-list-item">
1168                        <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-18" aria-expanded="false" data-action="toggle-
1169 <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1170 </svg>
1171                        </button>
1172
1173                        <div id="mobile-list-18" class="mobile-menu__nav-collapsible">
1174                            <div class="mobile-menu__nav-collapsible-content">
```

```
1175            <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1176                <a href="https://bakersexpress.com/products/bakersexpress-gift-card?variant=31888716464164" class="mobile-menu__nav-link'
1177            </li><li class="mobile-menu__nav-item">
1178                <a href="https://bakersexpress.com/products/bakersexpress-gift-card?variant=31888716496932" class="mobile-menu__nav-link'
1179            </li><li class="mobile-menu__nav-item">
1180                <a href="https://bakersexpress.com/products/bakersexpress-gift-card?variant=31888716529700" class="mobile-menu__nav-link'
1181            </li><li class="mobile-menu__nav-item">
1182                <a href="https://bakersexpress.com/products/bakersexpress-gift-card?variant=31888716562468" class="mobile-menu__nav-link'
1183            </li></ul>
1184        </div>
1185      </div>
1186  </div></div></div>
1187
1188            <div class="mobile-menu__promo-item">
1189              <a href="#" class="mobile-menu__promo">
1190                <div class="mobile-menu__image-wrapper">
1191                  <div class="aspect-ratio" style="padding-bottom: 100.0%">
1192                    <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Baking-_copy_80x.jpg?v=1625598894" data-src="//t
1193                  </div>
1194                </div>
1195
1196                <span class="mobile-menu__image-heading heading">A BAKERS</span>
1197                <p class="mobile-menu__image-text">FAVORITE GIFT!</p>
1198              </a>
1199            </div></div>
1200      </div><div id="mobile-panel-8" class="mobile-menu__panel is-nested">
1201        <div class="mobile-menu__section is-sticky">
1202          <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="presentation
1203  <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1204  </svg> Back</button>
1205        </div>
1206
1207        <div class="mobile-menu__section"><div class="mobile-menu__nav-list"><div class="mobile-menu__nav-list-item">
1208            <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-19" aria-expanded="false" data-action="toggle-
1209  <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1210  </svg>
1211          </button>
1212
1213          <div id="mobile-list-19" class="mobile-menu__nav-collapsible">
1214            <div class="mobile-menu__nav-collapsible-content">
1215              <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1216                <a href="https://bakersexpress.com/collections/nuts" class="mobile-menu__nav-link" data-type="menuitem">Nuts</a>
1217              </li><li class="mobile-menu__nav-item">
1218                <a href="https://bakersexpress.com/collections/food-snacks" class="mobile-menu__nav-link" data-type="menuitem">Snacks</a
1219              </li><li class="mobile-menu__nav-item">
1220                <a href="https://bakersexpress.com/collections/candy" class="mobile-menu__nav-link" data-type="menuitem">Candy</a>
1221              </li></ul>
1222            </div>
1223          </div>
1224      </div></div><div class="scroller">
1225          <div class="scroller__inner">
1226            <div class="mobile-menu__promo-list">
1227
1228            <div class="mobile-menu__promo-item">
1229              <a href="#" class="mobile-menu__promo">
1230                <div class="mobile-menu__image-wrapper">
1231                  <div class="aspect-ratio" style="padding-bottom: 100.0%">
1232                    <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Nuts_copy_80x.jpg?v=1625599442" data-src="//bake
1233                  </div>
1234                </div>
1235
1236                <span class="mobile-menu__image-heading heading"></span>
1237                <p class="mobile-menu__image-text"></p>
1238              </a>
1239            </div>
1240
1241            <div class="mobile-menu__promo-item">
1242              <a href="#" class="mobile-menu__promo">
1243                <div class="mobile-menu__image-wrapper">
1244                  <div class="aspect-ratio" style="padding-bottom: 100.0%">
1245                    <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Rice_Krispies_copy_80x.jpg?v=1625599811" data-sr
1246                  </div>
1247                </div>
1248
1249                <span class="mobile-menu__image-heading heading"></span>
1250                <p class="mobile-menu__image-text"></p>
1251              </a>
1252            </div></div>
1253          </div>
1254      </div></div>
1255      </div><div id="mobile-panel-9" class="mobile-menu__panel is-nested">
1256        <div class="mobile-menu__section is-sticky">
1257          <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="presentation
1258  <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1259  </svg> Back</button>
1260        </div>
1261
1262        <div class="mobile-menu__section"><div class="mobile-menu__nav-list"><div class="mobile-menu__nav-list-item">
1263            <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-20" aria-expanded="false" data-action="toggle-
1264  <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1265  </svg>
1266          </button>
1267
1268          <div id="mobile-list-20" class="mobile-menu__nav-collapsible">
1269            <div class="mobile-menu__nav-collapsible-content">
1270              <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1271                <a href="https://bakersexpress.com/collections/nonpariels-beads" class="mobile-menu__nav-link" data-type="menuitem">Non P
1272              </li><li class="mobile-menu__nav-item">
```

```
1273                            <a href="https://bakersexpress.com/collections/calibina-sprinkle-collection" class="mobile-menu__nav-link" data-type="mer
1274                        </li><li class="mobile-menu__nav-item">
1275                            <a href="https://bakersexpress.com/collections/candy-sprinkles" class="mobile-menu__nav-link" data-type="menuitem">Candy
1276                        </li><li class="mobile-menu__nav-item">
1277                            <a href="https://bakersexpress.com/collections/sanding-sugar" class="mobile-menu__nav-link" data-type="menuitem">Sanding
1278                        </li><li class="mobile-menu__nav-item">
1279                            <a href="https://bakersexpress.com/collections/jimmies" class="mobile-menu__nav-link" data-type="menuitem">Jimmies</a>
1280                        </li><li class="mobile-menu__nav-item">
1281                            <a href="https://bakersexpress.com/collections/sprinkle-mix" class="mobile-menu__nav-link" data-type="menuitem">Mixed</a
1282                        </li><li class="mobile-menu__nav-item">
1283                            <a href="https://bakersexpress.com/collections/quins" class="mobile-menu__nav-link" data-type="menuitem">Quins</a>
1284                        </li></ul>
1285                    </div>
1286                </div>
1287            </div><div class="mobile-menu__nav-list-item">
1288                <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-21" aria-expanded="false" data-action="toggle-
1289    <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1290    </svg>
1291                </button>
1292
1293                <div id="mobile-list-21" class="mobile-menu__nav-collapsible">
1294                    <div class="mobile-menu__nav-collapsible-content">
1295                        <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1296                            <a href="https://bakersexpress.com/collections/cookie-cutter-sets" class="mobile-menu__nav-link" data-type="menuitem">Coo
1297                        </li><li class="mobile-menu__nav-item">
1298                            <a href="https://bakersexpress.com/collections/pastry-piping-bags" class="mobile-menu__nav-link" data-type="menuitem">Pas
1299                        </li><li class="mobile-menu__nav-item">
1300                            <a href="https://bakersexpress.com/collections/silicone-molds-1" class="mobile-menu__nav-link" data-type="menuitem">Silic
1301                        </li><li class="mobile-menu__nav-item">
1302                            <a href="https://bakersexpress.com/collections/plastic-molds" class="mobile-menu__nav-link" data-type="menuitem">Plastic
1303                        </li><li class="mobile-menu__nav-item">
1304                            <a href="https://bakersexpress.com/collections/plastic-molds" class="mobile-menu__nav-link" data-type="menuitem">Highligh
1305                        </li></ul>
1306                    </div>
1307                </div>
1308            </div><div class="mobile-menu__nav-list-item">
1309                <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-22" aria-expanded="false" data-action="toggle-
1310    <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1311    </svg>
1312                </button>
1313
1314                <div id="mobile-list-22" class="mobile-menu__nav-collapsible">
1315                    <div class="mobile-menu__nav-collapsible-content">
1316                        <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1317                            <a href="https://bakersexpress.com/collections/50express-plastic-containers" class="mobile-menu__nav-link" data-type="men
1318                        </li><li class="mobile-menu__nav-item">
1319                            <a href="https://bakersexpress.com/collections/eco-friendly" class="mobile-menu__nav-link" data-type="menuitem">Eco Frien
1320                        </li><li class="mobile-menu__nav-item">
1321                            <a href="https://bakersexpress.com/collections/50express-bags" class="mobile-menu__nav-link" data-type="menuitem">Bags</a
1322                        </li></ul>
1323                    </div>
1324                </div>
1325            </div><div class="mobile-menu__nav-list-item">
1326                <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-23" aria-expanded="false" data-action="toggle-
1327    <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1328    </svg>
1329                </button>
1330
1331                <div id="mobile-list-23" class="mobile-menu__nav-collapsible">
1332                    <div class="mobile-menu__nav-collapsible-content">
1333                        <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1334                            <a href="https://bakersexpress.com/collections/50express-chocolate" class="mobile-menu__nav-link" data-type="menuitem">Ca
1335                        </li><li class="mobile-menu__nav-item">
1336                            <a href="https://bakersexpress.com/collections/50express-buttercream" class="mobile-menu__nav-link" data-type="menuitem">
1337                        </li><li class="mobile-menu__nav-item">
1338                            <a href="https://bakersexpress.com/collections/50express-fillings" class="mobile-menu__nav-link" data-type="menuitem">Fil
1339                        </li><li class="mobile-menu__nav-item">
1340                            <a href="https://bakersexpress.com/collections/50express-flours" class="mobile-menu__nav-link" data-type="menuitem">Flour
1341                        </li><li class="mobile-menu__nav-item">
1342                            <a href="https://bakersexpress.com/collections/50express-mixes" class="mobile-menu__nav-link" data-type="menuitem">Mixes<
1343                        </li></ul>
1344                    </div>
1345                </div>
1346            </div></div>
1347
1348                <div class="mobile-menu__promo-item">
1349                    <a href="#" class="mobile-menu__promo">
1350                        <div class="mobile-menu__image-wrapper">
1351                            <div class="aspect-ratio" style="padding-bottom: 100.0%">
1352                                <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Profie_Pic_copy_80x.jpg?v=1632504377" data-src='
1353                            </div>
1354                        </div>
1355
1356                        <span class="mobile-menu__image-heading heading"></span>
1357                        <p class="mobile-menu__image-text"></p>
1358                    </a>
1359                </div></div>
1360    </div><div id="mobile-panel-10" class="mobile-menu__panel is-nested">
1361        <div class="mobile-menu__section is-sticky">
1362            <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="presentation
1363    <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1364    </svg> Back</button>
1365        </div>
1366
1367        <div class="mobile-menu__section"><div class="mobile-menu__nav-list"><div class="mobile-menu__nav-list-item">
1368            <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-24" aria-expanded="false" data-action="toggle-
1369    <path stroke="currentColor" stroke-width="2" d="M10 2L6 2 2 2" fill="none" stroke-linecap="square"></path>
1370    </svg>
```

```
1371                    </button>
1372
1373                        <div id="mobile-list-24" class="mobile-menu-collapsible">
1374                            <div class="mobile-menu__nav-collapsible-content">
1375                                <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1376                                    <a href="https://bakersexpress.com/collections/frozen-items" class="mobile-menu__nav-link" data-type="menuitem">Toppings
1377                                </li></ul>
1378                            </div>
1379                        </div>
1380                </div></div><div class="scroller">
1381                    <div class="scroller__inner">
1382                        <div class="mobile-menu__promo-list">
1383
1384                        <div class="mobile-menu__promo-item">
1385                            <a href="#" class="mobile-menu__promo">
1386                                <div class="mobile-menu__image-wrapper">
1387                                    <div class="aspect-ratio" style="padding-bottom: 66.66666666667%">
1388                                        <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/iStock-1154983367_80x.jpg?v=1632504818" data-src
1389                                    </div>
1390                                </div>
1391
1392                                <span class="mobile-menu__image-heading heading"></span>
1393                                <p class="mobile-menu__image-text"></p>
1394                            </a>
1395                        </div>
1396
1397                        <div class="mobile-menu__promo-item">
1398                            <a href="#" class="mobile-menu__promo">
1399                                <div class="mobile-menu__image-wrapper">
1400                                    <div class="aspect-ratio" style="padding-bottom: 66.66666666667%">
1401                                        <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/iStock-873059352_80x.jpg?v=1632504882" data-src
1402                                    </div>
1403                                </div>
1404
1405                                <span class="mobile-menu__image-heading heading"></span>
1406                                <p class="mobile-menu__image-text"></p>
1407                            </a>
1408                        </div></div>
1409                    </div>
1410                </div></div>
1411        </div><div id="mobile-panel-11" class="mobile-menu__panel is-nested">
1412            <div class="mobile-menu__section is-sticky">
1413                <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="presentation
1414        <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1415        </svg> Back</button>
1416            </div>
1417
1418            <div class="mobile-menu__section"><div class="mobile-menu__nav-list"><div class="mobile-menu__nav-list-item">
1419                        <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-25" aria-expanded="false" data-action="toggle-
1420        <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1421        </svg>
1422                    </button>
1423
1424                        <div id="mobile-list-25" class="mobile-menu-nav-collapsible">
1425                            <div class="mobile-menu__nav-collapsible-content">
1426                                <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1427                                    <a href="https://bakersexpress.com/collections/stickers" class="mobile-menu__nav-link" data-type="menuitem">Stickers</a>
1428                                </li><li class="mobile-menu__nav-item">
1429                                    <a href="https://bakersexpress.com/products/3-5x2-business-cards" class="mobile-menu__nav-link" data-type="menuitem">Busi
1430                                </li><li class="mobile-menu__nav-item">
1431                                    <a href="https://bakersexpress.com/collections/banners" class="mobile-menu__nav-link" data-type="menuitem">Banners</a>
1432                                </li><li class="mobile-menu__nav-item">
1433                                    <a href="https://bakersexpress.com/collections/invoices" class="mobile-menu__nav-link" data-type="menuitem">Invoices</a>
1434                                </li><li class="mobile-menu__nav-item">
1435                                    <a href="https://bakersexpress.com/collections/table-covers-runners" class="mobile-menu__nav-link" data-type="menuitem">T
1436                                </li></ul>
1437                            </div>
1438                        </div>
1439                </div><div class="mobile-menu__nav-list-item">
1440                        <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-26" aria-expanded="false" data-action="toggle-
1441        <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1442        </svg>
1443                    </button>
1444
1445                        <div id="mobile-list-26" class="mobile-menu-nav-collapsible">
1446                            <div class="mobile-menu__nav-collapsible-content">
1447                                <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1448                                    <a href="https://bakersexpress.com/products/custom-3d-cookie-cutters" class="mobile-menu__nav-link" data-type="menuitem">
1449                                </li><li class="mobile-menu__nav-item">
1450                                    <a href="https://bakersexpress.com/products/custom-3d-cake-toppers-1" class="mobile-menu__nav-link" data-type="menuitem">
1451                                </li></ul>
1452                            </div>
1453                        </div>
1454                </div><div class="mobile-menu__nav-list-item">
1455                        <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-27" aria-expanded="false" data-action="toggle-
1456        <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1457        </svg>
1458                    </button>
1459
1460                        <div id="mobile-list-27" class="mobile-menu-nav-collapsible">
1461                            <div class="mobile-menu__nav-collapsible-content">
1462                                <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1463                                    <a href="https://bakersexpress.com/collections/graphic-logo-design" class="mobile-menu__nav-link" data-type="menuitem">Gr
1464                                </li><li class="mobile-menu__nav-item">
1465                                    <a href="https://bakersexpress.com/collections/frostings-sheets" class="mobile-menu__nav-link" data-type="menuitem">Edibl
1466                                </li></ul>
1467                            </div>
1468                        </div>
```

```
1469                          </div></div>
1470
1471              <div class="mobile-menu__promo-item">
1472                  <a href="#" class="mobile-menu__promo">
1473                      <div class="mobile-menu__image-wrapper">
1474                          <div class="aspect-ratio" style="padding-bottom: 66.43126177024482%">
1475                              <img class="lazyload image-blur-up" src="//bakersexpress.com/cdn/shop/files/iStock-183931020_80x.jpg?v=1632505314" data-src
1476                          </div>
1477                      </div>
1478
1479                      <span class="mobile-menu__image-heading heading"></span>
1480                      <p class="mobile-menu__image-text"></p>
1481                  </a>
1482              </div>
1483          </div></div id="mobile-panel-12" class="mobile-menu__panel is-nested">
1484              <div class="mobile-menu__section is-sticky">
1485                  <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="presentation
1486          <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1487      </svg> Back</button>
1488              </div>
1489
1490              <div class="mobile-menu__section"><div class="mobile-menu__nav-list"><div class="mobile-menu__nav-list-item">
1491                  <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-28" aria-expanded="false" data-action="toggle-
1492          <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1493      </svg>
1494
1495                  </button>
1496                  <div id="mobile-list-28" class="mobile-menu__nav-collapsible">
1497                      <div class="mobile-menu__nav-collapsible-content">
1498                          <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1499                              <a href="/pages/twinsinthekitchen" class="mobile-menu__nav-link" data-type="menuitem">Twins in the Kitchen</a>
1500                          </li></ul>
1501                      </div>
1502                  </div>
1503              </div><div class="mobile-menu__nav-list-item">
1504                  <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-29" aria-expanded="false" data-action="toggle-
1505          <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1506      </svg>
1507
1508                  </button>
1509                  <div id="mobile-list-29" class="mobile-menu__nav-collapsible">
1510                      <div class="mobile-menu__nav-collapsible-content">
1511                          <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1512                              <a href="/pages/recipes" class="mobile-menu__nav-link" data-type="menuitem">Flavorful Tuesdays/Fridays</a>
1513                          </li></ul>
1514                      </div>
1515                  </div>
1516              </div><div class="mobile-menu__nav-list-item">
1517                  <button class="mobile-menu__nav-list-toggle text--strong" aria-controls="mobile-list-30" aria-expanded="false" data-action="toggle-
1518          <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
1519      </svg>
1520
1521                  </button>
1522                  <div id="mobile-list-30" class="mobile-menu__nav-collapsible">
1523                      <div class="mobile-menu__nav-collapsible-content">
1524                          <ul class="mobile-menu__nav" data-type="menu"><li class="mobile-menu__nav-item">
1525                              <a href="/collections/monday-demo" class="mobile-menu__nav-link" data-type="menuitem">Monday Classes</a>
1526                          </li></ul>
1527                      </div>
1528              </div></div><div class="scroller">
1529                  <div class="scroller__inner">
1530                      <div class="mobile-menu__promo-list">
1531
1532              <div class="mobile-menu__promo-item">
1533                  <a href="/pages/podcast" class="mobile-menu__promo">
1534                      <div class="mobile-menu__image-wrapper">
1535                          <div class="aspect-ratio" style="padding-bottom: 66.66666666667%">
1536                              <img class="lazyload image-blur-up" src="//bakersexpress.com/cdn/shop/files/iStock-1152495939_80x.jpg?v=1632505602" data-src
1537                          </div>
1538                      </div>
1539
1540                      <span class="mobile-menu__image-heading heading"></span>
1541                      <p class="mobile-menu__image-text"></p>
1542                  </a>
1543              </div>
1544
1545              <div class="mobile-menu__promo-item">
1546                  <a href="#" class="mobile-menu__promo">
1547                      <div class="mobile-menu__image-wrapper">
1548                          <div class="aspect-ratio" style="padding-bottom: 66.66666666667%">
1549                              <img class="lazyload image-blur-up" src="//bakersexpress.com/cdn/shop/files/iStock-1196741090_80x.jpg?v=1632505602" data-src
1550                          </div>
1551                      </div>
1552
1553                      <span class="mobile-menu__image-heading heading"></span>
1554                      <p class="mobile-menu__image-text"></p>
1555                  </a>
1556              </div>
1557              </div>
1558          </div>
1559      </div>
1560      </div><div id="mobile-panel-13" class="mobile-menu__panel is-nested">
1561              <div class="mobile-menu__section is-sticky">
1562                  <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="presentation
1563          <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1564      </svg> Back</button>
1565              </div>
1566
```

```
1567          <div class="mobile-menu__section"><ul class="mobile-menu__nav" data-type="menu">
1568            <li class="mobile-menu__nav-item">
1569              <a href="/pages/instoreproducts" class="mobile-menu__nav-link text--strong">In-Store Only Products</a>
1570            </li><li class="mobile-menu__nav-item"><a href="/pages/instoreproducts" class="mobile-menu__nav-link" data-type="menuitem">In-Store Onl
1571          </div><div id="mobile-panel-3-0" class="mobile-menu__panel is-nested">
1572            <div class="mobile-menu__section is-sticky">
1573              <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon-arrow-left" viewBox="0 0 8 12" role="presen
1574    <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1575    </svg> Back</button>
1576            </div>
1577
1578            <div class="mobile-menu__section">
1579              <ul class="mobile-menu__nav" data-type="menu">
1580                <li class="mobile-menu__nav-item">
1581                  <a href="https://bakersexpress.com/collections/candy" class="mobile-menu__nav-link text--strong">Candy</a>
1582                </li><li class="mobile-menu__nav-item">
1583                  <a href="https://bakersbodegaexpress.com/collections/candy" class="mobile-menu__nav-link" data-type="menuitem">Candy</a>
1584                </li><li class="mobile-menu__nav-item">
1585                  <a href="https://bakersexpress.com/collections/candy-color-1" class="mobile-menu__nav-link" data-type="menuitem">Candy Color</a
1586                </li></ul>
1587              </div>
1588            </div><div id="mobile-panel-3-1" class="mobile-menu__panel is-nested">
1589              <div class="mobile-menu__section is-sticky">
1590                <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon-arrow-left" viewBox="0 0 8 12" role="presen
1591    <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1592    </svg> Back</button>
1593              </div>
1594
1595              <div class="mobile-menu__section">
1596                <ul class="mobile-menu__nav" data-type="menu">
1597                  <li class="mobile-menu__nav-item">
1598                    <a href="https://bakersexpress.com/collections/chocolate-coating" class="mobile-menu__nav-link text--strong">Chocolate</a>
1599                  </li><li class="mobile-menu__nav-item">
1600                    <a href="https://bakersexpress.com/collections/chocolate-coating" class="mobile-menu__nav-link" data-type="menuitem">Chocolate
1601                  </li><li class="mobile-menu__nav-item">
1602                    <a href="https://bakersexpress.com/collections/chocolate-decorations" class="mobile-menu__nav-link" data-type="menuitem">Chocol
1603                  </li><li class="mobile-menu__nav-item">
1604                    <a href="https://bakersexpress.com/collections/paramount-crystals" class="mobile-menu__nav-link" data-type="menuitem">Paramount
1605                  </li></ul>
1606                </div>
1607              </div><div id="mobile-panel-3-2" class="mobile-menu__panel is-nested">
1608                <div class="mobile-menu__section is-sticky">
1609                  <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon-arrow-left" viewBox="0 0 8 12" role="presen
1610    <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1611    </svg> Back</button>
1612              </div>
1613
1614              <div class="mobile-menu__section">
1615                <ul class="mobile-menu__nav" data-type="menu">
1616                  <li class="mobile-menu__nav-item">
1617                    <a href="https://bakersexpress.com/collections/silicone-molds-1" class="mobile-menu__nav-link text--strong">Chocolate Molds</a>
1618                  </li><li class="mobile-menu__nav-item">
1619                    <a href="https://bakersexpress.com/collections/silicone-molds-1" class="mobile-menu__nav-link" data-type="menuitem">Silicone</a
1620                  </li><li class="mobile-menu__nav-item">
1621                    <a href="https://bakersexpress.com/collections/plastic-molds" class="mobile-menu__nav-link" data-type="menuitem">Plastic</a>
1622                  </li></ul>
1623                </div>
1624              </div><div id="mobile-panel-4-0" class="mobile-menu__panel is-nested">
1625                <div class="mobile-menu__section is-sticky">
1626                  <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon-arrow-left" viewBox="0 0 8 12" role="presen
1627    <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1628    </svg> Back</button>
1629              </div>
1630
1631              <div class="mobile-menu__section">
1632                <ul class="mobile-menu__nav" data-type="menu">
1633                  <li class="mobile-menu__nav-item">
1634                    <a href="https://bakersbodegaexpress.com/collections/cake-pads-wraps-and-drums" class="mobile-menu__nav-link text--strong">Cake P
1635                  </li><li class="mobile-menu__nav-item">
1636                    <a href="https://bakersexpress.com/collections/cake-pads" class="mobile-menu__nav-link" data-type="menuitem">Cake Circle Pads</
1637                  </li><li class="mobile-menu__nav-item">
1638                    <a href="https://bakersexpress.com/collections/cake-wraps" class="mobile-menu__nav-link" data-type="menuitem">Cake Wraps</a>
1639                  </li><li class="mobile-menu__nav-item">
1640                    <a href="https://bakersexpress.com/collections/cake-drums" class="mobile-menu__nav-link" data-type="menuitem">Cake Drums</a>
1641                  </li><li class="mobile-menu__nav-item">
1642                    <a href="https://bakersexpress.com/collections/tabs-trays" class="mobile-menu__nav-link" data-type="menuitem">Tabs/Trays</a>
1643                  </li></ul>
1644                </div>
1645              </div><div id="mobile-panel-4-1" class="mobile-menu__panel is-nested">
1646                <div class="mobile-menu__section is-sticky">
1647                  <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon-arrow-left" viewBox="0 0 8 12" role="presen
1648    <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1649    </svg> Back</button>
1650              </div>
1651
1652              <div class="mobile-menu__section">
1653                <ul class="mobile-menu__nav" data-type="menu">
1654                  <li class="mobile-menu__nav-item">
1655                    <a href="https://bakersexpress.com/collections/boxes-1" class="mobile-menu__nav-link text--strong">Boxes</a>
1656                  </li><li class="mobile-menu__nav-item">
1657                    <a href="https://bakersexpress.com/collections/cake-boxes" class="mobile-menu__nav-link" data-type="menuitem">Cake Boxes</a>
1658                  </li><li class="mobile-menu__nav-item">
1659                    <a href="https://bakersexpress.com/collections/cupcake-boxes" class="mobile-menu__nav-link" data-type="menuitem">Cupcake Boxes</
1660                  </li><li class="mobile-menu__nav-item">
1661                    <a href="https://bakersexpress.com/collections/treat-boxes" class="mobile-menu__nav-link" data-type="menuitem">Treat Boxes</a>
1662                  </li></ul>
1663                </div>
1664              </div><div id="mobile-panel-4-2" class="mobile-menu__panel is-nested">
```

```
1665
1666            <div class="mobile-menu__section is-sticky">
1667              <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="prese
1668    <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1669    </svg> Back</button>
1670              </div>
1671
1672            <div class="mobile-menu__section">
1673              <ul class="mobile-menu__nav" data-type="menu">
1674                <li class="mobile-menu__nav-item">
1675                  <a href="https://bakersexpress.com/collections/plastic-containers" class="mobile-menu__nav-link text--strong">Plastic Packaging</
1676                </li><li class="mobile-menu__nav-item">
1677                  <a href="https://bakersexpress.com/collections/plastic-cupcake-containers" class="mobile-menu__nav-link" data-type="menuitem">C
1678                </li><li class="mobile-menu__nav-item">
1679                  <a href="https://bakersexpress.com/collections/plastic-cake-containers" class="mobile-menu__nav-link" data-type="menuitem">Cake
1680                </li><li class="mobile-menu__nav-item">
1681                  <a href="https://bakersexpress.com/collections/plastic-treat-containers" class="mobile-menu__nav-link" data-type="menuitem">Tre
1682                </li><li class="mobile-menu__nav-item">
1683                  <a href="https://bakersexpress.com/collections/eco-friendly" class="mobile-menu__nav-link" data-type="menuitem">Eco Friendly</
1684                </li><li class="mobile-menu__nav-item">
1685                  <a href="https://bakersexpress.com/collections/plastic-cup-containers" class="mobile-menu__nav-link" data-type="menuitem">Cups,
1686                </li></ul>
1687              </div>
1688            </div><div id="mobile-panel-4-3" class="mobile-menu__panel is-nested">
1689            <div class="mobile-menu__section is-sticky">
1690              <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="prese
1691    <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1692    </svg> Back</button>
1693              </div>
1694
1695            <div class="mobile-menu__section">
1696              <ul class="mobile-menu__nav" data-type="menu">
1697                <li class="mobile-menu__nav-item">
1698                  <a href="https://bakersexpress.com/collections/packaging" class="mobile-menu__nav-link text--strong">More Packaging</a>
1699                </li><li class="mobile-menu__nav-item">
1700                  <a href="https://bakersexpress.com/collections/disposable-packaging" class="mobile-menu__nav-link" data-type="menuitem">Disposa
1701                </li><li class="mobile-menu__nav-item">
1702                  <a href="https://bakersexpress.com/collections/treat-bags" class="mobile-menu__nav-link" data-type="menuitem">Treat Bags</a>
1703                </li><li class="mobile-menu__nav-item">
1704                  <a href="https://bakersexpress.com/collections/crinkle-paper" class="mobile-menu__nav-link" data-type="menuitem">Crinkle Paper<
1705                </li><li class="mobile-menu__nav-item">
1706                  <a href="https://bakersexpress.com/collections/twist-ties-bows" class="mobile-menu__nav-link" data-type="menuitem">Twist Ties/B
1707                </li><li class="mobile-menu__nav-item">
1708                  <a href="https://bakersexpress.com/collections/displays" class="mobile-menu__nav-link" data-type="menuitem">Displays</a>
1709                </li></ul>
1710              </div>
1711            </div><div id="mobile-panel-5-0" class="mobile-menu__panel is-nested">
1712            <div class="mobile-menu__section is-sticky">
1713              <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="prese
1714    <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1715    </svg> Back</button>
1716              </div>
1717
1718            <div class="mobile-menu__section">
1719              <ul class="mobile-menu__nav" data-type="menu">
1720                <li class="mobile-menu__nav-item">
1721                  <a href="https://bakersexpress.com/collections/sprinkles" class="mobile-menu__nav-link text--strong">Sprinkles</a>
1722                </li><li class="mobile-menu__nav-item">
1723                  <a href="https://bakersexpress.com/collections/calibina-sprinkle-collection" class="mobile-menu__nav-link" data-type="men
1724                </li><li class="mobile-menu__nav-item">
1725                  <a href="https://bakersexpress.com/collections/jimmies" class="mobile-menu__nav-link" data-type="menuitem">Jimmies</a>
1726                </li><li class="mobile-menu__nav-item">
1727                  <a href="https://bakersexpress.com/collections/quins" class="mobile-menu__nav-link" data-type="menuitem">Quins</a>
1728                </li><li class="mobile-menu__nav-item">
1729                  <a href="https://bakersexpress.com/collections/nonpariels-beads" class="mobile-menu__nav-link" data-type="menuitem">Nonpariels,
1730                </li><li class="mobile-menu__nav-item">
1731                  <a href="https://bakersexpress.com/collections/sprinkle-mix" class="mobile-menu__nav-link" data-type="menuitem">Mixes</a>
1732                </li><li class="mobile-menu__nav-item">
1733                  <a href="https://bakersexpress.com/collections/candy-sprinkles" class="mobile-menu__nav-link" data-type="menuitem">Candy Sprink
1734                </li><li class="mobile-menu__nav-item">
1735                  <a href="https://bakersexpress.com/collections/sanding-sugar" class="mobile-menu__nav-link" data-type="menuitem">Sanding Sugar<
1736                </li></ul>
1737              </div>
1738            </div><div id="mobile-panel-5-1" class="mobile-menu__panel is-nested">
1739            <div class="mobile-menu__section is-sticky">
1740              <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="prese
1741    <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1742    </svg> Back</button>
1743              </div>
1744
1745            <div class="mobile-menu__section">
1746              <ul class="mobile-menu__nav" data-type="menu">
1747                <li class="mobile-menu__nav-item">
1748                  <a href="https://bakersexpress.com/collections/tools" class="mobile-menu__nav-link text--strong">Tools</a>
1749                </li><li class="mobile-menu__nav-item">
1750                  <a href="https://bakersexpress.com/collections/brushes" class="mobile-menu__nav-link" data-type="menuitem">Brushes</a>
1751                </li><li class="mobile-menu__nav-item">
1752                  <a href="https://bakersexpress.com/collections/edible-markers" class="mobile-menu__nav-link" data-type="menuitem">Edible Marker
1753                </li><li class="mobile-menu__nav-item">
1754                  <a href="https://bakersexpress.com/collections/turntables" class="mobile-menu__nav-link" data-type="menuitem">Turntables</a>
1755                </li><li class="mobile-menu__nav-item">
1756                  <a href="https://bakersexpress.com/collections/smoothers-combs" class="mobile-menu__nav-link" data-type="menuitem">Smooth/Combs
1757                </li></ul>
1758              </div>
1759            </div><div id="mobile-panel-5-2" class="mobile-menu__panel is-nested">
1760            <div class="mobile-menu__section is-sticky">
1761              <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="prese
1762    <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
```

```
1763              </div>
1764
1765            <div class="mobile-menu__section">
1766              <ul class="mobile-menu__nav" data-type="menu">
1767                <li class="mobile-menu__nav-item">
1768                  <a href="https://bakersexpress.com/collections/food-coloring" class="mobile-menu__nav-link text--strong">Food Coloring</a>
1769                </li><li class="mobile-menu__nav-item">
1770                  <a href="https://bakersexpress.com/collections/gel-paste" class="mobile-menu__nav-link" data-type="menuitem">Gel Paste</a>
1771                </li><li class="mobile-menu__nav-item">
1772                  <a href="https://bakersexpress.com/collections/airbrush-color" class="mobile-menu__nav-link" data-type="menuitem">Airbrush</a>
1773                </li><li class="mobile-menu__nav-item">
1774                  <a href="https://bakersexpress.com/collections/candy-color-1" class="mobile-menu__nav-link" data-type="menuitem">Candy Color</a
1775                </li></ul>
1776              </div>
1777            </div><div id="mobile-panel-5-3" class="mobile-menu__panel is-nested">
1778              <div class="mobile-menu__section is-sticky">
1779                <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="presen
1780          <path stroke="currentColor" stroke-width="2" d="M6 10L2 6L4-4" fill="none" stroke-linecap="square"></path>
1781        </svg> Back</button>
1782
1783            <div class="mobile-menu__section">
1784              <ul class="mobile-menu__nav" data-type="menu">
1785                <li class="mobile-menu__nav-item">
1786                  <a href="https://bakersexpress.com/collections/cupcake-cake-toppers" class="mobile-menu__nav-link text--strong">Cake/Cupcake Topp
1787                </li><li class="mobile-menu__nav-item">
1788                  <a href="https://bakersexpress.com/collections/cake-toppers" class="mobile-menu__nav-link" data-type="menuitem">Cake Toppers</a
1789                </li><li class="mobile-menu__nav-item">
1790                  <a href="https://bakersexpress.com/collections/cupcake-toppers" class="mobile-menu__nav-link" data-type="menuitem">Cupcake Topp
1791                </li><li class="mobile-menu__nav-item">
1792                  <a href="https://bakersexpress.com/collections/party-candles" class="mobile-menu__nav-link" data-type="menuitem">Candles</a>
1793                </li></ul>
1794              </div>
1795            </div><div id="mobile-panel-5-4" class="mobile-menu__panel is-nested">
1796              <div class="mobile-menu__section is-sticky">
1797                <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="presen
1798          <path stroke="currentColor" stroke-width="2" d="M6 10L2 6L4-4" fill="none" stroke-linecap="square"></path>
1799        </svg> Back</button>
1800              </div>
1801
1802            <div class="mobile-menu__section">
1803              <ul class="mobile-menu__nav" data-type="menu">
1804                <li class="mobile-menu__nav-item">
1805                  <a href="https://bakersexpress.com/collections/glitter-dusts" class="mobile-menu__nav-link text--strong">Glitter Dusts</a>
1806                </li><li class="mobile-menu__nav-item">
1807                  <a href="https://bakersexpress.com/collections/highlighter-2" class="mobile-menu__nav-link" data-type="menuitem">Highlighter</a
1808                </li><li class="mobile-menu__nav-item">
1809                  <a href="https://bakersexpress.com/collections/glitter" class="mobile-menu__nav-link" data-type="menuitem">Glitter</a>
1810                </li><li class="mobile-menu__nav-item">
1811                  <a href="https://bakersexpress.com/collections/dust" class="mobile-menu__nav-link" data-type="menuitem">Dust</a>
1812                </li></ul>
1813              </div>
1814            </div><div id="mobile-panel-5-5" class="mobile-menu__panel is-nested">
1815              <div class="mobile-menu__section is-sticky">
1816                <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="presen
1817          <path stroke="currentColor" stroke-width="2" d="M6 10L2 6L4-4" fill="none" stroke-linecap="square"></path>
1818        </svg> Back</button>
1819              </div>
1820
1821            <div class="mobile-menu__section">
1822              <ul class="mobile-menu__nav" data-type="menu">
1823                <li class="mobile-menu__nav-item">
1824                  <a href="https://bakersexpress.com/collections/fondant" class="mobile-menu__nav-link text--strong">Fondant</a>
1825                </li><li class="mobile-menu__nav-item">
1826                  <a href="https://bakersexpress.com/collections/fondant-only" class="mobile-menu__nav-link" data-type="menuitem">Fondant</a>
1827                </li><li class="mobile-menu__nav-item">
1828                  <a href="https://bakersexpress.com/collections/fondant-tools" class="mobile-menu__nav-link" data-type="menuitem">Fondant Tools<
1829                </li></ul>
1830              </div>
1831            </div><div id="mobile-panel-5-6" class="mobile-menu__panel is-nested">
1832              <div class="mobile-menu__section is-sticky">
1833                <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="presen
1834          <path stroke="currentColor" stroke-width="2" d="M6 10L2 6L4-4" fill="none" stroke-linecap="square"></path>
1835        </svg> Back</button>
1836              </div>
1837
1838            <div class="mobile-menu__section">
1839              <ul class="mobile-menu__nav" data-type="menu">
1840                <li class="mobile-menu__nav-item">
1841                  <a href="https://bakersexpress.com/collections/piping-bags-tips" class="mobile-menu__nav-link text--strong">Piping Bags/Tips</a>
1842                </li><li class="mobile-menu__nav-item">
1843                  <a href="https://bakersexpress.com/collections/piping-bags" class="mobile-menu__nav-link" data-type="menuitem">Piping Bags</a
1844                </li><li class="mobile-menu__nav-item">
1845                  <a href="https://bakersexpress.com/collections/piping-tips" class="mobile-menu__nav-link" data-type="menuitem">Piping Tips</a
1846                </li></ul>
1847              </div>
1848            </div><div id="mobile-panel-5-7" class="mobile-menu__panel is-nested">
1849              <div class="mobile-menu__section is-sticky">
1850                <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="presen
1851          <path stroke="currentColor" stroke-width="2" d="M6 10L2 6L4-4" fill="none" stroke-linecap="square"></path>
1852        </svg> Back</button>
1853              </div>
1854
1855            <div class="mobile-menu__section">
1856              <ul class="mobile-menu__nav" data-type="menu">
1857                <li class="mobile-menu__nav-item">
1858                  <a href="https://bakersexpress.com/collections/cutters" class="mobile-menu__nav-link text--strong">Cutter</a>
1859                </li><li class="mobile-menu__nav-item">
```

```
1861                    <a href="https://bakersexpress.com/collections/cookie-cutters" class="mobile-menu__nav-link" data-type="menuitem">Cookie Cutter
1862                </li><li class="mobile-menu__nav-item">
1863                    <a href="https://bakersexpress.com/collections/cutters-plungers" class="mobile-menu__nav-link" data-type="menuitem">Cutter & Pl
1864                </li>
1865            </ul>
1866        </div>
1867    </div><div id="mobile-panel-5-8" class="mobile-menu__panel is-nested">
1868        <div class="mobile-menu__section is-sticky">
1869            <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="preser
1870<path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1871</svg> Back</button>
1872        </div>
1873        <div class="mobile-menu__section">
1874            <ul class="mobile-menu__nav" data-type="menu">
1875                <li class="mobile-menu__nav-item">
1876                    <a href="https://bakersexpress.com/collections/molds" class="mobile-menu__nav-link text--strong">Molds</a>
1877                </li><li class="mobile-menu__nav-item">
1878                    <a href="https://bakersexpress.com/collections/silicone-molds-1" class="mobile-menu__nav-link" data-type="menuitem">Silicone</a
1879                </li><li class="mobile-menu__nav-item">
1880                    <a href="https://bakersexpress.com/collections/plastic-molds" class="mobile-menu__nav-link" data-type="menuitem">Plastic</a>
1881                </li></ul>
1882            </div>
1883        </div><div id="mobile-panel-5-9" class="mobile-menu__panel is-nested">
1884        <div class="mobile-menu__section is-sticky">
1885            <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="preser
1886<path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1887</svg> Back</button>
1888        </div>
1889
1890        <div class="mobile-menu__section">
1891            <ul class="mobile-menu__nav" data-type="menu">
1892                <li class="mobile-menu__nav-item">
1893                    <a href="https://bakersexpress.com/collections/decorating-supplies" class="mobile-menu__nav-link text--strong">Even More</a>
1894                </li><li class="mobile-menu__nav-item">
1895                    <a href="https://bakersexpress.com/collections/edible-paper" class="mobile-menu__nav-link" data-type="menuitem">Edible Paper</a
1896                </li><li class="mobile-menu__nav-item">
1897                    <a href="https://bakersexpress.com/collections/buttercream-icing" class="mobile-menu__nav-link" data-type="menuitem">Buttercrea
1898                </li><li class="mobile-menu__nav-item">
1899                    <a href="https://bakersexpress.com/collections/stencils-impressions" class="mobile-menu__nav-link" data-type="menuitem">Stencil
1900                </li><li class="mobile-menu__nav-item">
1901                    <a href="https://bakersexpress.com/collections/dummy-foams" class="mobile-menu__nav-link" data-type="menuitem">Dummy Foams</a>
1902                </li></ul>
1903            </div>
1904        </div><div id="mobile-panel-6-0" class="mobile-menu__panel is-nested">
1905        <div class="mobile-menu__section is-sticky">
1906            <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="preser
1907<path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1908</svg> Back</button>
1909        </div>
1910
1911        <div class="mobile-menu__section">
1912            <ul class="mobile-menu__nav" data-type="menu">
1913                <li class="mobile-menu__nav-item">
1914                    <a href="https://bakersexpress.com/collections/baking" class="mobile-menu__nav-link text--strong">Baking</a>
1915                </li><li class="mobile-menu__nav-item">
1916                    <a href="https://bakersexpress.com/collections/baking-pans" class="mobile-menu__nav-link" data-type="menuitem">Baking Pans</a>
1917                </li><li class="mobile-menu__nav-item">
1918                    <a href="https://bakersexpress.com/collections/baking-cups" class="mobile-menu__nav-link" data-type="menuitem">Baking Cups</a>
1919                </li><li class="mobile-menu__nav-item">
1920                    <a href="https://bakersexpress.com/collections/baking-tools-utensils" class="mobile-menu__nav-link" data-type="menuitem">Baking
1921                </li><li class="mobile-menu__nav-item">
1922                    <a href="https://bakersexpress.com/collections/kitchen-apparel" class="mobile-menu__nav-link" data-type="menuitem">Kitchen Appa
1923                </li></ul>
1924            </div>
1925        </div><div id="mobile-panel-7-0" class="mobile-menu__panel is-nested">
1926        <div class="mobile-menu__section is-sticky">
1927            <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="preser
1928<path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1929</svg> Back</button>
1930        </div>
1931
1932        <div class="mobile-menu__section">
1933            <ul class="mobile-menu__nav" data-type="menu">
1934                <li class="mobile-menu__nav-item">
1935                    <a href="https://bakersexpress.com/collections/gift-cards" class="mobile-menu__nav-link text--strong">Gift Cards</a>
1936                </li><li class="mobile-menu__nav-item">
1937                    <a href="https://bakersexpress.com/products/bakersexpress-gift-card?variant=31888716464164" class="mobile-menu__nav-link" data-
1938                </li><li class="mobile-menu__nav-item">
1939                    <a href="https://bakersexpress.com/products/bakersexpress-gift-card?variant=31888716496932" class="mobile-menu__nav-link" data-
1940                </li><li class="mobile-menu__nav-item">
1941                    <a href="https://bakersexpress.com/products/bakersexpress-gift-card?variant=31888716529700" class="mobile-menu__nav-link" data-
1942                </li><li class="mobile-menu__nav-item">
1943                    <a href="https://bakersexpress.com/products/bakersexpress-gift-card?variant=31888716562468" class="mobile-menu__nav-link" data-
1944                </li></ul>
1945            </div>
1946        </div><div id="mobile-panel-8-0" class="mobile-menu__panel is-nested">
1947        <div class="mobile-menu__section is-sticky">
1948            <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="preser
1949<path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1950</svg> Back</button>
1951        </div>
1952
1953        <div class="mobile-menu__section">
1954            <ul class="mobile-menu__nav" data-type="menu">
1955                <li class="mobile-menu__nav-item">
1956                    <a href="https://bakersexpress.com/collections/food-snacks" class="mobile-menu__nav-link text--strong">Food/Snacks</a>
1957                </li><li class="mobile-menu__nav-item">
1958                    <a href="https://bakersexpress.com/collections/nuts" class="mobile-menu__nav-link" data-type="menuitem">Nuts</a>
```

```
1959                        </li><li class="mobile-menu__nav-item">
1960                          <a href="https://bakersexpress.com/collections/food-snacks" class="mobile-menu__nav-link" data-type="menuitem">Snacks</a>
1961                        </li><li class="mobile-menu__nav-item">
1962                          <a href="https://bakersexpress.com/collections/candy" class="mobile-menu__nav-link" data-type="menuitem">Candy</a>
1963                        </li></ul>
1964                      </div>
1965                    </div><div id="mobile-panel-9-0" class="mobile-menu__panel is-nested">
1966                      <div class="mobile-menu__section is-sticky">
1967                        <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="preser
1968                      <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1969                    </svg> Back</button>
1970                      </div>
1971
1972                      <div class="mobile-menu__section">
1973                        <ul class="mobile-menu__nav" data-type="menu">
1974                          <li class="mobile-menu__nav-item">
1975                            <a href="https://bakersexpress.com/collections/50-express-sprinkles" class="mobile-menu__nav-link text--strong">Sprinkles</a>
1976                          </li><li class="mobile-menu__nav-item">
1977                            <a href="https://bakersexpress.com/collections/nonpariels-beads" class="mobile-menu__nav-link" data-type="menuitem">Non Pariels
1978                          </li><li class="mobile-menu__nav-item">
1979                            <a href="https://bakersexpress.com/collections/calibina-sprinkle-collection" class="mobile-menu__nav-link" data-type="menuitem"
1980                          </li><li class="mobile-menu__nav-item">
1981                            <a href="https://bakersexpress.com/collections/candy-sprinkles" class="mobile-menu__nav-link" data-type="menuitem">Candy Sprink
1982                          </li><li class="mobile-menu__nav-item">
1983                            <a href="https://bakersexpress.com/collections/sanding-sugar" class="mobile-menu__nav-link" data-type="menuitem">Sanding Sugar<
1984                          </li><li class="mobile-menu__nav-item">
1985                            <a href="https://bakersexpress.com/collections/jimmies" class="mobile-menu__nav-link" data-type="menuitem">Jimmies</a>
1986                          </li><li class="mobile-menu__nav-item">
1987                            <a href="https://bakersexpress.com/collections/sprinkle-mix" class="mobile-menu__nav-link" data-type="menuitem">Mixed</a>
1988                          </li><li class="mobile-menu__nav-item">
1989                            <a href="https://bakersexpress.com/collections/quins" class="mobile-menu__nav-link" data-type="menuitem">Quins</a>
1990                          </li></ul>
1991                      </div>
1992                    </div><div id="mobile-panel-9-1" class="mobile-menu__panel is-nested">
1993                      <div class="mobile-menu__section is-sticky">
1994                        <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="preser
1995                      <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
1996                    </svg> Back</button>
1997                      </div>
1998
1999                      <div class="mobile-menu__section">
2000                        <ul class="mobile-menu__nav" data-type="menu">
2001                          <li class="mobile-menu__nav-item">
2002                            <a href="https://bakersexpress.com/collections/decorating-supplies-50express" class="mobile-menu__nav-link text--strong">Decorati
2003                          </li><li class="mobile-menu__nav-item">
2004                            <a href="https://bakersexpress.com/collections/cookie-cutter-sets" class="mobile-menu__nav-link" data-type="menuitem">Coockie C
2005                          </li><li class="mobile-menu__nav-item">
2006                            <a href="https://bakersexpress.com/collections/pastry-piping-bags" class="mobile-menu__nav-link" data-type="menuitem">Pastry Pi
2007                          </li><li class="mobile-menu__nav-item">
2008                            <a href="https://bakersexpress.com/collections/silicone-molds-1" class="mobile-menu__nav-link" data-type="menuitem">Silicone Mo
2009                          </li><li class="mobile-menu__nav-item">
2010                            <a href="https://bakersexpress.com/collections/plastic-molds" class="mobile-menu__nav-link" data-type="menuitem">Plastic Molds<
2011                          </li><li class="mobile-menu__nav-item">
2012                            <a href="https://bakersexpress.com/collections/plastic-molds" class="mobile-menu__nav-link" data-type="menuitem">Highlighters<
2013                          </li></ul>
2014                      </div>
2015                    </div><div id="mobile-panel-9-2" class="mobile-menu__panel is-nested">
2016                      <div class="mobile-menu__section is-sticky">
2017                        <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="preser
2018                      <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
2019                    </svg> Back</button>
2020                      </div>
2021
2022                      <div class="mobile-menu__section">
2023                        <ul class="mobile-menu__nav" data-type="menu">
2024                          <li class="mobile-menu__nav-item">
2025                            <a href="https://bakersexpress.com/collections/50express-packaging" class="mobile-menu__nav-link text--strong">Packaging</a>
2026                          </li><li class="mobile-menu__nav-item">
2027                            <a href="https://bakersexpress.com/collections/50express-plastic-containers" class="mobile-menu__nav-link" data-type="menuitem"
2028                          </li><li class="mobile-menu__nav-item">
2029                            <a href="https://bakersexpress.com/collections/eco-friendly" class="mobile-menu__nav-link" data-type="menuitem">Eco Friendly</
2030                          </li><li class="mobile-menu__nav-item">
2031                            <a href="https://bakersexpress.com/collections/50express-bags" class="mobile-menu__nav-link" data-type="menuitem">Bags</a>
2032                          </li></ul>
2033                      </div>
2034                    </div><div id="mobile-panel-9-3" class="mobile-menu__panel is-nested">
2035                      <div class="mobile-menu__section is-sticky">
2036                        <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="preser
2037                      <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
2038                    </svg> Back</button>
2039                      </div>
2040
2041                      <div class="mobile-menu__section">
2042                        <ul class="mobile-menu__nav" data-type="menu">
2043                          <li class="mobile-menu__nav-item">
2044                            <a href="/collections/50express-products" class="mobile-menu__nav-link text--strong">EVEN MORE</a>
2045                          </li><li class="mobile-menu__nav-item">
2046                            <a href="https://bakersexpress.com/collections/50express-chocolate" class="mobile-menu__nav-link" data-type="menuitem">Cacao Co
2047                          </li><li class="mobile-menu__nav-item">
2048                            <a href="https://bakersexpress.com/collections/50express-buttercream" class="mobile-menu__nav-link" data-type="menuitem">Butter
2049                          </li><li class="mobile-menu__nav-item">
2050                            <a href="https://bakersexpress.com/collections/50express-fillings" class="mobile-menu__nav-link" data-type="menuitem">Fillings<
2051                          </li><li class="mobile-menu__nav-item">
2052                            <a href="https://bakersexpress.com/collections/50express-flours" class="mobile-menu__nav-link" data-type="menuitem">Flours</a>
2053                          </li><li class="mobile-menu__nav-item">
2054                            <a href="https://bakersexpress.com/collections/50express-mixes" class="mobile-menu__nav-link" data-type="menuitem">Mixes</a>
2055                          </li></ul>
2056                      </div>
```

```
2057            </div><div id="mobile-panel-10-0" class="mobile-menu__panel is-nested">
2058                <div class="mobile-menu__section is-sticky">
2059                    <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="preser
2060                        <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
2061                    </svg> Back</button>
2062                </div>
2063
2064                <div class="mobile-menu__section">
2065                    <ul class="mobile-menu__nav" data-type="menu">
2066                        <li class="mobile-menu__nav-item">
2067                            <a href="https://bakersexpress.com/collections/frozen-items" class="mobile-menu__nav-link text--strong">Whipped Toppings</a>
2068                        </li><li class="mobile-menu__nav-item">
2069                            <a href="https://bakersexpress.com/collections/frozen-items" class="mobile-menu__nav-link" data-type="menuitem">Toppings</a>
2070                        </li></ul>
2071                </div>
2072            </div><div id="mobile-panel-11-0" class="mobile-menu__panel is-nested">
2073                <div class="mobile-menu__section is-sticky">
2074                    <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="preser
2075                        <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
2076                    </svg> Back</button>
2077                </div>
2078
2079                <div class="mobile-menu__section">
2080                    <ul class="mobile-menu__nav" data-type="menu">
2081                        <li class="mobile-menu__nav-item">
2082                            <a href="/search" class="mobile-menu__nav-link text--strong">Printing Services</a>
2083                        </li><li class="mobile-menu__nav-item">
2084                            <a href="https://bakersexpress.com/collections/stickers" class="mobile-menu__nav-link" data-type="menuitem">Stickers</a>
2085                        </li><li class="mobile-menu__nav-item">
2086                            <a href="https://bakersexpress.com/products/3-5x2-business-cards" class="mobile-menu__nav-link" data-type="menuitem">Business C
2087                        </li><li class="mobile-menu__nav-item">
2088                            <a href="https://bakersexpress.com/collections/banners" class="mobile-menu__nav-link" data-type="menuitem">Banners</a>
2089                        </li><li class="mobile-menu__nav-item">
2090                            <a href="https://bakersexpress.com/collections/invoices" class="mobile-menu__nav-link" data-type="menuitem">Invoices</a>
2091                        </li><li class="mobile-menu__nav-item">
2092                            <a href="https://bakersexpress.com/collections/table-covers-runners" class="mobile-menu__nav-link" data-type="menuitem">Table]
2093                        </li></ul>
2094                </div>
2095            </div><div id="mobile-panel-11-1" class="mobile-menu__panel is-nested">
2096                <div class="mobile-menu__section is-sticky">
2097                    <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="preser
2098                        <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
2099                    </svg> Back</button>
2100                </div>
2101
2102                <div class="mobile-menu__section">
2103                    <ul class="mobile-menu__nav" data-type="menu">
2104                        <li class="mobile-menu__nav-item">
2105                            <a href="/search" class="mobile-menu__nav-link text--strong">3D Printing</a>
2106                        </li><li class="mobile-menu__nav-item">
2107                            <a href="https://bakersexpress.com/products/custom-3d-cookie-cutters" class="mobile-menu__nav-link" data-type="menuitem">3D Coo
2108                        </li><li class="mobile-menu__nav-item">
2109                            <a href="https://bakersexpress.com/products/custom-3d-cake-toppers-1" class="mobile-menu__nav-link" data-type="menuitem">3D Cak
2110                        </li></ul>
2111                </div>
2112            </div><div id="mobile-panel-11-2" class="mobile-menu__panel is-nested">
2113                <div class="mobile-menu__section is-sticky">
2114                    <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="preser
2115                        <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
2116                    </svg> Back</button>
2117                </div>
2118
2119                <div class="mobile-menu__section">
2120                    <ul class="mobile-menu__nav" data-type="menu">
2121                        <li class="mobile-menu__nav-item">
2122                            <a href="/search" class="mobile-menu__nav-link text--strong">Other Services</a>
2123                        </li><li class="mobile-menu__nav-item">
2124                            <a href="https://bakersexpress.com/collections/graphic-logo-design" class="mobile-menu__nav-link" data-type="menuitem">Graphics
2125                        </li><li class="mobile-menu__nav-item">
2126                            <a href="https://bakersexpress.com/collections/frostings-sheets" class="mobile-menu__nav-link" data-type="menuitem">Edible Fros
2127                        </li></ul>
2128                </div>
2129            </div><div id="mobile-panel-12-0" class="mobile-menu__panel is-nested">
2130                <div class="mobile-menu__section is-sticky">
2131                    <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="preser
2132                        <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
2133                    </svg> Back</button>
2134                </div>
2135
2136                <div class="mobile-menu__section">
2137                    <ul class="mobile-menu__nav" data-type="menu">
2138                        <li class="mobile-menu__nav-item">
2139                            <a href="/search" class="mobile-menu__nav-link text--strong">PODCAST</a>
2140                        </li><li class="mobile-menu__nav-item">
2141                            <a href="/pages/twinsinthekitchen" class="mobile-menu__nav-link" data-type="menuitem">Twins in the Kitchen</a>
2142                        </li></ul>
2143                </div>
2144            </div><div id="mobile-panel-12-1" class="mobile-menu__panel is-nested">
2145                <div class="mobile-menu__section is-sticky">
2146                    <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="preser
2147                        <path stroke="currentColor" stroke-width="2" d="M6 10L2 6l4-4" fill="none" stroke-linecap="square"></path>
2148                    </svg> Back</button>
2149                </div>
2150
2151                <div class="mobile-menu__section">
2152                    <ul class="mobile-menu__nav" data-type="menu">
2153                        <li class="mobile-menu__nav-item">
2154                            <a href="/pages/recipes" class="mobile-menu__nav-link text--strong">RECIPES</a>
```

```
2155                    </li><li class="mobile-menu__nav-item">
2156                        <a href="/pages/recipes" class="mobile-menu__nav-link" data-type="menuitem">Flavorful Tuesdays/Fridays</a>
2157                    </li></ul>
2158                </div>
2159            </div><div id="mobile-panel-12-2" class="mobile-menu__panel is-nested">
2160                <div class="mobile-menu__section is-sticky">
2161                    <button class="mobile-menu__back-button" data-action="close-panel"><svg class="icon icon--arrow-left" viewBox="0 0 8 12" role="presen
2162        <path stroke="currentColor" stroke-width="2" d="M6 10L2 6L4-4" fill="none" stroke-linecap="square"></path>
2163    </svg> Back</button>
2164                </div>
2165
2166                <div class="mobile-menu__section">
2167                    <ul class="mobile-menu__nav" data-type="menu">
2168                        <li class="mobile-menu__nav-item">
2169                            <a href="/pages/50express-culinary-academy" class="mobile-menu__nav-link text--strong">CLASSES</a>
2170                        <li class="mobile-menu__nav-item">
2171                            <a href="/collections/monday-demo" class="mobile-menu__nav-link" data-type="menuitem">Monday Classes</a>
2172                        </li></ul>
2173                </div>
2174            </div></div>
2175 </div></nav><h1 class="header__logo"><a href="/" class="header__logo-link"><img class="header__logo-image"
2176             src="//bakersexpress.com/cdn/shop/files/Logo-Profle_Pic_copy_b0fc7bcb-2986-459f-b164-4d40b066cc1e_285x.png?v=1701452123"
2177             srcset="//bakersexpress.com/cdn/shop/files/Logo-Profle_Pic_copy_b0fc7bcb-2986-459f-b164-4d40b066cc1e_285x.png?v=1701452123 1x, //bak
2178             alt="Bakers Express"></a></h1><div class="header-bar-wrapper ">
2179        <form action="/search" method="get" role="search" class="search-bar">
2180            <div class="search-bar__top">
2181                <input type="hidden" name="type" value="product">
2182
2183                <div class="search-bar__input-wrapper">
2184                    <input class="search-bar__input" type="text" name="q" autocomplete="off" autocorrect="off" aria-label="Search..." placeholder="Search
2185                    <button type="button" class="search-bar__input-clear hidden-lap-and-up" data-action="clear-input"><svg class="icon icon--close" viewl
2186        <path d="M9.1923882 8.3933982817.7781745-7.7781746 1.4142136 1.41421357-7.7781746 7.77817459 7.7781746 7.77817456L16.9705627 191-7.7781745-7.7781
2187    </svg></button>
2188                </div><div class="search-bar__filter">
2189                    <label for="search-product-type" class="search-bar__filter-label">
2190                        <span class="search-bar__filter-active">All categories</span><svg class="icon icon--arrow-bottom" viewBox="0 0 12 8" role="presen
2191        <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
2192    </svg></label>
2193
2194                    <select id="search-product-type">
2195                        <option value="" selected="selected">All categories</option><option value="Bags">Bags</option><option value="Baking Cups">Baking
2196                    </div></button type="submit" class="search-bar__submit" aria-label="Search"><svg class="icon icon--search" viewBox="0 0 21 21" role="p
2197        <g stroke-width="2" stroke="currentColor" fill="none" fill-rule="evenodd">
2198            <path d="M19 19l-5-5" stroke-linecap="square"></path>
2199            <circle cx="8.5" cy="8.5" r="7.5"></circle>
2200        </g>
2201    </svg><svg class="icon icon--search-loader" viewBox="0 0 64 64" role="presentation">
2202        <path opacity=".4" d="M23.8589104 1.05290547C40.92335108-3.43614731 58.45816642 6.79494359 23.8589104c4.48905278 17.06444068-5.741564
2203        <path d="M1.05290547 40.141089615.80258022-1.5264543c3.64731754 13.8647142 17.89443541 22.17719655 31.75914961 18.52987911.5264543 5.80258023C23.
2204    </svg></button>
2205                </div>
2206
2207                <button type="button" class="search-bar__close-button hidden-tablet-and-up" data-action="unfix-search">
2208                    <span class="search-bar__close-text">Close</span>
2209                </button>
2210            </div>
2211
2212            <div class="search-bar__inner">
2213                <div class="search-bar__inner-animation">
2214                    <div class="search-bar__results" aria-hidden="true">
2215                        <div class="skeleton-container"><div class="search-bar__result-item search-bar__result-item--skeleton">
2216                            <div class="search-bar__image-container">
2217                                <div class="aspect-ratio aspect-ratio--square">
2218                                    <div class="skeleton-image"></div>
2219                                </div>
2220                            </div>
2221
2222                            <div class="search-bar__item-info">
2223                                <div class="skeleton-paragraph">
2224                                    <div class="skeleton-text"></div>
2225                                    <div class="skeleton-text"></div>
2226                                </div>
2227                            </div>
2228                        </div><div class="search-bar__result-item search-bar__result-item--skeleton">
2229                            <div class="search-bar__image-container">
2230                                <div class="aspect-ratio aspect-ratio--square">
2231                                    <div class="skeleton-image"></div>
2232                                </div>
2233                            </div>
2234
2235                            <div class="search-bar__item-info">
2236                                <div class="skeleton-paragraph">
2237                                    <div class="skeleton-text"></div>
2238                                    <div class="skeleton-text"></div>
2239                                </div>
2240                            </div>
2241                        </div><div class="search-bar__result-item search-bar__result-item--skeleton">
2242                            <div class="search-bar__image-container">
2243                                <div class="aspect-ratio aspect-ratio--square">
2244                                    <div class="skeleton-image"></div>
2245                                </div>
2246                            </div>
2247
2248                            <div class="search-bar__item-info">
2249                                <div class="skeleton-paragraph">
2250                                    <div class="skeleton-text"></div>
2251                                    <div class="skeleton-text"></div>
2252
```

```
2253                        </div>
2254                      </div></div>
2255
2256                      <div class="search-bar__results-inner"></div>
2257                    </div></div>
2258                  </div>
2259                </form>
2260              </div></div><div class="header__action-list"><div class="header__action-item hidden-tablet-and-up">
2261                <a class="header__action-item-link" href="/search" data-action="toggle-search" aria-expanded="false" aria-label="Open search"><svg class=
2262      <g stroke-width="2" stroke="currentColor" fill="none" fill-rule="evenodd">
2263          <path d="M19 19l-5-5" stroke-linecap="square"></path>
2264          <circle cx="8.5" cy="8.5" r="7.5"></circle>
2265      </g>
2266    </svg></a>
2267              </div><div class="header__action-item header__action-item--account"><span class="header__action-item-title hidden-pocket hidden-lap">Login
2268                <a href="/account/login" class="header__action-item-link header__account-icon icon-state hidden-desk" aria-label="My account" aria-cont
2269                  <span class="icon-state__primary"><svg class="icon icon--account" viewBox="0 0 20 22" role="presentation">
2270      <path d="M10 13c2.82 0 5.33.64 6.98 1.2A3 3 0 0 1 19 17.02V21H1v-3.97a3 3 0 0 1 2.03-2.84A22.35 22.35 0 0 1 10 13zm0 0c-2.76 0-5-3.24-5-6V6a5 5 6
2271    </svg></span>
2272                    <span class="icon-state__secondary"><svg class="icon icon--close" viewBox="0 0 19 19" role="presentation">
2273      <path d="M9.1923882 8.3933982817.7781745-7.7781746 1.4142136 1.41421357-7.7781746 7.77817459 7.7781746 7.77817456L16.9705627 191-7.7781745-7.7781
2274    </svg></span>
2275                  </a>
2276
2277                  <a href="/account/login" class="header__action-item-link hidden-pocket hidden-lap" aria-controls="account-popover" aria-expanded="false
2278      <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
2279    </svg></a>
2280
2281                  <div id="account-popover" class="popover popover--large popover--unlogged" aria-hidden="true"><svg class="icon icon--nav-triangle-borde
2282      <path d="M.47108938 9c.2694725-.26871321.57077721-.56867841.90388257-.89986354C3.12384116 6.36134886 5.74788116 3.76338565 9.2467995.30653888c.41
2283    </svg><div class="popover__panel-list"><div id="header-login-panel" class="popover__panel popover__panel--default is-selected">
2284                      <div class="popover__inner"><form method="post" action="/account/login" id="header_customer_login" accept-charset="UTF-8" data-
2285                        <h2 class="popover__title heading">Login to my account</h2>
2286                        <p class="popover__legend">Enter your e-mail and password:</p>
2287                      </header>
2288
2289                        <div class="form__input-wrapper form__input-wrapper--labelled">
2290                          <input type="email" id="login-customer[email]" class="form__field form__field--text" name="customer[email]" required requ
2291                          <label for="login-customer[email]" class="form__floating-label">Email</label>
2292                        </div>
2293
2294                        <div class="form__input-wrapper form__input-wrapper--labelled">
2295                          <input type="password" id="login-customer[password]" class="form__field form__field--text" name="customer[password]" requ
2296                          <label for="login-customer[password]" class="form__floating-label">Password</label>
2297                        </div>
2298
2299                        <button type="submit" class="form__submit button button--primary button--full">Login</button></form><div class="popover__se
2300                        <p>New customer? <button data-action="show-popover-panel" aria-controls="header-register-panel" class="link link--accented"
2301                        <p>Lost password? <button data-action="show-popover-panel" aria-controls="header-recover-panel" class="link link--accented"
2302                      </div>
2303                    </div></div><div id="header-recover-panel" class="popover__panel popover__panel--sliding">
2304                      <div class="popover__inner"><form method="post" action="/account/recover" accept-charset="UTF-8" name="recover" class="form"><
2305                        <h2 class="popover__title heading">Recover password</h2>
2306                        <p class="popover__legend">Enter your email:</p>
2307                      </header>
2308
2309                        <div class="form__input-wrapper form__input-wrapper--labelled">
2310                          <input type="email" id="recover-customer[recover_email]" class="form__field form__field--text" name="email" required requ
2311                          <label for="recover-customer[recover_email]" class="form__floating-label">Email</label>
2312                        </div>
2313
2314                        <button type="submit" class="form__submit button button--primary button--full">Recover</button></form><div class="popover__
2315                        <p>Remembered your password? <button data-action="show-popover-panel" aria-controls="header-login-panel" class="link link--
2316                      </div>
2317                    </div></div><div id="header-register-panel" class="popover__panel popover__panel--sliding">
2318                      <div class="popover__inner"><form method="post" action="/account" id="create_customer" accept-charset="UTF-8" data-login-with-s
2319                        <h2 class="popover__title heading">Create my account</h2>
2320                        <p class="popover__legend">Please fill in the information below:</p>
2321                      </header>
2322
2323                        <div class="form__input-wrapper form__input-wrapper--labelled">
2324                          <input type="text" id="register-customer[first_name]" class="form__field form__field--text" name="customer[first_name]" r
2325                          <label for="register-customer[first_name]" class="form__floating-label">First name</label>
2326                        </div>
2327
2328                        <div class="form__input-wrapper form__input-wrapper--labelled">
2329                          <input type="text" id="register-customer[last_name]" class="form__field form__field--text" name="customer[last_name]" req
2330                          <label for="register-customer[last_name]" class="form__floating-label">Last name</label>
2331                        </div>
2332
2333                        <div class="form__input-wrapper form__input-wrapper--labelled">
2334                          <input type="email" id="register-customer[email]" class="form__field form__field--text" name="customer[email]" required
2335                          <label for="register-customer[email]" class="form__floating-label">Email</label>
2336                        </div>
2337
2338                        <div class="form__input-wrapper form__input-wrapper--labelled">
2339                          <input type="password" id="register-customer[password]" class="form__field form__field--text" name="customer[password]" r
2340                          <label for="register-customer[password]" class="form__floating-label">Password</label>
2341                        </div>
2342
2343                        <button type="submit" class="form__submit button button--primary button--full">Create my account</button></form><div class
2344                        <p>Already have an account? <button data-action="show-popover-panel" aria-controls="header-login-panel" class="link link--a
2345                      </div>
2346                    </div>
2347                  </div>
2348                </div>
2349              </div>
```

```
2350                        </div>
2351                    </div>
2352                </div>
2353            </div>
2354          </div><div class="header__action-item header__action-item--cart">
2355            <a class="header__action-item-link header__cart-toggle" href="/cart" aria-controls="mini-cart" aria-expanded="false" data-action="toggle-mi
2356              <div class="header__action-item-content">
2357                <div class="header__cart-icon icon-state" aria-expanded="false">
2358                  <span class="icon-state__primary"><svg class="icon icon--cart" viewBox="0 0 27 24" role="presentation">
2359          <g transform="translate(0 1)" stroke-width="2" stroke="currentColor" fill="none" fill-rule="evenodd">
2360            <circle stroke-linecap="square" cx="11" cy="20" r="2"></circle>
2361            <circle stroke-linecap="square" cx="22" cy="20" r="2"></circle>
2362            <path d="M7.31 5h18.27l-1.44 10H9.78L6.22 0h0"></path>
2363          </g>
2364        </svg><span class="header__cart-count">0</span>
2365                  </span>
2366
2367                  <span class="icon-state__secondary"><svg class="icon icon--close" viewBox="0 0 19 19" role="presentation">
2368          <path d="M9.1923882 8.3933982817.7781745-7.7781746 1.4142136 1.41421357-7.7781746 7.77817459 7.7781746 7.77817456L16.9705627 191-7.7781745-7.7781
2369        </svg></span>
2370                </div>
2371              </div>
2372                  <span class="hidden-pocket hidden-lap">Cart</span>
2373            </a></form method="post" action="/cart" id="mini-cart" class="mini-cart" aria-hidden="true" novalidate="novalidate" data-item-count="0">
2374  <input type="hidden" name="attributes[collection_products_per_page]" value="">
2375  <input type="hidden" name="attributes[collection_layout]" value=""><svg class="icon icon--nav-triangle-borderless" viewBox="0 0 20 9" role="presentat
2376          <path d="M.47108938 9c.2694725-.26871321.57077721-.56867841.90388257-.89986354C3.12384116 6.36134886 5.74788116 3.76338565 9.2467995.30653888c.41
2377    </svg></div><div class="mini-cart__content mini-cart__content--empty"><p class="alert alert--tight alert--center text--strong">Spend <span>$49</span> mor
2378          <g transform="translate(0 2)" stroke-width="4" stroke="#000000" fill="none" fill-rule="evenodd">
2379            <circle stroke-linecap="square" cx="34" cy="60" r="6"></circle>
2380            <circle stroke-linecap="square" cx="67" cy="60" r="6"></circle>
2381            <path d="M22.9360352 15h54.80703731.4 3391876 30H30.3387146L19.6676025 0H.99560547">
2382          </g>
2383        </svg><g class="heading h4">Your cart is empty</p>
2384          </div>
2385
2386          <a href="/collections/all" class="button button--primary button--full">Shop our products</a>
2387        </div></form></div>
2388      </div>
2389    </div>
2390  </div>
2391  </header><nav class="nav-bar">
2392    <div class="nav-bar__inner">
2393      <div class="container">
2394        <ul class="nav-bar__linklist list--unstyled" data-type="menu"><li class="nav-bar__item"><a href="/" class="nav-bar__link link" data-type="men
2395  <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
2396      </svg><svg class="icon icon--nav-triangle" viewBox="0 0 20 9" role="presentation">
2397          <g fill="none" fill-rule="evenodd">
2398            <path d="M.47108938 9c.2694725-.26871321.57077721-.56867841.90388257-.89986354C3.12384116 6.36134886 5.74788116 3.76338565 9.2467995.30653888c.
2399            <path d="M-.00922471 9C1.38887087 7.61849126 4.26661926 4.80337304 8.62402045.5546454c.75993175-.7409708 1.98812015-.7393145 2.74596565.0037073
2400          </g>
2401        </svg></a></div><div id="dropdown-desktop-menu-0-4-mega-menu-0" class="mega-menu " data-type="menu" aria-hidden="true" ><div class="container"><div c
2402            <span class="mega-menu__title heading">Candy</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2403              <a href="https://bakersbodegaexpress.com/collections/candy" class="mega-menu__link link">Candy</a>
2404            </li><li class="mega-menu__item">
2405              <a href="https://bakersexpress.com/collections/candy-color-1" class="mega-menu__link link">Candy Color</a>
2406            </li></ul></div><div class="mega-menu__column">
2407            <span class="mega-menu__title heading">Chocolate</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2408              <a href="https://bakersexpress.com/collections/chocolate-coating" class="mega-menu__link link">Chocolate Coating</a>
2409            </li><li class="mega-menu__item">
2410              <a href="https://bakersexpress.com/collections/chocolate-decorations" class="mega-menu__link link">Chocolate Toppings</a>
2411            </li><li class="mega-menu__item">
2412              <a href="https://bakersexpress.com/collections/paramount-crystals" class="mega-menu__link link">Paramount Crystals</a>
2413            </li></ul></div><div class="mega-menu__column">
2414            <span class="mega-menu__title heading">Chocolate Molds</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2415              <a href="https://bakersexpress.com/collections/silicone-molds-1" class="mega-menu__link link">Silicone</a>
2416            </li><li class="mega-menu__item">
2417              <a href="https://bakersexpress.com/collections/plastic-molds" class="mega-menu__link link">Plastic</a>
2418            </li></ul></div><a href="https://bakersbodegaexpress.com/collections/candy" class="mega-menu__promo">
2419            <div class="mega-menu__image-wrapper">
2420              <div class="aspect-ratio" style="padding-bottom: 100.0%">
2421                <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Candy-Chocolate_copy_80x.jpg?v=1625592407" data-src="//baker
2422              </div>
2423            </div>
2424
2425            <span class="mega-menu__image-heading heading h4"></span>
2426            <p class="mega-menu__image-text"></p>
2427          </a><a href="https://bakersbodegaexpress.myshopify.com/admin/collections/262329630897" class="mega-menu__promo">
2428            <div class="mega-menu__image-wrapper">
2429              <div class="aspect-ratio" style="padding-bottom: 100.0%">
2430                <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Melting_Chocolate_copy_80x.jpg?v=1625592551" data-src="//bak
2431              </div>
2432            </div>
2433
2434            <span class="mega-menu__image-heading heading h4"></span>
2435            <p class="mega-menu__image-text"></p>
2436          </a></div></div></li><li class="nav-bar__item"><a href="https://bakersexpress.com/collections/packaging" class="nav-bar__link link" data-
2437  <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
2438      </svg><svg class="icon icon--nav-triangle" viewBox="0 0 20 9" role="presentation">
2439          <g fill="none" fill-rule="evenodd">
2440            <path d="M.47108938 9c.2694725-.26871321.57077721-.56867841.90388257-.89986354C3.12384116 6.36134886 5.74788116 3.76338565 9.2467995.30653888c.
2441            <path d="M-.00922471 9C1.38887087 7.61849126 4.26661926 4.80337304 8.62402045.5546454c.75993175-.7409708 1.98812015-.7393145 2.74596565.0037073
2442          </g>
2443        </svg></a><div id="dropdown-desktop-menu-0-5-mega-menu-0" class="mega-menu " data-type="menu" aria-hidden="true" ><div class="container"><div c
2444            <span class="mega-menu__title heading">Cake Pads, Wraps & Drums</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2445              <a href="https://bakersexpress.com/collections/cake-pads" class="mega-menu__link link">Cake Circle Pads</a>
2446            </li><li class="mega-menu__item">
```

```
2448                                <a href="https://bakersexpress.com/collections/cake-wraps" class="mega-menu__link link">Cake Wraps</a>
2449                              </li><li class="mega-menu__item">
2450                                <a href="https://bakersexpress.com/collections/cake-drums" class="mega-menu__link link">Cake Drums</a>
2451                              </li><li class="mega-menu__item">
2452                                <a href="https://bakersexpress.com/collections/tabs-trays" class="mega-menu__link link">Tabs/Trays</a>
2453                              </li></ul></div><div class="mega-menu__column">
2454                        <span class="mega-menu__title heading">Boxes</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2455                                <a href="https://bakersexpress.com/collections/cake-boxes" class="mega-menu__link link">Cake Boxes</a>
2456                              </li><li class="mega-menu__item">
2457                                <a href="https://bakersexpress.com/collections/cupcake-boxes" class="mega-menu__link link">Cupcake Boxes</a>
2458                              </li><li class="mega-menu__item">
2459                                <a href="https://bakersexpress.com/collections/treat-boxes" class="mega-menu__link link">Treat Boxes</a>
2460                              </li></ul></div><div class="mega-menu__column">
2461                        <span class="mega-menu__title heading">Plastic Packaging</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2462                                <a href="https://bakersexpress.com/collections/plastic-cupcake-containers" class="mega-menu__link link">Cupcake Containers</a>
2463                              </li><li class="mega-menu__item">
2464                                <a href="https://bakersexpress.com/collections/plastic-cake-containers" class="mega-menu__link link">Cake Containers</a>
2465                              </li><li class="mega-menu__item">
2466                                <a href="https://bakersexpress.com/collections/plastic-treat-containers" class="mega-menu__link link">Treat Containers</a>
2467                              </li><li class="mega-menu__item">
2468                                <a href="https://bakersexpress.com/collections/eco-friendly" class="mega-menu__link link">Eco Friendly</a>
2469                              </li><li class="mega-menu__item">
2470                                <a href="https://bakersexpress.com/collections/plastic-cup-containers" class="mega-menu__link link">Cups/Lids</a>
2471                              </li></ul></div><div class="mega-menu__column">
2472                        <span class="mega-menu__title heading">More Packaging</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2473                                <a href="https://bakersexpress.com/collections/disposable-packaging" class="mega-menu__link link">Disposable Packaging</a>
2474                              </li><li class="mega-menu__item">
2475                                <a href="https://bakersexpress.com/collections/treat-bags" class="mega-menu__link link">Treat Bags</a>
2476                              </li><li class="mega-menu__item">
2477                                <a href="https://bakersexpress.com/collections/crinkle-paper" class="mega-menu__link link">Crinkle Paper</a>
2478                              </li><li class="mega-menu__item">
2479                                <a href="https://bakersexpress.com/collections/twist-ties-bows" class="mega-menu__link link">Twist Ties/Bows</a>
2480                              </li><li class="mega-menu__item">
2481                                <a href="https://bakersexpress.com/collections/displays" class="mega-menu__link link">Displays</a>
2482                              </li></ul></div><div><a href="https://bakersbodegaexpress.com/collections/packaging" class="mega-menu__promo">
2483                    <div class="mega-menu__image-wrapper">
2484                      <div class="aspect-ratio" style="padding-bottom: 100.0%">
2485                        <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Packaging_copy_80x.jpg?v=1625595312" data-src="//bakersexpre
2486                      </div>
2487                    </div>
2488
2489                    <span class="mega-menu__image-heading heading h4"></span>
2490                    <p class="mega-menu__image-text">
2491                  </a></div></div></li><li class="nav-bar__item"><a href="https://bakersexpress.com/collections/decorating-supplies" class="nav-bar__link l
2492        <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
2493      </svg><svg class="icon icon--nav-triangle" viewBox="0 0 20 9" role="presentation">
2494        <g fill="none" fill-rule="evenodd">
2495          <path d="M.47108938 9c.2694725-.26871321.57077721-.56867841.90388257-.89986354C3.12384116 6.36134886 5.74788116 3.76338565 9.2467995.3665388
2496          <path d="M-.00922471 9C1.38887087 7.61849126 4.26661926 4.80337304 8.62402045.5546454c.75993175-.7409708 1.98812015-.7393145 2.74596565.003707
2497        </g>
2498      </svg></a><div id="dropdown-desktop-menu-0-6-mega-menu-0" class="mega-menu " data-type="menu" aria-hidden="true" ><div class="container"><div cl
2499                        <span class="mega-menu__title heading">Sprinkles</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2500                                <a href="https://bakersbodegaexpress.com/collections/calibina-sprinkle-collection" class="mega-menu__link link">Calibina</a>
2501                              </li><li class="mega-menu__item">
2502                                <a href="https://bakersexpress.com/collections/jimmies" class="mega-menu__link link">Jimmies</a>
2503                              </li><li class="mega-menu__item">
2504                                <a href="https://bakersexpress.com/collections/quins" class="mega-menu__link link">Quins</a>
2505                              </li><li class="mega-menu__item">
2506                                <a href="https://bakersexpress.com/collections/nonpariels-beads" class="mega-menu__link link">Nonpariels/Beads</a>
2507                              </li><li class="mega-menu__item">
2508                                <a href="https://bakersexpress.com/collections/sprinkle-mix" class="mega-menu__link link">Mixes</a>
2509                              </li><li class="mega-menu__item">
2510                                <a href="https://bakersexpress.com/collections/candy-sprinkles" class="mega-menu__link link">Candy Sprinkles</a>
2511                              </li><li class="mega-menu__item">
2512                                <a href="https://bakersexpress.com/collections/sanding-sugar" class="mega-menu__link link">Sanding Sugar</a>
2513                              </li></ul></div><div class="mega-menu__column">
2514                        <span class="mega-menu__title heading">Tools</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2515                                <a href="https://bakersexpress.com/collections/brushes" class="mega-menu__link link">Brushes</a>
2516                              </li><li class="mega-menu__item">
2517                                <a href="https://bakersexpress.com/collections/edible-markers" class="mega-menu__link link">Edible Markers</a>
2518                              </li><li class="mega-menu__item">
2519                                <a href="https://bakersexpress.com/collections/turntables" class="mega-menu__link link">Turntables</a>
2520                              </li><li class="mega-menu__item">
2521                                <a href="https://bakersexpress.com/collections/smoothers-combs" class="mega-menu__link link">Smooth/Combs</a>
2522                              </li></ul></div><div class="mega-menu__column">
2523                        <span class="mega-menu__title heading">Food Coloring</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2524                                <a href="https://bakersexpress.com/collections/gel-paste" class="mega-menu__link link">Gel Paste</a>
2525                              </li><li class="mega-menu__item">
2526                                <a href="https://bakersexpress.com/collections/airbrush-color" class="mega-menu__link link">Airbrush</a>
2527                              </li><li class="mega-menu__item">
2528                                <a href="https://bakersexpress.com/collections/candy-color-1" class="mega-menu__link link">Candy Color</a>
2529                              </li></ul></div><div class="mega-menu__column">
2530                        <span class="mega-menu__title heading">Cake/Cupcake Toppers</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2531                                <a href="https://bakersexpress.com/collections/cake-toppers" class="mega-menu__link link">Cake Toppers</a>
2532                              </li><li class="mega-menu__item">
2533                                <a href="https://bakersexpress.com/collections/cupcake-toppers" class="mega-menu__link link">Cupcake Toppers</a>
2534                              </li><li class="mega-menu__item">
2535                                <a href="https://bakersexpress.com/collections/party-candles" class="mega-menu__link link">Candles</a>
2536                              </li></ul></div><div class="mega-menu__column">
2537                        <span class="mega-menu__title heading">Glitter Dusts</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2538                                <a href="https://bakersexpress.com/collections/highlighter-2" class="mega-menu__link link">Highlighter</a>
2539                              </li><li class="mega-menu__item">
2540                                <a href="https://bakersexpress.com/collections/glitter" class="mega-menu__link link">Glitter</a>
2541                              </li><li class="mega-menu__item">
2542                                <a href="https://bakersexpress.com/collections/dust" class="mega-menu__link link">Dust</a>
2543                              </li></ul></div><div class="mega-menu__column">
2544                        <span class="mega-menu__title heading">Fondant</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
                                  <a href="https://bakersexpress.com/collections/fondant-only" class="mega-menu__link link">Fondant</a>
```

```
2546                   </li><li class="mega-menu__item">
2547                     <a href="https://bakersexpress.com/collections/fondant-tools" class="mega-menu__link link">Fondant Tools</a>
2548                 </li></div><div class="mega-menu__column">
2549              <span class="mega-menu__title heading">Piping Bags/Tips</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2550                     <a href="https://bakersexpress.com/collections/piping-bags" class="mega-menu__link link">Piping Bags</a>
2551                 </li><li class="mega-menu__item">
2552                     <a href="https://bakersexpress.com/collections/piping-tips" class="mega-menu__link link">Piping Tips</a>
2553                 </li></div><div class="mega-menu__column">
2554              <span class="mega-menu__title heading">Cutter</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2555                     <a href="https://bakersexpress.com/collections/cookie-cutters" class="mega-menu__link link">Cookie Cutters</a>
2556                 </li><li class="mega-menu__item">
2557                     <a href="https://bakersexpress.com/collections/cutters-plungers" class="mega-menu__link link">Cutter & Plungers</a>
2558                 </li></div><div class="mega-menu__column">
2559              <span class="mega-menu__title heading">Molds</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2560                     <a href="https://bakersexpress.com/collections/silicone-molds-1" class="mega-menu__link link">Silicone</a>
2561                 </li><li class="mega-menu__item">
2562                     <a href="https://bakersexpress.com/collections/plastic-molds" class="mega-menu__link link">Plastic</a>
2563                 </li></div><div class="mega-menu__column">
2564              <span class="mega-menu__title heading">Even More</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2565                     <a href="https://bakersexpress.com/collections/edible-paper" class="mega-menu__link link">Edible Paper</a>
2566                 </li><li class="mega-menu__item">
2567                     <a href="https://bakersexpress.com/collections/buttercream-icing" class="mega-menu__link link">Buttercream/Icing</a>
2568                 </li><li class="mega-menu__item">
2569                     <a href="https://bakersexpress.com/collections/stencils-impressions" class="mega-menu__link link">Stencils/Impression Mats</a>
2570                 </li><li class="mega-menu__item">
2571                     <a href="https://bakersexpress.com/collections/dummy-foams" class="mega-menu__link link">Dummy Foams</a>
2572                 </li></div><a href="https://bakersbodegaexpress.com/collections/decorating-supplies" class="mega-menu__promo">
2573             <div class="mega-menu__image-wrapper">
2574               <div class="aspect-ratio" style="padding-bottom: 100.0%">
2575                 <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Toppers_copy_80x.jpg?v=1625597734" data-src="//bakersexpress
2576               </div>
2577             </div>
2578
2579             <span class="mega-menu__image-heading heading h4"></span>
2580             <p class="mega-menu__image-text"></p>
2581         </a></div></li><li class="nav-bar__item"><a href="https://bakersbodegaexpress.com/collections/baking" class="nav-bar__link link" da
2582       <svg aria-hidden="true"><path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
2583 </svg><svg class="icon icon--nav-triangle" viewBox="0 0 20 9" role="presentation">
2584         <g fill="none" fill-rule="evenodd">
2585           <path d="M.47108938 9c.2694725-.26871321.57077721-.56867841.90388257-.89986354C3.12384116 6.36134886 5.74788116 3.76338565 9.2467995.30653888c.
2586           <path d="M-.00922471 9C1.38887087 7.61849126 4.26661926 4.80337304 8.62402045.5546454c.75993175-.7409708 1.98812015-.7393145 2.74596565.0037073
2587         </g>
2588 </svg></a><div id="dropdown-desktop-menu-0-7-mega-menu-0" class="mega-menu" data-type="menu" aria-hidden="true" ><div class="container"><div
2589              <span class="mega-menu__title heading">Baking</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2590                     <a href="https://bakersexpress.com/collections/baking-pans" class="mega-menu__link link">Baking Pans</a>
2591                 </li><li class="mega-menu__item">
2592                     <a href="https://bakersexpress.com/collections/baking-cups" class="mega-menu__link link">Baking Cups</a>
2593                 </li><li class="mega-menu__item">
2594                     <a href="https://bakersexpress.com/collections/baking-tools-utensils" class="mega-menu__link link">Baking Tools/Utensils</a>
2595                 </li><li class="mega-menu__item">
2596                     <a href="https://bakersexpress.com/collections/kitchen-apparel" class="mega-menu__link link">Kitchen Apparel</a>
2597                 </li></div><a href="#" class="mega-menu__promo">
2598             <div class="mega-menu__image-wrapper">
2599               <div class="aspect-ratio" style="padding-bottom: 100.0%">
2600                 <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Baking__1_80x.jpg?v=1625598681" data-src="//bakersexpress.co
2601               </div>
2602             </div>
2603
2604             <span class="mega-menu__image-heading heading h4"></span>
2605             <p class="mega-menu__image-text"></p>
2606         </a><a href="#" class="mega-menu__promo">
2607             <div class="mega-menu__image-wrapper">
2608               <div class="aspect-ratio" style="padding-bottom: 100.0%">
2609                 <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Baking__2_80x.jpg?v=1625598697" data-src="//bakersexpress.co
2610               </div>
2611             </div>
2612
2613             <span class="mega-menu__image-heading heading h4"></span>
2614             <p class="mega-menu__image-text"></p>
2615         </a></div></div></li><li class="nav-bar__item"><a href="https://bakersexpress.com/collections/gift-cards" class="nav-bar__link link" data
2616       <svg aria-hidden="true"><path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
2617 </svg><svg class="icon icon--nav-triangle" viewBox="0 0 20 9" role="presentation">
2618         <g fill="none" fill-rule="evenodd">
2619           <path d="M.47108938 9c.2694725-.26871321.57077721-.56867841.90388257-.89986354C3.12384116 6.36134886 5.74788116 3.76338565 9.2467995.30653888c.
2620           <path d="M-.00922471 9C1.38887087 7.61849126 4.26661926 4.80337304 8.62402045.5546454c.75993175-.7409708 1.98812015-.7393145 2.74596565.0037073
2621         </g>
2622 </svg></a><div id="dropdown-desktop-menu-0-8-mega-menu-0" class="mega-menu" data-type="menu" aria-hidden="true" ><div class="container"><div
2623              <span class="mega-menu__title heading">Gift Cards</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2624                     <a href="https://bakersexpress.com/products/bakersexpress-gift-card?variant=31888716464445" class="mega-menu__link link">$10 Gift
2625                 </li><li class="mega-menu__item">
2626                     <a href="https://bakersexpress.com/products/bakersexpress-gift-card?variant=31888716496932" class="mega-menu__link link">$25 Gift
2627                 </li><li class="mega-menu__item">
2628                     <a href="https://bakersexpress.com/products/bakersexpress-gift-card?variant=31888716529700" class="mega-menu__link link">$50 Gift
2629                 </li><li class="mega-menu__item">
2630                     <a href="https://bakersexpress.com/products/bakersexpress-gift-card?variant=31888716562468" class="mega-menu__link link">$100 Gif
2631                 </li></ul><a href="#" class="mega-menu__promo">
2632             <div class="mega-menu__image-wrapper">
2633               <div class="aspect-ratio" style="padding-bottom: 100.0%">
2634                 <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Baking__copy_80x.jpg?v=1625598894" data-src="//bakersexpress
2635               </div>
2636             </div>
2637
2638             <span class="mega-menu__image-heading heading h4">A BAKERS</span>
2639             <p class="mega-menu__image-text">FAVORITE GIFT!</p>
2640         </a></div></div></li><li class="nav-bar__item"><a href="https://bakersexpress.com/collections/food-snacks" class="nav-bar__link link" dat
2641       <svg aria-hidden="true"><path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
2642 </svg><svg class="icon icon--nav-triangle" viewBox="0 0 20 9" role="presentation">
2643         <g fill="none" fill-rule="evenodd">
```

```
2644          <path d="M.47108938 9c.2694725-.26871321.57077721-.56867841.90388257-.89986354C3.12384116 6.36134886 5.74788116 3.76338565 9.2467995.30653888c...
2645          <path d="M-.00922471 9C1.38887087 7.61849126 4.26661926 4.80337304 8.62402045.5546454c.75993175-.7409708 1.98812015-.7393145 2.74596565.0037073...
2646        </g>
2647      </svg></a></a> id="dropdown-desktop-menu-0-9-mega-menu-0" class="mega-menu " data-type="menu" aria-hidden="true" ><div class="container><div class=
2648        <span class="mega-menu__title heading">Food/Snacks</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2649          <a href="https://bakersexpress.com/collections/nuts" class="mega-menu__link link">Nuts</a>
2650        </li><li class="mega-menu__item">
2651          <a href="https://bakersexpress.com/collections/food-snacks" class="mega-menu__link link">Snacks</a>
2652        </li><li class="mega-menu__item">
2653          <a href="https://bakersexpress.com/collections/candy" class="mega-menu__link link">Candy</a>
2654        </li></ul></div><a href="#" class="mega-menu__promo">
2655        <div class="mega-menu__image-wrapper">
2656          <div class="aspect-ratio" style="padding-bottom: 100.0%">
2657            <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Nuts_copy_80x.jpg?v=1625599442" data-src="//bakersexpress.co
2658          </div>
2659        </div>
2660
2661        <span class="mega-menu__image-heading heading h4"></span>
2662        <p class="mega-menu__image-text"></p>
2663        </a><a href="#" class="mega-menu__promo">
2664        <div class="mega-menu__image-wrapper">
2665          <div class="aspect-ratio" style="padding-bottom: 100.0%">
2666            <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Rice_Krispies_copy_80x.jpg?v=1625599811" data-src="//bakers...
2667          </div>
2668        </div>
2669
2670        <span class="mega-menu__image-heading heading h4"></span>
2671        <p class="mega-menu__image-text"></p>
2672        </a></div></div></li><li class="nav-bar__item"><a href="/collections/50express-products" class="nav-bar__link link" data-type="menuitem">
2673          <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
2674        </svg><svg class="icon icon--nav-triangle" viewBox="0 0 20 9" role="presentation">
2675          <g fill="none" fill-rule="evenodd">
2676            <path d="M.47108938 9c.2694725-.26871321.57077721-.56867841.90388257-.89986354C3.12384116 6.36134886 5.74788116 3.76338565 9.2467995.30653888c...
2677            <path d="M-.00922471 9C1.38887087 7.61849126 4.26661926 4.80337304 8.62402045.5546454c.75993175-.7409708 1.98812015-.7393145 2.74596565.0037073...
2678          </g>
2679        </svg></a><div id="dropdown-desktop-menu-0-10-mega-menu-0" class="mega-menu " data-type="menu" aria-hidden="true" ><div class="container><div class=
2680        <span class="mega-menu__title heading">Sprinkles</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2681          <a href="https://bakersexpress.com/collections/nonpariels-beads" class="mega-menu__link link">Non Pariels/Beads</a>
2682        </li><li class="mega-menu__item">
2683          <a href="https://bakersexpress.com/collections/calibina-sprinkle-collection" class="mega-menu__link link">Calibina Sprinkles</a>
2684        </li><li class="mega-menu__item">
2685          <a href="https://bakersexpress.com/collections/candy-sprinkles" class="mega-menu__link link">Candy Sprinkles</a>
2686        </li><li class="mega-menu__item">
2687          <a href="https://bakersexpress.com/collections/sanding-sugar" class="mega-menu__link link">Sanding Sugar</a>
2688        </li><li class="mega-menu__item">
2689          <a href="https://bakersexpress.com/collections/jimmies" class="mega-menu__link link">Jimmies</a>
2690        </li><li class="mega-menu__item">
2691          <a href="https://bakersexpress.com/collections/sprinkle-mix" class="mega-menu__link link">Mixed</a>
2692        </li><li class="mega-menu__item">
2693          <a href="https://bakersexpress.com/collections/quins" class="mega-menu__link link">Quins</a>
2694        </li></ul></div><div class="mega-menu__column">
2695        <span class="mega-menu__title heading">Decorating Supplies</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2696          <a href="https://bakersexpress.com/collections/cookie-cutter-sets" class="mega-menu__link link">Coockie Cutter Sets</a>
2697        </li><li class="mega-menu__item">
2698          <a href="https://bakersexpress.com/collections/pastry-piping-bags" class="mega-menu__link link">Pastry Pipping Bags</a>
2699        </li><li class="mega-menu__item">
2700          <a href="https://bakersexpress.com/collections/silicone-molds-1" class="mega-menu__link link">Silicone Molds</a>
2701        </li><li class="mega-menu__item">
2702          <a href="https://bakersexpress.com/collections/plastic-molds" class="mega-menu__link link">Plastic Molds</a>
2703        </li><li class="mega-menu__item">
2704          <a href="https://bakersexpress.com/collections/plastic-molds" class="mega-menu__link link">Highlighters</a>
2705        </li></ul></div><div class="mega-menu__column">
2706        <span class="mega-menu__title heading">Packaging</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2707          <a href="https://bakersexpress.com/collections/50express-plastic-containers" class="mega-menu__link link">Plastic Containers</a>
2708        </li><li class="mega-menu__item">
2709          <a href="https://bakersexpress.com/collections/eco-friendly" class="mega-menu__link link">Eco Friendly</a>
2710        </li><li class="mega-menu__item">
2711          <a href="https://bakersexpress.com/collections/50express-bags" class="mega-menu__link link">Bags</a>
2712        </li></ul></div><div class="mega-menu__column">
2713        <span class="mega-menu__title heading">EVEN MORE</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2714          <a href="https://bakersexpress.com/collections/50express-chocolate" class="mega-menu__link link">Cacao Coating Chocolate</a>
2715        </li><li class="mega-menu__item">
2716          <a href="https://bakersexpress.com/collections/50express-buttercream" class="mega-menu__link link">Buttercream</a>
2717        </li><li class="mega-menu__item">
2718          <a href="https://bakersexpress.com/collections/50express-fillings" class="mega-menu__link link">Fillings</a>
2719        </li><li class="mega-menu__item">
2720          <a href="https://bakersexpress.com/collections/50express-flours" class="mega-menu__link link">Flours</a>
2721        </li><li class="mega-menu__item">
2722          <a href="https://bakersexpress.com/collections/50express-mixes" class="mega-menu__link link">Mixes</a>
2723        </li></ul></div><a href="#" class="mega-menu__promo">
2724        <div class="mega-menu__image-wrapper">
2725          <div class="aspect-ratio" style="padding-bottom: 100.0%">
2726            <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Profle_Pic_copy_80x.jpg?v=1632504377" data-src="//bakersexpr...
2727          </div>
2728        </div>
2729
2730        <span class="mega-menu__image-heading heading h4"></span>
2731        <p class="mega-menu__image-text"></p>
2732        </a></div></div></li><li class="nav-bar__item"><a href="https://bakersexpress.com/collections/frozen-items" class="nav-bar__link link" da...
2733          <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
2734        </svg><svg class="icon icon--nav-triangle" viewBox="0 0 20 9" role="presentation">
2735          <g fill="none" fill-rule="evenodd">
2736            <path d="M.47108938 9c.2694725-.26871321.57077721-.56867841.90388257-.89986354C3.12384116 6.36134886 5.74788116 3.76338565 9.2467995.30653888c...
2737            <path d="M-.00922471 9C1.38887087 7.61849126 4.26661926 4.80337304 8.62402045.5546454c.75993175-.7409708 1.98812015-.7393145 2.74596565.0037073...
2738          </g>
2739        </svg></a><div id="dropdown-desktop-menu-0-11-mega-menu-0" class="mega-menu " data-type="menu" aria-hidden="true" ><div class="container><div class=
2740        <span class="mega-menu__title heading">Whipped Toppings</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2741          <a href="https://bakersexpress.com/collections/frozen-items" class="mega-menu__link link">Toppings</a>
```

```
2742          </li></ul></div><a href="#" class="mega-menu__promo">
2743            <div class="mega-menu__image-wrapper">
2744              <div class="aspect-ratio" style="padding-bottom: 66.666666666667%">
2745                <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/iStock-1154983367_80x.jpg?v=1632504818" data-src="//bakerse
2746              </div>
2747            </div>

2748
2749            <span class="mega-menu__image-heading heading h4"></span>
2750            <p class="mega-menu__image-text"></p>
2751          </a><a href="#" class="mega-menu__promo">
2752            <div class="mega-menu__image-wrapper">
2753              <div class="aspect-ratio" style="padding-bottom: 66.666666666667%">
2754                <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/iStock-873059352_80x.jpg?v=1632504882" data-src="//bakersexp
2755              </div>
2756            </div>

2757
2758            <span class="mega-menu__image-heading heading h4"></span>
2759            <p class="mega-menu__image-text"></p>
2760          </a></div></div></li><li class="nav-bar__item"><a href="https://bakersexpress.com/collections/printing" class="nav-bar__link" data-t
2761  <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
2762  </svg></a><svg class="icon icon-nav-triangle" viewBox="0 0 20 9" role="presentation">
2763    <g fill="none" fill-rule="evenodd">
2764      <path d="M.47108938 9c.2694725-.26871321.57077721-.56867841.90388257-.89986354C3.12384116 6.36134886 5.74788116 3.76338565 9.2467995.30653888
2765      <path d="M-.00922471 9C1.38887087 7.61849126 4.26661924 4.80337304 8.62402045.5546454c.75993175-.7409708 1.98812015-.7393145 2.74596565.003707
2766    </g>
2767  </svg></a><div id="dropdown-desktop-menu-0-12-mega-menu-0" class="mega-menu " data-type="menu" aria-hidden="true" ><div class="container"><div cla
2768            <span class="mega-menu__title heading">Printing Services</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2769            <a href="https://bakersexpress.com/collections/stickers" class="mega-menu__link link">Stickers</a>
2770          </li><li class="mega-menu__item">
2771            <a href="https://bakersexpress.com/products/3-5x2-business-cards" class="mega-menu__link link">Business Cards</a>
2772          </li><li class="mega-menu__item">
2773            <a href="https://bakersexpress.com/collections/banners" class="mega-menu__link link">Banners</a>
2774          </li><li class="mega-menu__item">
2775            <a href="https://bakersexpress.com/collections/invoices" class="mega-menu__link link">Invoices</a>
2776          </li><li class="mega-menu__item">
2777            <a href="https://bakersexpress.com/collections/table-covers-runners" class="mega-menu__link link">Tablecloth/Runners</a>
2778          </li></ul></div><div class="mega-menu__column">
2779            <span class="mega-menu__title heading">3D Printing</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2780            <a href="https://bakersexpress.com/products/custom-3d-cookie-cutters" class="mega-menu__link link">3D Cookie Cutters</a>
2781          </li><li class="mega-menu__item">
2782            <a href="https://bakersexpress.com/products/custom-3d-cake-toppers-1" class="mega-menu__link link">3D Cake Toppers</a>
2783          </li></ul></div><div class="mega-menu__column">
2784            <span class="mega-menu__title heading">Other Services</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2785            <a href="https://bakersexpress.com/collections/graphic-logo-design" class="mega-menu__link link">Graphics/Logo Design</a>
2786          </li><li class="mega-menu__item">
2787            <a href="https://bakersexpress.com/collections/frostings-sheets" class="mega-menu__link link">Edible Frosting Sheets</a>
2788          </li></ul></div><a href="#" class="mega-menu__promo">
2789            <div class="mega-menu__image-wrapper">
2790              <div class="aspect-ratio" style="padding-bottom: 66.43126177024482%">
2791                <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/iStock-183931020_80x.jpg?v=1632505314" data-src="//bakersexp
2792              </div>
2793            </div>

2794
2795            <span class="mega-menu__image-heading heading h4"></span>
2796            <p class="mega-menu__image-text"></p>
2797          </a></div></div></li><li class="nav-bar__item"><a href="/search" class="nav-bar__link" data-type="menuitem" aria-expanded="false" ar
2798  <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
2799  </svg></a><svg class="icon icon-nav-triangle" viewBox="0 0 20 9" role="presentation">
2800    <g fill="none" fill-rule="evenodd">
2801      <path d="M.47108938 9c.2694725-.26871321.57077721-.56867841.90388257-.89986354C3.12384116 6.36134886 5.74788116 3.76338565 9.2467995.30653888
2802      <path d="M-.00922471 9C1.38887087 7.61849126 4.26661924 4.80337304 8.62402045.5546454c.75993175-.7409708 1.98812015-.7393145 2.74596565.003707
2803    </g>
2804  </svg></a><div id="dropdown-desktop-menu-0-13-mega-menu " class="mega-menu " data-type="menu " aria-hidden="true" ><div class="container"><div cla
2805            <span class="mega-menu__title heading">PODCAST</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2806            <a href="/pages/twinsinthekitchen" class="mega-menu__link link">Twins in the Kitchen</a>
2807          </li><li class="mega-menu__item">
2808            <span class="mega-menu__title heading">RECIPES</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2809            <a href="/pages/recipes" class="mega-menu__link link">Flavorful Tuesdays/Fridays</a>
2810          </li></ul></div><div class="mega-menu__column">
2811            <span class="mega-menu__title heading">CLASSES</span><ul class="mega-menu__linklist"><li class="mega-menu__item">
2812            <a href="/collections/monday-demo" class="mega-menu__link link">Monday Classes</a>
2813          </li></ul></div><a href="/pages/podcast" class="mega-menu__promo">
2814            <div class="mega-menu__image-wrapper">
2815              <div class="aspect-ratio" style="padding-bottom: 66.666666666667%">
2816                <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/iStock-1152495939_80x.jpg?v=1632505602" data-src="//bakersex
2817              </div>
2818            </div>

2819
2820            <span class="mega-menu__image-heading heading h4"></span>
2821            <p class="mega-menu__image-text"></p>
2822          </a><a href="#" class="mega-menu__promo">
2823            <div class="mega-menu__image-wrapper">
2824              <div class="aspect-ratio" style="padding-bottom: 66.666666666667%">
2825                <img class="lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/iStock-1196741090_80x.jpg?v=1632505602" data-src="//bakersex
2826              </div>
2827            </div>

2828
2829            <span class="mega-menu__image-heading heading h4"></span>
2830            <p class="mega-menu__image-text"></p>
2831          </a></div></div></li><li class="nav-bar__item"><a href="/pages/instoreproducts" class="nav-bar__link" data-type="menuitem" aria-expa
2832  <path stroke="currentColor" stroke-width="2" d="M10 2L6 6 2 2" fill="none" stroke-linecap="square"></path>
2833  </svg></a><svg class="icon icon-nav-triangle" viewBox="0 0 20 9" role="presentation">
2834    <g fill="none" fill-rule="evenodd">
2835      <path d="M.47108938 9c.2694725-.26871321.57077721-.56867841.90388257-.89986354C3.12384116 6.36134886 5.74788116 3.76338565 9.2467995.30653888
2836      <path d="M-.00922471 9C1.38887087 7.61849126 4.26661924 4.80337304 8.62402045.5546454c.75993175-.7409708 1.98812015-.7393145 2.74596565.003707
2837    </g>
2838  </svg></a><ul id="dropdown-desktop-menu-0-14" class="nav-dropdown nav-dropdown--restrict" data-type="menu" aria-hidden="true"><li class="nav-dropdo
```

```
2840            </div>
2841        </nav></section>
2842
2843    <style>
2844        :root {
2845        --header-is-sticky: 0;
2846        --header-inline-navigation: 1;
2847        }
2848
2849        #shopify-section-header {
2850        position: relative;
2851        z-index: 5;}.header__logo-image {
2852        max-width: 165px;
2853        }
2854
2855        @media screen and (min-width: 641px) {
2856        .header__logo-image {
2857        max-width: 285px;
2858        }
2859        }</style>
2860    <script>
2861        document.documentElement.style.setProperty('--header-height', document.getElementById('shopify-section-header').clientHeight + 'px');
2862    </script>
2863
2864
2865    </div>
2866
2867        <main id="main" role="main">
2868
2869
2870
2871    <div class="easylockdown-content"><!-- BEGIN content_for_index --><div id="shopify-section-slideshow" class="shopify-section"><section data-section-i
2872    "autoPlay": true,
2873    "prevNextButtons": false,
2874    "pageDots": true,
2875    "setGallerySize": true,
2876    "adaptiveHeight": true,
2877    "transitionEffect": "slide",
2878    "cycleSpeed": 5000
2879    }'>
2880        <div class="container container--flush">
2881            <div class="slideshow slideshow--preserve-ratio " style="color: #ffffff"><a href="/collections/december-sale-2023" class="slideshow__slide  is-sele
2882                <img class="slideshow__image lazyload image-fade-in" alt="" data-src="//bakersexpress.com/cdn/shop/files/Website_Header_copy_83e87f2d-
2883
2884                <noscript>
2885                    <img src="//bakersexpress.com/cdn/shop/files/Website_Header_copy_83e87f2d-b964-4529-a7fc-e95d18fa28d2_1200x.jpg?v=1701451870" alt="">
2886                </noscript>
2887            </div></div>
2888
2889        <style>
2890            #block-1597689670868 {
2891            color: #ffffff;
2892            }
2893
2894            #block-1597689670868 .button {
2895            color: #000000;
2896            background: #ffffff;
2897            }
2898
2899            #block-1597689670868 .button:hover {
2900            background: rgba(255, 255, 255, 0.8);
2901            }</style></a><div class="slideshow__slide  " id="block-6dcf5e7c-f339-4723-bbf2-851b98294d9d" data-block-index="1" style="background-image:
2902                <img class="slideshow__image lazyload image-fade-in" alt="" data-src="//bakersexpress.com/cdn/shop/files/Website_Header-Newsletter_Sig
2903
2904                <noscript>
2905                    <img src="//bakersexpress.com/cdn/shop/files/Website_Header-Newsletter_Sign_Up-Dec_copy_277ea06c-246e-4ca6-a936-f9b09ca0f444_1200x.jp
2906                </noscript>
2907            </div></div>
2908
2909        <style>
2910            #block-6dcf5e7c-f339-4723-bbf2-851b98294d9d {
2911            color: #ffffff;
2912            }
2913
2914            #block-6dcf5e7c-f339-4723-bbf2-851b98294d9d .button {
2915            color: #000000;
2916            background: #ffffff;
2917            }
2918
2919            #block-6dcf5e7c-f339-4723-bbf2-851b98294d9d .button:hover {
2920            background: rgba(255, 255, 255, 0.8);
2921            }</style></div><a href="/collections/december-sale" class="slideshow__slide  " id="block-5624822e-0212-403d-a219-97a5471db7a8" data-block-i
2922                <img class="slideshow__image lazyload image-fade-in" alt="" data-src="//bakersexpress.com/cdn/shop/files/Website_Header-FREE_SHIPPING_
2923
2924                <noscript>
2925                    <img src="//bakersexpress.com/cdn/shop/files/Website_Header-FREE_SHIPPING_copy_1200x.jpg?v=1681843822" alt="">
2926                </noscript>
2927            </div></div>
2928
2929        <style>
2930            #block-5624822e-0212-403d-a219-97a5471db7a8 {
2931            color: #ffffff;
2932            }
2933
2934            #block-5624822e-0212-403d-a219-97a5471db7a8 .button {
2935            color: #000000;
2936            background: #ffffff;
2937            }
```

```
2938
2939                        #block-5624822e-0212-403d-a219-97a5471db7a8 .button:hover {
2940                          background: rgba(255, 255, 255, 0.8);
2941                        }</style></a></div>
2942      </div>
2943    </section>
2944
2945    </div><div id="shopify-section-1641068839e66546c1" class="shopify-section"><section class="section" data-section-id="1641068839e66546c1" data-section-t
2946      "stackable": false,
2947      "layout": "vertical"
2948    }'><div class="container">
2949      <header class="section__header">
2950        <div class="section__header-stack">
2951          <h2 class="section__title heading h3">DECEMBER SALE</h2>
2952        </div><a href="/collections/december-sale-2023" class="section__action-link link">View all <svg class="icon icon--tail-right" viewBox="0 0 24 24'
2953          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 5l6 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.414l7.707-7.707c.391-.391.391
2954        </svg></a></header>
2955      </div>
2956
2957      <div class="container "><div class="scroller">
2958        <div class="scroller__inner">
2959          <div class="product-list product-list--vertical product-list--scrollable ">
2960
2961
2962
2963
2964
2965
2966
2967
2968
2969
2970
2971
2972
2973
2974
2975
2976
2977
2978
2979
2980
2981
2982
2983
2984
2985
2986
2987
2988
2989
2990
2991
2992
2993
2994
2995
2996
2997
2998
2999
3000
3001
3002
3003
3004
3005
3006
3007
3008
3009
3010
3011
3012
3013
3014
3015
3016
3017
3018
3019
3020
3021
3022
3023
3024
3025
3026
3027
3028
3029
3030
3031
3032
3033
3034
3035
```

```
3036
3037
3038
3039
3040
3041
3042
3043
3044
3045
3046
3047
3048
3049
3050
3051
3052
3053
3054
3055
3056
3057
3058
3059
3060
3061
3062
3063
3064
3065
3066
3067
3068
3069
3070
3071
3072
3073
3074
3075
3076
3077
3078
3079
3080
3081
3082
3083 <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><div class="product-item__label-list"><span class="product-label product
3084         <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/IGSize-ONLINE-5lb-MilkChocolate_60x.j
3085           <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
3086         </noscript>
3087       </div>
3088     </a><div class="product-item__info">
3089     <div class="product-item__info-inner">
3090 <a href="/collections/december-sale-2023/products/cacao-coating-melts-5lb-50express" class="product-item__title text--strong link">Cacao Coating Melts
3091             <span class="price price--compare">$36.75</span></div>
3092 </div></div>
3093 </div>
3094
3095
3096
3097
3098
3099
3100
3101
3102
3103
3104
3105
3106
3107
3108
3109
3110
3111
3112
3113
3114
3115
3116
3117
3118
3119
3120
3121
3122
3123
3124
3125
3126
3127
3128
3129
3130
3131
3132
3133
```

```
3134
3135
3136
3137
3138
3139
3140
3141
3142
3143
3144
3145
3146
3147
3148
3149
3150
3151
3152
3153
3154
3155
3156
3157
3158
3159
3160
3161
3162
3163
3164
3165
3166
3167
3168
3169   <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><div class="product-item__label-list"><span class="product-label product
3170        <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/IGSize-ONLINE-GoldFoil_60x.jpg?v=1701
3171          <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
3172        </noscript>
3173      </div>
3174    </a><div class="product-item__info">
3175      <div class="product-item__info-inner">
3176 <a href="/collections/december-sale-2023/products/whalen-cookie-boxes" class="product-item__title text--strong link">Foil Treat Boxes</a><div class="pr
3177              <span class="price price--compare">$21.99</span></div>
3178 </div></div></div>
3179 </div>
3180 </div>
3181
3182
3183
3184
3185
3186
3187
3188
3189
3190
3191
3192
3193
3194
3195
3196
3197
3198
3199
3200
3201
3202
3203
3204
3205
3206
3207
3208
3209
3210
3211
3212
3213
3214
3215
3216
3217
3218
3219
3220
3221
3222
3223
3224
3225
3226
3227
3228
3229
3230
3231
```

```
3232
3233
3234
3235
3236
3237
3238
3239
3240
3241
3242
3243
3244
3245
3246
3247
3248
3249
3250
3251
3252
3253
3254
3255
3256
3257
3258
3259
3260
3261
3262
3263
3264
3265
3266
3267
3268
3269
3270
3271
3272
3273
3274
3275
3276
3277
3278
3279
3280
3281
3282
3283
3284
3285  <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><div class="product-item__label-list"><span class="product-label produc
3286      <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/IGSize-ONLINE-RegularButtercream_60x.
3287        <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
3288      </noscript>
3289    </div>
3290  </a><div class="product-item__info">
3291    <div class="product-item__info-inner">
3292 <a href="/collections/december-sale-2023/products/regular-white-buttercream-5lbs" class="product-item__title text--strong link">Regular White Buttercr
3293        <span class="price price--compare">$18.19</span></div>
3294 </div></div>
3295 </div>
3296
3297
3298
3299
3300
3301
3302
3303
3304
3305
3306
3307
3308
3309
3310
3311
3312
3313
3314
3315
3316
3317
3318
3319
3320
3321
3322
3323
3324
3325
3326
3327
3328
3329
```

3428
3429
3430
3431
3432
3433
3434
3435
3436
3437
3438
3439
3440
3441
3442
3443
3444
3445
3446
3447
3448
3449
3450
3451
3452
3453
3454
3455
3456
3457
3458
3459
3460
3461
3462
3463
3464
3465
3466
3467
3468
3469
3470
3471
3472
3473
3474
3475
3476
3477
3478
3479
3480
3481
3482
3483
3484
3485
3486
3487
3488
3489
3490
3491
3492
3493
3494
3495
3496
3497
3498
3499
3500
3501
3502
3503
3504
3505
3506
3507
3508
3509
3510
3511
3512
3513
3514
3515
3516
3517
3518
3519
3520
3521
3522
3523
3524
3525

```
3722
3723
3724
3725
3726
3727
3728
3729
3730
3731
3732
3733
3734
3735
3736
3737
3738
3739
3740
3741
3742
3743
3744
3745
3746
3747
3748
3749
3750
3751
3752
3753
3754
3755
3756
3757
3758
3759
3760
3761
3762
3763
3764
3765
3766
3767
3768
3769
3770
3771
3772
3773
3774
3775
3776
3777
3778
3779
3780
3781  <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><div class="product-item__label-list"><span class="product-label product
3782       <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/IGSize-ONLINE-TiplessBags_60x.jpg?v=17
3783         <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
3784         </noscript>
3785      </div>
3786    </a><div class="product-item__info">
3787    <div class="product-item__info-inner">
3788  <a href="/collections/december-sale-2023/products/tipless-pastry-bag-kit" class="product-item__title text--strong link">Tipless/Seamless Pastry Bag 14'
3789                 <span class="price price--compare">$10.39</span></div>
3790  </div></div>
3791  </div>
3792
3793
3794
3795
3796
3797
3798
3799
3800
3801
3802
3803
3804
3805
3806
3807
3808
3809
3810
3811
3812
3813
3814
3815
3816
3817
3818
3819
```

```
3918
3919
3920
3921
3922
3923
3924
3925
3926
3927
3928
3929
3930
3931
3932
3933
3934
3935
3936
3937
3938
3939
3940
3941
3942
3943
3944
3945
3946
3947
3948
3949
3950
3951    <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><a href="/collections/december-sale-2023/products/galaxy-dust-50express
3952        <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/IGSize-ONLINE-GalaxyDust_60x.jpg?v=17
3953            <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
3954        </noscript>
3955      </div>
3956    </a><div class="product-item__info">
3957      <div class="product-item__info-inner">
3958  <a href="/collections/december-sale-2023/products/galaxy-dust-50express%C2%AE" class="product-item__title text--strong link">Galaxy Dust 50Express®</a
3959  </div></div>
3960  </div>
3961
3962
3963
3964
3965
3966
3967
3968
3969
3970
3971
3972
3973
3974
3975
3976
3977
3978
3979
3980
3981
3982
3983
3984
3985
3986
3987
3988
3989
3990
3991
3992
3993
3994
3995
3996
3997
3998
3999
4000
4001
4002    <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><div class="product-item__label-list"><span class="product-label product
4003        <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/IGSize-ONLINE-MirrorGlaze_60x.jpg?v=17
4004            <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
4005        </noscript>
4006      </div>
4007    </a><div class="product-item__info">
4008      <div class="product-item__info-inner">
4009  <a href="/collections/december-sale-2023/products/mirror-glaze" class="product-item__title text--strong link">50Express® Mirror Glaze</a><div class="pr
4010              <span class="price price--compare">$12.99</span></div>
4011  </div></div>
4012  </div>
4013
4014
4015
```

```
4016
4017
4018
4019
4020
4021
4022
4023
4024
4025
4026
4027
4028
4029
4030
4031
4032
4033
4034
4035
4036
4037
4038
4039
4040
4041
4042
4043
4044
4045
4046
4047
4048
4049
4050
4051
4052
4053
4054
4055
4056
4057
4058
4059
4060
4061
4062
4063
4064  <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><div class="product-item__label-list"><span class="product-label produc
4065          <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/IGSize-ONLINE-MiniCOntainers_60x.jpg?v
4066          <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
4067          </noscript>
4068        </div>
4069      </a><div class="product-item__info">
4070        <div class="product-item__info-inner">
4071  <a href="/collections/december-sale-2023/products/lindar-6-mini-cupcake-container-5ct" class="product-item__title text--strong link">6ct Cupcake Contai
4072                  <span class="price price--compare">$8.99</span></div>
4073  </div></div></div>
4074  </div>
4075
4076
4077
4078
4079
4080
4081
4082
4083
4084
4085
4086
4087
4088
4089
4090
4091
4092
4093
4094
4095
4096
4097
4098
4099
4100
4101
4102  <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><div class="product-item__label-list"><span class="product-label produc
4103          <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/IGSize-ONLINE-Confetti_60x.jpg?v=1701
4104          <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
4105          </noscript>
4106        </div>
4107      </a><div class="product-item__info">
4108        <div class="product-item__info-inner">
4109  <a href="/collections/december-sale-2023/products/gender-reveal-confetti-popper" class="product-item__title text--strong link">GENDER REVEAL CONFETTI P
4110                  <span class="price price--compare">$5.09</span></div>
4111  </div></div></div>
4112  </div></div></div>
4113              </div>
```

```
4114        </div></div><div id="modal-quick-view-1641068839e66546c1" class="modal" aria-hidden="true">
4115        <div class="modal__dialog modal__dialog--stretch" role="dialog">
4116          <button class="modal__close link" data-action="close-modal"><svg class="icon icon--close" viewBox="0 0 19 19" role="presentation">
4117            <path d="M9.1923882 8.3933982817.7781745-7.7781746 1.4142136 1.41421357-7.7781746 7.7781746L16.9705627 19l-7.7781745-7.7781...
4118          </svg></button>
4120          <div class="modal__loader"><svg class="icon icon--search-loader" viewBox="0 0 64 64" role="presentation">
4121            <path opacity=".4" d="M23.8589104 1.05290547C40.92335108-3.43614731 58.45816642 6.79494359 62.94709453 23.8589104c4.48905278 17.06444068-5.741564...
4122            <path d="M1.05290547 40.141089615.80258022-1.5264543c3.64731754 13.8647142 17.89443541 22.17719655 31.75914961 18.52987911.5264543 5.80258023C23....
4123          </svg></div>
4125          <div class="modal__inner"></div>
4126        </div>
4427      </div>
4128  </section>

4130  </div><div id="shopify-section-collection-list" class="shopify-section"><section class="section" data-section-id="collection-list" data-section-type="c
4431    <div class="container"><header class="section__header">
4432      <h2 class="section__title heading h3">Seasonal Collections</h2><a href="/pages/seasonal-collection" class="section__action-link link">View all
4433        <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391.391...
4434      </svg></a></header><div class="scroller">
4435        <div class="scroller__inner">
4436          <div class="collection-list"><a href="/collections/christmas-cupcake-wreath" class="collection-item" data-collection-index="0"><div class="co
4437            <img class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_2-04A37F23-93F2-4002-AD78-22A4040EBDF8_{w
4439            <noscript>
4440              <img src="//bakersexpress.com/cdn/shop/collections/Media_2-04A37F23-93F2-4002-AD78-22A4040EBDF8_450x.jpg?v=1700166044" alt="Christmas
4441            </noscript>
4442          </div>
4443        </div><span class="collection-item__title text--strong">Christmas Cupcake Wreath <svg class="icon icon--tail-right" viewBox="0 0 24 24" rol
4444          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391.391
4445        </svg></span></a><a href="/collections/grinch-chocolate-covered-pretzels" class="collection-item" data-collection-index="1"><div class="collectio
4446            <img class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_1-F58BB53E-DC1C-427D-B657-8330524F0E98_{w
4448            <noscript>
4449              <img src="//bakersexpress.com/cdn/shop/collections/Media_1-F58BB53E-DC1C-427D-B657-8330524F0E98_450x.jpg?v=1700166358" alt="Grinch Ch
4450            </noscript>
4451          </div>
4452        </div><span class="collection-item__title text--strong">Grinch Chocolate Covered Pretzels <svg class="icon icon--tail-right" viewBox="0 0 2
4453          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391.391
4454        </svg></span></a><a href="/collections/grinch-tree-cake-pops" class="collection-item" data-collection-index="2"><div class="collection-item__image
4455            <img class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_2-DF44D1F1-B1B1-4FD8-AE9D-60EC86E20765_{w
4457            <noscript>
4458              <img src="//bakersexpress.com/cdn/shop/collections/Media_2-DF44D1F1-B1B1-4FD8-AE9D-60EC86E20765_450x.jpg?v=1700166563" alt="Grinch Tr
4459            </noscript>
4460          </div>
4461        </div><span class="collection-item__title text--strong">Grinch Tree Cake Pops <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="
4462          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391.391
4463        </svg></span></a><a href="/collections/ornament-chocolate-covered-oreos-pops" class="collection-item" data-collection-index="3"><div class="colled
4464            <img class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_2-57726373-D252-4303-8C65-504AC3DEC6CC_{w
4466            <noscript>
4467              <img src="//bakersexpress.com/cdn/shop/collections/Media_2-57726373-D252-4303-8C65-504AC3DEC6CC_450x.jpg?v=1700166761" alt="Ornament
4468            </noscript>
4469          </div>
4470        </div><span class="collection-item__title text--strong">Ornament Chocolate Covered Oreos Pops <svg class="icon icon--tail-right" viewBox="0
4471          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391.391
4472        </svg></span></a><a href="/collections/reindeer-rice-krispies" class="collection-item" data-collection-index="4"><div class="collection-item__imag
4473            <img class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_1-721CD3A4-58FE-4DE2-8F7B-F89B1B54B998_{w
4475            <noscript>
4476              <img src="//bakersexpress.com/cdn/shop/collections/Media_1-721CD3A4-58FE-4DE2-8F7B-F89B1B54B998_450x.jpg?v=1700167335" alt="Reindeer
4477            </noscript>
4478          </div>
4479        </div><span class="collection-item__title text--strong">Reindeer Rice Krispies <svg class="icon icon--tail-right" viewBox="0 0 24 24" role
4480          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391.391
4481        </svg></span></a><a href="/collections/wreath-reindeer-royal-icing-cookies" class="collection-item" data-collection-index="5"><div class="collecti
4482            <img class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_2-4200B2B6-2A02-4518-BDF9-048A9FE5C180_{w
4484            <noscript>
4485              <img src="//bakersexpress.com/cdn/shop/collections/Media_2-4200B2B6-2A02-4518-BDF9-048A9FE5C180_450x.jpg?v=1700168114" alt="Wreath &a
4486            </noscript>
4487          </div>
4488        </div><span class="collection-item__title text--strong">Wreath & Reindeer Royal Icing Cookies <svg class="icon icon--tail-right" viewBox="0
4489          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391.391
4490        </svg></span></a><a href="/collections/christmas-buttercream-sugar-cookies" class="collection-item" data-collection-index="6"><div class="collecti
4491            <img class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_3-15E324B0-EFAB-4449-8B8A-4C19561A1AFE_{w
4493            <noscript>
4494              <img src="//bakersexpress.com/cdn/shop/collections/Media_3-15E324B0-EFAB-4449-8B8A-4C19561A1AFE_450x.jpg?v=1693337972" alt="Christmas
4495            </noscript>
4496          </div>
4497        </div><span class="collection-item__title text--strong">Christmas Buttercream Sugar Cookies <svg class="icon icon--tail-right" viewBox="0 0
4498          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391.391
4499        </svg></span></a><a href="/collections/pumpkin-cake-pops" class="collection-item" data-collection-index="7"><div class="collection-item__image-wra
4200            <img class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_2-78DD7210-85DF-42E6-8089-5D8C509707E9_{w
4202            <noscript>
4204              <img src="//bakersexpress.com/cdn/shop/collections/Media_2-78DD7210-85DF-42E6-8089-5D8C509707E9_450x.jpg?v=1696520932" alt="Pumpkin C
4206            </noscript>
4206          </div>
4207        </div><span class="collection-item__title text--strong">Pumpkin Cake Pops <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="pres
4207          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391.391
4208        </svg></span></a><a href="/collections/thanksgiving-oreo-pops" class="collection-item" data-collection-index="8"><div class="collection-item__imag
4209            <img class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_2-90409E45-1488-4355-9D66-F3BA54BCEB76_{w
4210
4211
```

```
4212                <img src="//bakersexpress.com/cdn/shop/collections/Media_2-90409E45-1488-4355-9D66-F3BA54BCBE76_450x.jpg?v=1696520869" alt="Thanksgiv
4213            </noscript>
4214        </div>
4215        </div><span class="collection-item__title text--strong">Thanksgiving Oreo Pops <svg class="icon icon--tail-right" viewBox="0 0 24 24" role=
4216        <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391
4217    </svg></span></a><a href="/collections/mini-pumpkin-cakes" class="collection-item" data-collection-index="9" ><div class="collection-item__image-wr
4218                <img src="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/image_44_{width}x.png?v=1696528349" data-widths
4219
4220            <noscript>
4221                <img src="//bakersexpress.com/cdn/shop/collections/image_44_450x.png?v=1696528349" alt="Mini Pumpkin Cakes">
4222            </noscript>
4223        </div>
4224        </div><span class="collection-item__title text--strong">Mini Pumpkin Cakes <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="pr
4225        <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391
4226    </svg></span></a><a href="/collections/mini-no-bake-pumpkin-cheesecake" class="collection-item" data-collection-index="10" ><div class="collection
4227                <img src="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_3-CAC7E10F-A0B3-4F20-8C69-61BA8593BF2E_{w
4228
4229            <noscript>
4230                <img src="//bakersexpress.com/cdn/shop/collections/Media_3-CAC7E10F-A0B3-4F20-8C69-61BA8593BF2E_450x.jpg?v=1697482855" alt="Mini No-B
4231            </noscript>
4232        </div>
4233        </div><span class="collection-item__title text--strong">Mini No-Bake Pumpkin Cheesecake <svg class="icon icon--tail-right" viewBox="0 0 24
4234        <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391
4235    </svg></span></a><a href="/collections/fall-themed-chocolate-caramel-pretzels" class="collection-item" data-collection-index="11" ><div class="col
4236                <img src="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_2-1F43922A-3D45-4F0B-B60F-D2A603AB3777_{w
4237
4238            <noscript>
4239                <img src="//bakersexpress.com/cdn/shop/collections/Media_2-1F43922A-3D45-4F0B-B60F-D2A603AB3777_450x.jpg?v=1697478866" alt="Fall Them
4240            </noscript>
4241        </div>
4242        </div><span class="collection-item__title text--strong">Fall Themed Chocolate Caramel Pretzels <svg class="icon icon--tail-right" viewBox="
4243        <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391
4244    </svg></span></a><a href="/collections/mini-tres-leches-pumpkin-cake" class="collection-item" data-collection-index="12" ><div class="collection-it
4245                <img src="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_1-E0C1FB70-AF93-433E-855F-882BDEE1AD49_{w
4246
4247            <noscript>
4248                <img src="//bakersexpress.com/cdn/shop/collections/Media_1-E0C1FB70-AF93-433E-855F-882BDEE1AD49_450x.jpg?v=1698083921" alt="Mini Tres
4249            </noscript>
4250        </div>
4251        </div><span class="collection-item__title text--strong">Mini Tres Leches Pumpkin Cake <svg class="icon icon--tail-right" viewBox="0 0 24 24
4252        <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391
4253    </svg></span></a><a href="/collections/grinch-cupcake-cake" class="collection-item" data-collection-index="13" ><div class="collection-item__image-
4254                <img src="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/image_48_{width}x.png?v=1698082966" data-widths
4255
4256            <noscript>
4257                <img src="//bakersexpress.com/cdn/shop/collections/image_48_450x.png?v=1698082966" alt="Grinch Cupcake Cake">
4258            </noscript>
4259        </div>
4260        </div><span class="collection-item__title text--strong">Grinch Cupcake Cake <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="pr
4261        <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391
4262    </svg></span></a><a href="/collections/grinch-cake-pops" class="collection-item" data-collection-index="14" ><div class="collection-item__image-wra
4263                <img src="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_3-898EB553-B5F4-47A8-8A1C-DF43C3FF8C8F_{w
4264
4265            <noscript>
4266                <img src="//bakersexpress.com/cdn/shop/collections/Media_3-898EB553-B5F4-47A8-8A1C-DF43C3FF8C8F_450x.jpg?v=1698359626" alt="Grinch Ca
4267            </noscript>
4268        </div>
4269        </div><span class="collection-item__title text--strong">Grinch Cake Pops <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="prese
4270        <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391
4271    </svg></span></a><a href="/collections/christmas-cupcake-wreath" class="collection-item" data-collection-index="15" ><div class="collection-item__i
4272                <img src="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_2-04A37F23-93F2-4002-AD78-22A4040EBDF8_{w
4273
4274            <noscript>
4275                <img src="//bakersexpress.com/cdn/shop/collections/Media_2-04A37F23-93F2-4002-AD78-22A4040EBDF8_450x.jpg?v=1700166044" alt="Christmas
4276            </noscript>
4277        </div>
4278        </div><span class="collection-item__title text--strong">Christmas Cupcake Wreath <svg class="icon icon--tail-right" viewBox="0 0 24 24" rol
4279        <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391
4280    </svg></span></a><a href="/collections/grinch-chocolate-covered-pretzels" class="collection-item" data-collection-index="16" ><div class="collection
4281                <img src="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_1-F58BB53E-DC1C-427D-B657-8330524F0E98_{w
4282
4283            <noscript>
4284                <img src="//bakersexpress.com/cdn/shop/collections/Media_1-F58BB53E-DC1C-427D-B657-8330524F0E98_450x.jpg?v=1700166358" alt="Grinch Ch
4285            </noscript>
4286        </div>
4287        </div><span class="collection-item__title text--strong">Grinch Chocolate Covered Pretzels <svg class="icon icon--tail-right" viewBox="0 0 2
4288        <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391
4289    </svg></span></a><a href="/collections/grinch-tree-cake-pops" class="collection-item" data-collection-index="17" ><div class="collection-item__imap
4290                <img src="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_2-DF44D1F1-B1B1-4FD8-AE9D-60EC86E20765_{v
4291
4292            <noscript>
4293                <img src="//bakersexpress.com/cdn/shop/collections/Media_2-DF44D1F1-B1B1-4FD8-AE9D-60EC86E20765_450x.jpg?v=1700166563" alt="Grinch Tr
4294            </noscript>
4295        </div>
4296        </div><span class="collection-item__title text--strong">Grinch Tree Cake Pops <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="
4297        <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391
4298    </svg></span></a><a href="/collections/ornament-chocolate-covered-oreos-pops" class="collection-item" data-collection-index="18" ><div class="colle
4299                <img src="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_2-57726373-0252-4303-8C65-504AC3DEC6CC_{v
4300
4301            <noscript>
4302                <img src="//bakersexpress.com/cdn/shop/collections/Media_2-57726373-0252-4303-8C65-504AC3DEC6CC_450x.jpg?v=1700166761" alt="Ornament
4303            </noscript>
4304        </div>
4305        </div><span class="collection-item__title text--strong">Ornament Chocolate Covered Oreos Pops <svg class="icon icon--tail-right" viewBox="0
4306        <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391
4307    </svg></span></a><a href="/collections/christmas-cakesicles-1" class="collection-item" data-collection-index="19" ><div class="collection-item__imac
4308                <img src="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_1-E0272414-DAEC-4CDC-89B1-C71471DDA706_{v
4309
```

```
4310
4311                    <noscript>
4312                        <img src="//bakersexpress.com/cdn/shop/collections/Media_1-E0272414-DAEC-4CDC-89B1-C71471DDA706_450x.jpg?v=1700255315" alt="Christmas
4313                    </noscript>
4314                </div>
4315            </div><span class="collection-item__title text--strong">Christmas Cakesicles <svg class="icon icon--tail-right" viewBox="0 0 24 24" role=
4316            <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391.391
4317        </svg></span></a></a href="/collections/reindeer-rice-krispies" class="collection-item" data-collection-index="20" ><div class="collection-item__ima
4318                    <img class="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_1-721CD3A4-58FE-4DE2-8F7B-F89B1B54B998_{w
4319
4320                    <noscript>
4321                        <img src="//bakersexpress.com/cdn/shop/collections/Media_1-721CD3A4-58FE-4DE2-8F7B-F89B1B54B998_450x.jpg?v=1700167335" alt="Reindeer
4322                    </noscript>
4323                </div>
4324            </div><span class="collection-item__title text--strong">Reindeer Rice Krispies <svg class="icon icon--tail-right" viewBox="0 0 24 24" role=
4325            <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391.391
4326        </svg></span></a><a href="/collections/mickey-minnie-cakesicles" class="collection-item" data-collection-index="21" ><div class="collection-item__i
4327                    <img class="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_1-4985B84E-CF3D-464B-9936-5703FBFCAD61_{w
4328
4329                    <noscript>
4330                        <img src="//bakersexpress.com/cdn/shop/collections/Media_1-4985B84E-CF3D-464B-9936-5703FBFCAD61_450x.jpg?v=1700167121" alt="Mickey &a
4331                    </noscript>
4332                </div>
4333            </div><span class="collection-item__title text--strong">Mickey & Minnie Cakesicles <svg class="icon icon--tail-right" viewBox="0 0 24 24" r
4334            <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391.391
4335        </svg></span></a><a href="/collections/christmas-sugar-cookies" class="collection-item" data-collection-index="22" ><div class="collection-item__ima
4336                    <img class="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_2-D08EE366-CF94-44F8-A7B1-70ECFFC2AF70_{w
4337
4338                    <noscript>
4339                        <img src="//bakersexpress.com/cdn/shop/collections/Media_2-D08EE366-CF94-44F8-A7B1-70ECFFC2AF70_450x.jpg?v=1700179404" alt="Christmas
4340                    </noscript>
4341                </div>
4342            </div><span class="collection-item__title text--strong">Christmas Sugar Cookies <svg class="icon icon--tail-right" viewBox="0 0 24 24" role
4343            <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391.391
4344        </svg></span></a><a href="/collections/snowflake-cocoa-bombs" class="collection-item" data-collection-index="23" ><div class="collection-item__imag
4345                    <img class="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_1-9A3089A6-8D94-4768-88B1-058E00D9D628_{w
4346
4347                    <noscript>
4348                        <img src="//bakersexpress.com/cdn/shop/collections/Media_1-9A3089A6-8D94-4768-88B1-058E00D9D628_450x.jpg?v=1700254811" alt="Snowflake
4349                    </noscript>
4350                </div>
4351            </div><span class="collection-item__title text--strong">Snowflake Cocoa Bombs <svg class="icon icon--tail-right" viewBox="0 0 24 24" role=
4352            <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391.391
4353        </svg></span></a><a href="/collections/christmas-cake-pops-1" class="collection-item" data-collection-index="24" ><div class="collection-item__imag
4354                    <img class="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_1-534E2851-4C14-4E01-9D80-E0D1180B211D_{w
4355
4356                    <noscript>
4357                        <img src="//bakersexpress.com/cdn/shop/collections/Media_1-534E2851-4C14-4E01-9D80-E0D1180B211D_450x.jpg?v=1700333743" alt="Christmas
4358                    </noscript>
4359                </div>
4360            </div><span class="collection-item__title text--strong">Christmas Cake Pops <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="pr
4361            <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391.391
4362        </svg></span></a></div>
4363            </div>
4364        </div>
4365    </section>
4366
4367 </div><div id="shopify-section-db02e152-8ea1-43d6-83c6-fca2d6b172da" class="shopify-section"><section class="section" data-section-id="db02e152-8ea1-43
4368    "stackable": false,
4369    "layout": "vertical"
4370 }'><div class="container">
4371    <header class="section__header">
4372        <div class="section__header-stack">
4373            <h2 class="section__title heading h3">Monday Demos</h2>
4374        </div><a href="/collections/monday-demo" class="section__action-link link">View all <svg class="icon icon--tail-right" viewBox="0 0 24 24" role=
4375            <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391.391
4376        </svg></a></header>
4377    </div>
4378
4379    <div class="container "><div class="scroller">
4380        <div class="scroller__inner">
4381            <div class="product-list product-list--vertical product-list--scrollable ">
4382
4383
4384
4385
4386
4387
4388
4389
4390
4391
4392
4393
4394
4395
4396
4397
4398
4399
4400
4401
4402
4403
4404
4405
4406
4407
```

```
4408
4409   <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><a href="/collections/monday-demo/products/wreath-reindeer-royal-icing-c
4410      <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Monday-12-4-Productcopy_60x.jpg?v=1698
4411      <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
4412      </noscript>
4413      </div>
4414   </a><div class="product-item__info">
4415      <div class="product-item__info-inner">
4416   <a href="/collections/monday-demo/products/wreath-reindeer-royal-icing-cookies-demo-12-4-23-5pm" class="product-item__title text--strong link">Wreath &
4417   </div></div>
4418   </div>
4419
4420
4421
4422
4423
4424
4425
4426
4427
4428
4429
4430
4431
4432
4433
4434
4435
4436
4437
4438
4439
4440
4441
4442
4443
4444
4445
4446   <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><a href="/collections/monday-demo/products/dec-18th-new-years-treat-box"
4447      <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/Monday-12-18-Productcopy_60x.jpg?v=169
4448      <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
4449      </noscript>
4450      </div>
4451   </a><div class="product-item__info">
4452      <div class="product-item__info-inner">
4453   <a href="/collections/monday-demo/products/dec-18th-new-years-treat-box" class="product-item__title text--strong link">New Year's Treat Box Demo- 12.18
4454   </div></div>
4455   </div></div>
4456      </div>
4457   </div></div><div id="modal-quick-view-db02e152-8ea1-43d6-83c6-fca2d6b172da" class="modal" aria-hidden="true">
4458      <div class="modal__dialog modal__dialog--stretch" role="dialog">
4459      <button class="modal__close link" data-action="close-modal"><svg class="icon icon--close" viewBox="0 0 19 19" role="presentation">
4460      <path d="M9.1923882 8.3933982817.7781745-7.7781746 1.4142136 1.41421357-7.7781746 7.7781459 7.7781746 7.7781456L16.9705627 191-7.7781745-7.7781
4461      </svg></button>
4462
4463      <div class="modal__loader"><svg class="icon icon--search-loader" viewBox="0 0 64 64" role="presentation">
4464      <path opacity=".4" d="M23.8589104 1.05290547C40.92335108-3.43614731 58.45816642 6.79494359 62.94709453 23.8589104c4.48905278 17.06444068-5.741564
4465      <path d="M1.05290547 40.14108961S.80258022-1.5264543c3.64731754 13.8647142 17.89443541 22.17719655 31.75914961 18.52987911.5264543 5.80258023C23.
4466      </svg>
4467
4468      <div class="modal__inner"></div>
4469      </div>
4470   </div>
4471   </section>
4472
4473   </div><div id="shopify-section-165756816728cf641c" class="shopify-section"><section class="section" data-section-id="165756816728cf641c" data-section-t
4474      "stackable": false,
4475      "layout": "vertical"
4476   }'><div class="container">
4477      <header class="section__header">
4478      <div class="section__header-stack">
4479      <h2 class="section__title heading h3">Just Added</h2>
4480      </div><a href="/collections/just-added" class="section__action-link link">View all <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="p
4481      <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 5l6 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.414l7.707-7.707c.391-.391.391
4482      </svg></a></header>
4483   </div>
4484
4485   <div class="container "><div class="scroller">
4486      <div class="scroller__inner">
4487      <div class="product-list product-list--vertical product-list--scrollable ">
4488
4489
4490
4491
4492
4493
4494
4495
4496
4497
4498
4499
4500
4501
4502
4503
4504
4505
```

```
4506
4507
4508
4509
4510
4511
4512
4513
4514
4515
4516
4517
4518
4519
4520
4521
4522
4523
4524
4525
4526
4527
4528
4529    <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><a href="/collections/just-added/products/lavander-2024-new-year-themed-
4530        <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/BE-2inStickers-NewYears-Lavander2024_6
4531            <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
4532        </noscript>
4533      </div>
4534    </a><div class="product-item__info">
4535      <div class="product-item__info-inner">
4536  <a href="/collections/just-added/products/lavander-2024-new-year-themed-round-digital-2-colored-stickers-5-sheets" class="product-item__title text--str
4537  </div></div>
4538  </div>
4539
4540
4541
4542
4543
4544
4545
4546
4547
4548
4549
4550
4551
4552
4553
4554
4555
4556
4557
4558
4559
4560
4561
4562
4563
4564
4565
4566
4567
4568
4569
4570
4571
4572
4573
4574
4575
4576
4577
4578
4579
4580    <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><a href="/collections/just-added/products/gold-2024-new-year-themed-roun
4581        <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/BE-2inStickers-NewYears-Gold2024_60x."
4582            <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
4583        </noscript>
4584      </div>
4585    </a><div class="product-item__info">
4586      <div class="product-item__info-inner">
4587  <a href="/collections/just-added/products/gold-2024-new-year-themed-round-digital-2-colored-stickers-5-sheets" class="product-item__title text--strong
4588  </div></div>
4589  </div>
4590
4591
4592
4593
4594
4595
4596
4597
4598
4599
4600
4601
4602
4603
```

```
4604
4605
4606
4607
4608
4609
4610
4611
4612
4613
4614
4615
4616
4617
4618
4619
4620
4621
4622
4623
4624
4625
4626
4627
4628
4629
4630
4631  <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><a href="/collections/just-added/products/colorful-2024-new-year-themed-
4632      <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/BE-2inStickers-NewYears-colorful2024_6
4633          <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
4634        </noscript>
4635      </div>
4636    </a><div class="product-item__info">
4637      <div class="product-item__info-inner">
4638  <a href="/collections/just-added/products/colorful-2024-new-year-themed-round-digital-2-colored-stickers-5-sheets" class="product-item__title text--str
4639  </div></div>
4640  </div>
4641
4642
4643
4644
4645
4646
4647
4648
4649
4650
4651
4652
4653
4654
4655
4656
4657
4658
4659
4660
4661
4662
4663
4664
4665
4666
4667
4668
4669
4670
4671
4672
4673
4674
4675
4676
4677
4678
4679
4680
4681
4682  <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><a href="/collections/just-added/products/black-and-pink-happy-new-year-
4683      <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/BE-2inStickers-NewYears-BlackPink_60x.
4684          <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
4685        </noscript>
4686      </div>
4687    </a><div class="product-item__info">
4688      <div class="product-item__info-inner">
4689  <a href="/collections/just-added/products/black-and-pink-happy-new-year-themed-round-digital-2-colored-stickers-5-sheets" class="product-item__title te
4690  </div></div>
4691  </div>
4692
4693
4694
4695
4696
4697
4698
4699
4700
4701
```

```
4702
4703
4704
4705
4706
4707
4708
4709
4710
4711
4712
4713
4714
4715
4716
4717
4718
4719
4720
4721
4722
4723
4724
4725
4726
4727
4728
4729
4730
4731
4732
4733   <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><a href="/collections/just-added/products/happy-new-year-themed-round-di
4734       <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/BE-2inStickers-NewYears-HappyNewYears-
4735       <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
4736     </div>
4737   </noscript>
4738   </a><div class="product-item__info">
4739     <div class="product-item__info-inner">
4740 <a href="/collections/just-added/products/happy-new-year-themed-round-digital-2-colored-stickers-5-sheets" class="product-item__title text--strong link
4741 </div></div>
4742 </div>
4743
4744
4745
4746
4747
4748
4749
4750
4751
4752
4753
4754
4755
4756
4757
4758
4759
4760
4761
4762
4763
4764
4765
4766
4767
4768
4769
4770
4771
4772
4773
4774
4775
4776
4777
4778
4779
4780
4781
4782
4783
4784   <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><a href="/collections/just-added/products/merry-christmas-candy-cane-the
4785       <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/BE-2inStickers-Christmas-MerryChristm
4786       <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
4787     </div>
4788   </noscript>
4789   </a><div class="product-item__info">
4790     <div class="product-item__info-inner">
4791 <a href="/collections/just-added/products/merry-christmas-candy-cane-themed-round-digital-2-colored-stickers-5-sheets" class="product-item__title text-
4792 </div></div>
4793 </div>
4794
4795
4796
4797
4798
4799
```

```
4800
4801
4802
...
4834
4835    <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><a href="/collections/just-added/products/merry-merry-merry-christmas-th
4836        <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/BE-2inStickers-Christmas-MerryMerryChr
4837        <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771826e743c244f437e4f8ba93bbf7b11b53f7824c_
4838        </noscript>
4839      </div>
4840      </a><div class="product-item__info">
4841        <div class="product-item__info-inner">
4842    <a href="/collections/just-added/products/merry-merry-merry-christmas-themed-round-digital-2-colored-stickers-5-sheets" class="product-item__title text
4843    </div></div></div>
4844    </div>
4845
4846
...
4885
4886    <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><a href="/collections/just-added/products/santa-is-coming-to-town-themed
4887        <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/BE-2inStickers-Christmas-SantasComingT
4888        <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771826e743c244f437e4f8ba93bbf7b11b53f7824c_
4889        </noscript>
4890      </div>
4891      </a><div class="product-item__info">
4892        <div class="product-item__info-inner">
4893    <a href="/collections/just-added/products/santa-is-coming-to-town-themed-round-digital-2-colored-stickers-5-sheets" class="product-item__title text--st
4894    </div></div></div>
4895    </div>
4896
4897
```

```
4898
4899
4900
4901
4902
4903
4904
4905
4906
4907
4908
4909
4910
4911
4912
4913
4914
4915
4916
4917
4918
4919
4920
4921
4922
4923
4924
4925
4926
4927
4928
4929
4930
4931
4932
4933
4934
4935
4936
4937  <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><a href="/collections/just-added/products/happy-holidays-themed-round-di
4938        <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/BE-2inStickers-Christmas-BlueHappyHoli
4939          <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
4940        </noscript>
4941      </div>
4942    </a><div class="product-item__info">
4943      <div class="product-item__info-inner">
4944  <a href="/collections/just-added/products/happy-holidays-themed-round-digital-2-colored-stickers-5-sheets" class="product-item__title text--strong link
4945  </div></div>
4946  </div>
4947
4948
4949
4950
4951
4952
4953
4954
4955
4956
4957
4958
4959
4960
4961
4962
4963
4964
4965
4966
4967
4968
4969
4970
4971
4972
4973
4974
4975
4976
4977
4978
4979
4980
4981
4982
4983
4984
4985
4986
4987
4988  <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><a href="/collections/just-added/products/happy-holidays-merry-christmas
4989        <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/BE-2inStickers-Christmas-WhiteHappyHol
4990          <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
4991        </noscript>
4992      </div>
4993    </a><div class="product-item__info">
4994      <div class="product-item__info-inner">
4995  <a href="/collections/just-added/products/happy-holidays-merry-christmas-themed-round-digital-2-colored-stickers-5-sheets" class="product-item__title t
```

```
4996    </div></div>
4997    </div>
4998
4999
5000
5001
5002
5003
5004
5005
5006
5007
5008
5009
5010
5011
5012
5013
5014
5015
5016
5017
5018
5019
5020
5021
5022
5023
5024
5025
5026
5027
5028
5029
5030
5031
5032
5033
5034
5035
5036
5037
5038
5039    <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><a href="/collections/just-added/products/joy-to-the-workd-christmas-the
5040        <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/BE-2inStickers-Christmas-BlueSanta_60x
5041        <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
5042    </noscript>
5043    </div>
5044    </a><div class="product-item__info">
5045        <div class="product-item__info-inner">
5046    <a href="/collections/just-added/products/joy-to-the-workd-christmas-themed-round-digital-2-colored-stickers-5-sheets" class="product-item__title text-
5047    </div></div>
5048    </div>
5049
5050
5051
5052
5053
5054
5055
5056
5057
5058
5059
5060
5061
5062
5063
5064
5065
5066
5067
5068
5069
5070
5071
5072
5073
5074
5075
5076
5077
5078
5079
5080
5081
5082    <div class="product-item product-item--vertical  1/4--lap 1/5--desk 1/6--wide"><a href="/collections/just-added/products/mickey-gingerbread-face" clas
5083        <img class="product-item__primary-image lazyload image--blur-up" src="//bakersexpress.com/cdn/shop/files/BE-SiliconeMold-MickeyMouse-copy_60x.
5084        <img src="//bakersexpress.com/cdn/shopifycloud/shopify/assets/no-image-2048-5e88c1b20e087fb7bbe9a3771824e743c244f437e4f8ba93bbf7b11b53f7824c_
5085    </noscript>
5086    </div>
5087    </a><div class="product-item__info">
5088        <div class="product-item__info-inner">
5089    <a href="/collections/just-added/products/mickey-gingerbread-face" class="product-item__title text--strong link">Mickey Gingerbread Face</a><div class=
5090    </div></div>
5091    </div>
5092        </div>
5093        </div></div><div id="modal-quick-view-165756816728cf641c" class="modal" aria-hidden="true">
```

```
5094        <div class="modal__dialog modal__dialog--stretch" role="dialog">
5095          <button class="modal__close link" data-action="close-modal"><svg class="icon icon--close" viewBox="0 0 19 19" role="presentation">
5096            <path d="M9.1923882 8.3933982817.7781745-7.7781746 1.4142136 1.41421357-7.7781746 7.7781746 7.7781746L16.9705627 191-7.7781745-7.77
5097        </svg></button>
5098
5099          <div class="modal__loader"><svg class="icon icon--search-loader" viewBox="0 0 64 64" role="presentation">
5100            <path opacity=".4" d="M23.8589104 1.05290547C40.92335108-3.43614731 58.45816642 6.79494359 62.94709453 23.8589104c4.48905278 17.06444068-5.741564
5101            <path d="M1.05290547 40.141089615.80258022-1.5264543c3.64731754 13.8647142 17.89443541 22.17719655 31.75914961 18.52987911.5264543 5.80258023C23.
5102        </svg></div>
5103
5104        <div class="modal__inner"></div>
5105      </div>
5106    </div>
5107  </section>
5108
5109  </div><div id="shopify-section-166197028376795ee7" class="shopify-section"><section class="section" data-section-id="166197028376795ee7" data-section-t
5110    <div class="container"><header class="section__header">
5111      <h2 class="section__title heading h3">Twins in the Kitchen</h2><a href="/pages/twinsinthekitchen" class="section__action-link link">View all <
5112        <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.414l7.707-7.707c.391-.391
5113    </svg></a></header><div class="scroller">
5114      <div class="scroller__inner">
5115        <div class="collection-list"><a href="/collections/halloween-sugar-cookie" class="collection-item" data-collection-index="0" class="colle
5116          <div class="collection-item__image-wrapper"><div class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_2-553BFBA5-0EB4-4B88-97D6-29CC405FC793_1
5117
5118          <noscript>
5119            <img src="//bakersexpress.com/cdn/shop/collections/Media_2-553BFBA5-0EB4-4B88-97D6-29CC405FC793_1_450x.jpg?v=1693247350" alt="Hallowe
5120          </noscript>
5121        </div>
5122        </div><span class="collection-item__title text-strong">Halloween Sugar Cookie <svg class="icon icon--tail-right" viewBox="0 0 24 24" role
5123          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.414l7.707-7.707c.391-.391.391
5124    </svg></span></a><a href="/collections/halloween-apples" class="collection-item" data-collection-index="1" ><div class="collection-item__image-wrap
5125          <div class="collection-item__image-wrapper"><div class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_2-5D2D97DA-036C-4646-BDD4-5D986BE40688_{
5126
5127          <noscript>
5128            <img src="//bakersexpress.com/cdn/shop/collections/Media_2-5D2D97DA-036C-4646-BDD4-5D986BE40688_450x.jpg?v=1693317630" alt="Halloween
5129          </noscript>
5130        </div>
5131        </div><span class="collection-item__title text-strong">Halloween Apples <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="prese
5132          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.414l7.707-7.707c.391-.391.391
5133    </svg></span></a><a href="/collections/mickey-halloween-cupcakes" class="collection-item" data-collection-index="2" ><div class="collection-item__i
5134          <div class="collection-item__image-wrapper"><div class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/mickey_cupcakes_{width}x.jpg?v=1693248333" data
5135
5136          <noscript>
5137            <img src="//bakersexpress.com/cdn/shop/collections/mickey_cupcakes_450x.jpg?v=1693248333" alt="Mickey Halloween Cupcakes">
5138          </noscript>
5139        </div>
5140        </div><span class="collection-item__title text-strong">Mickey Halloween Cupcakes <svg class="icon icon--tail-right" viewBox="0 0 24 24" ro
5141          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.414l7.707-7.707c.391-.391.391
5142    </svg></span></a><a href="/collections/chocolate-bundt-cake" class="collection-item" data-collection-index="3"><div class="collection-item__image-
5143          <div class="collection-item__image-wrapper"><div class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_1-CF492F55-5C21-4B21-B516-9CB48E87CE46_{w
5144
5145          <noscript>
5146            <img src="//bakersexpress.com/cdn/shop/collections/Media_1-CF492F55-5C21-4B21-B516-9CB48E87CE46_450x.jpg?v=1693247654" alt="Chocolate
5147          </noscript>
5148        </div>
5149        </div><span class="collection-item__title text-strong">Chocolate Bundt Cake <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="p
5150          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.414l7.707-7.707c.391-.391.391
5151    </svg></span></a><a href="/collections/ground-beef-turnovers" class="collection-item" data-collection-index="4" ><div class="collection-item__image
5152          <div class="collection-item__image-wrapper"><div class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_2-8119905F-27E8-4F5C-B047-6CAE1F2CD19C_{
5153
5154          <noscript>
5155            <img src="//bakersexpress.com/cdn/shop/collections/Media_2-8119905F-27E8-4F5C-B047-6CAE1F2CD19C_450x.jpg?v=1693246952" alt="Ground Be
5156          </noscript>
5157        </div>
5158        </div><span class="collection-item__title text-strong">Ground Beef Turnovers <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="
5159          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.414l7.707-7.707c.391-.391.391
5160    </svg></span></a><a href="/collections/apples-with-cookie-crunch" class="collection-item" data-collection-index="5" ><div class="collection-item__i
5161          <div class="collection-item__image-wrapper"><div class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/apple_cookie_crunch_{width}x.jpg?v=1693246539"
5162
5163          <noscript>
5164            <img src="//bakersexpress.com/cdn/shop/collections/apple_cookie_crunch_450x.jpg?v=1693246539" alt="Apples With Cookie Crunch">
5165          </noscript>
5166        </div>
5167        </div><span class="collection-item__title text-strong">Apples With Cookie Crunch <svg class="icon icon--tail-right" viewBox="0 0 24 24" ro
5168          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.414l7.707-7.707c.391-.391.391
5169    </svg></span></a><a href="/collections/chamoy-apple" class="collection-item" data-collection-index="6" ><div class="collection-item__image-wrapper"
5170          <div class="collection-item__image-wrapper"><div class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/chamoy_{width}x.jpg?v=1693246676" data-widths=
5171
5172          <noscript>
5173            <img src="//bakersexpress.com/cdn/shop/collections/chamoy_450x.jpg?v=1693246676" alt="Chamoy Apple">
5174          </noscript>
5175        </div>
5176        </div><span class="collection-item__title text-strong">Chamoy Apple <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="presentat
5177          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.414l7.707-7.707c.391-.391.391
5178    </svg></span></a><a href="/collections/royal-icing-cookies-beach-theme" class="collection-item" data-collection-index="7" ><div class="collection-
5179          <div class="collection-item__image-wrapper"><div class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/beach_royla_icing_cookie_{width}x.jpg?v=16932
5180
5181          <noscript>
5182            <img src="//bakersexpress.com/cdn/shop/collections/beach_royla_icing_cookie_450x.jpg?v=1693246814" alt="Royal Icing Cookies (Beach Th
5183          </noscript>
5184        </div>
5185        </div><span class="collection-item__title text-strong">Royal Icing Cookies (Beach Theme) <svg class="icon icon--tail-right" viewBox="0 0 2
5186          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 516 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.414l7.707-7.707c.391-.391.391
5187    </svg></span></a><a href="/collections/mini-fall-cake" class="collection-item" data-collection-index="8" ><div class="collection-item__image-wrappe
5188          <div class="collection-item__image-wrapper"><div class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_2-5DADC9DE-2008-4633-B5CC-D6CAE5B9D10C_{
5189
5190          <noscript>
5191            <img src="//bakersexpress.com/cdn/shop/collections/Media_2-5DADC9DE-2008-4633-B5CC-D6CAE5B9D10C_450x.jpg?v=1694551520" alt="Mini Fall
```

```
5192                    </noscript>
5193                  </div>
5194              </div><span class="collection-item__title text--strong">Mini Fall Cake <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="present
5195              <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 5l6 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391
5196          </svg></span></a><a href="/collections/breast-cancer-awareness-royal-icing-cookies" class="collection-item" data-collection-index="9" ><div class="
5197                  <img class="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_1-3A8721E8-3FC7-44E0-8819-F48667988B0E_{w
5198
5199                    <noscript>
5200                      <img src="//bakersexpress.com/cdn/shop/collections/Media_1-3A8721E8-3FC7-44E0-8819-F48667988B0E_450x.jpg?v=1694809028" alt="Breast Ca
5201                    </noscript>
5202                  </div>
5203              </div><span class="collection-item__title text--strong">Breast Cancer Awareness Royal Icing Cookies <svg class="icon icon--tail-right" vie
5204              <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 5l6 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391
5205          </svg></span></a><a href="/collections/dodger-themed-chocolate-covered-apple" class="collection-item" data-collection-index="10" ><div class="coll
5206                  <img class="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_1-7EA5940C-2867-41EF-B6F2-A54708A8B145_{w
5207
5208                    <noscript>
5209                      <img src="//bakersexpress.com/cdn/shop/collections/Media_1-7EA5940C-2867-41EF-B6F2-A54708A8B145_450x.jpg?v=1696259958" alt="Dodger Th
5210                    </noscript>
5211                  </div>
5212              </div><span class="collection-item__title text--strong">Dodger Themed Chocolate Covered Apple <svg class="icon icon--tail-right" viewBox="0
5213              <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 5l6 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391
5214          </svg></span></a><a href="/collections/fall-charcuterie-board-pumpkin-hot-cocoa" class="collection-item" data-collection-index="11" ><div class="co
5215                  <img class="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/image_47_{width}x.png?v=1697569875" data-widths
5216
5217                    <noscript>
5218                      <img src="//bakersexpress.com/cdn/shop/collections/image_47_450x.png?v=1697569875" alt="Fall Charcuterie Board/Pumpkin Hot Cocoa">
5219                    </noscript>
5220                  </div>
5221              </div><span class="collection-item__title text--strong">Fall Charcuterie Board/Pumpkin Hot Cocoa <svg class="icon icon--tail-right" viewBox
5222              <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 5l6 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391
5223          </svg></span></a><a href="/collections/new-years-treat-box" class="collection-item" data-collection-index="12" ><div class="collection-item__image-
5224                  <img class="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Media_2-9F2EBF04-979A-4BFC-B67B-02D7A8806CEB_{w
5225
5226                    <noscript>
5227                      <img src="//bakersexpress.com/cdn/shop/collections/Media_2-9F2EBF04-979A-4BFC-B67B-02D7A8806CEB_450x.jpg?v=1698701119" alt="New Years
5228                    </noscript>
5229                  </div>
5230              </div><span class="collection-item__title text--strong">New Years Treat Box <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="pr
5231              <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 5l6 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.41417.707-7.707c.391-.391
5232          </svg></span></a></div>
5233          </div>
5234        </div>
5235      </div>
5236  </section>
5237
5238  </div><div id="shopify-section-162560071375ff31ff" class="shopify-section"><section class="section" data-section-id="162560071375ff31ff" data-section-t
5239    <div class="container"><div class="scroller">
5240        <div class="scroller__inner">
5241          <div class="block-list"><div id="block-162560071375ff31ff-0" class="block-list__item  1/2-tablet-and-up 1/3-desk" >
5242              <a href="https://bakersexpress.com/collections/fondant-only" class="promo-block promo-block--bottom-center  promo-block--small"><div class="
5243                <div class="promo-block__image-wrapper promo-block__image-wrapper--cover lazyload image-fade-in" data-bgset="//bakersexpress.com/cdn
5244              </div><div class="promo-block__inner"><span class="promo-block__cta button button--floating">Browse Collection</span></div>
5245
5246                <style>
5247                  #block-162560071375ff31ff-0 .promo-block {
5248                    background-color: #b31313;
5249                    color: #ffffff
5250                  }
5251
5252                  #block-162560071375ff31ff-0 .button {
5253                    background: #ffffff;
5254                    color: #56aeaa;
5255                  }</style><noscript>
5256                  <style>
5257                    #block-162560071375ff31ff-0 .promo-block__image-wrapper {
5258                      background-image: url(//bakersexpress.com/cdn/shop/files/Collection_Menu-Fondant_copy_800x.jpg?v=1636486994);
5259                    }
5260                  </style>
5261                </noscript></a>
5262          </div><div id="block-162560071375ff31ff-1" class="block-list__item  1/2-tablet-and-up 1/3-desk" >
5263              <a href="https://bakersexpress.com/search?type=product&q=Food+Coloring*" class="promo-block promo-block--bottom-center  promo-block--small"
5264                <div class="promo-block__image-wrapper promo-block__image-wrapper--cover lazyload image-fade-in" data-bgset="//bakersexpress.com/cdn
5265              </div><div class="promo-block__inner"><span class="promo-block__cta button button--floating">Browse Collection</span></div>
5266
5267                <style>
5268                  #block-162560071375ff31ff-1 .promo-block {
5269                    background-color: #b31313;
5270                    color: #ffffff
5271                  }
5272
5273                  #block-162560071375ff31ff-1 .button {
5274                    background: #ffffff;
5275                    color: #56aeaa;
5276                  }</style><noscript>
5277                  <style>
5278                    #block-162560071375ff31ff-1 .promo-block__image-wrapper {
5279                      background-image: url(//bakersexpress.com/cdn/shop/files/Collection_Menu-Food_Coloring_copy_800x.jpg?v=1636487635);
5280                    }
5281                  </style>
5282                </noscript></a>
5283          </div><div id="block-162560071375ff31ff-2" class="block-list__item  1/2-tablet-and-up 1/3-desk" >
5284              <a href="https://bakersexpress.com/search?type=product&q=Melting+Chocolate*" class="promo-block promo-block--bottom-center  promo-block--sn
5285                <div class="promo-block__image-wrapper promo-block__image-wrapper--cover lazyload image-fade-in" data-bgset="//bakersexpress.com/cdn
5286              </div><div class="promo-block__inner"><span class="promo-block__cta button button--floating">Browse Collection</span></div>
5287
5288                <style>
5289                  #block-162560071375ff31ff-2 .promo-block
```

```
5290                    background-color: #a40000;
5291                    color: #ffffff
5292                  }
5293
5294    #block-162560071375ff31ff-2 .button {
5295      background: #ffffff;
5296      color: #56aeaa;
5297    }</style><noscript>
5298        <style>
5299          #block-162560071375ff31ff-2 .promo-block__image-wrapper {
5300            background-image: url(//bakersexpress.com/cdn/shop/files/Collection_Menu-Chocolate_copy_800x.jpg?v=1636487970);
5301          }
5302        </style>
5303      </noscript></a>
5304    </div><div id="block-50a6f469-f6e5-4c1e-a7ef-0fd8929be14b" class="block-list__item  1/2-tablet-and-up 1/3--desk" >
5305      <a href="https://bakersexpress.com/search?type=product&q=Sprinkles*" class="promo-block promo-block--bottom-center  promo-block--small"><di
5306        <div class="promo-block__image-wrapper promo-block__image-wrapper--cover lazyload image--fade-in" data-bgset="//bakersexpress.com/cdn
5307      </div><div class="promo-block__inner"><span class="promo-block__cta button button--floating">Browse Collection</span></div>
5308
5309      <style>
5310        #block-50a6f469-f6e5-4c1e-a7ef-0fd8929be14b .promo-block {
5311          background-color: #000000;
5312          color: #ffffff
5313        }
5314
5315        #block-50a6f469-f6e5-4c1e-a7ef-0fd8929be14b .button {
5316          background: #ffffff;
5317          color: #56aeaa;
5318        }</style><noscript>
5319          <style>
5320            #block-50a6f469-f6e5-4c1e-a7ef-0fd8929be14b .promo-block__image-wrapper {
5321              background-image: url(//bakersexpress.com/cdn/shop/files/Collection_Menu-Sprinkles_copy_800x.jpg?v=1636497103);
5322            }
5323          </style>
5324        </noscript></a>
5325    </div><div id="block-f68a918b-463f-4ecf-b832-35e380fae2d3" class="block-list__item  1/2-tablet-and-up 1/3--desk" >
5326      <a href="https://bakersexpress.com/collections/packaging" class="promo-block promo-block--bottom-center  promo-block--small"><div class="pr
5327        <div class="promo-block__image-wrapper promo-block__image-wrapper--cover lazyload image--fade-in" data-bgset="//bakersexpress.com/cdn
5328      </div><div class="promo-block__inner"><span class="promo-block__cta button button--floating">Browse Collection</span></div>
5329
5330      <style>
5331        #block-f68a918b-463f-4ecf-b832-35e380fae2d3 .promo-block {
5332          background-color: #000000;
5333          color: #ffffff
5334        }
5335
5336        #block-f68a918b-463f-4ecf-b832-35e380fae2d3 .button {
5337          background: #ffffff;
5338          color: #56aeaa;
5339        }</style><noscript>
5340          <style>
5341            #block-f68a918b-463f-4ecf-b832-35e380fae2d3 .promo-block__image-wrapper {
5342              background-image: url(//bakersexpress.com/cdn/shop/files/Collection_Menu-Packaging_copy_800x.jpg?v=1636497295);
5343            }
5344          </style>
5345        </noscript></a>
5346    </div><div id="block-eaf41045-49da-4f06-bd00-daa5856a0826" class="block-list__item  1/2-tablet-and-up 1/3--desk" >
5347      <a href="https://bakersexpress.com/collections/baking" class="promo-block promo-block--bottom-center  promo-block--small"><div class="promo
5348        <div class="promo-block__image-wrapper promo-block__image-wrapper--cover lazyload image--fade-in" data-bgset="//bakersexpress.com/cdn
5349      </div><div class="promo-block__inner"><span class="promo-block__cta button button--floating">Browse Collection</span></div>
5350
5351      <style>
5352        #block-eaf41045-49da-4f06-bd00-daa5856a0826 .promo-block {
5353          background-color: #000000;
5354          color: #ffffff
5355        }
5356
5357        #block-eaf41045-49da-4f06-bd00-daa5856a0826 .button {
5358          background: #ffffff;
5359          color: #56aeaa;
5360        }</style><noscript>
5361          <style>
5362            #block-eaf41045-49da-4f06-bd00-daa5856a0826 .promo-block__image-wrapper {
5363              background-image: url(//bakersexpress.com/cdn/shop/files/Collection_Menu-Bakeware_copy_800x.jpg?v=1636497631);
5364            }
5365          </style>
5366        </noscript></a>
5367    </div><div id="block-c810a7aa-9709-4210-9f84-82b558686abc" class="block-list__item  1/2-tablet-and-up 1/3--desk" >
5368      <a href="https://bakersexpress.com/collections/decorating-supplies" class="promo-block promo-block--bottom-center  promo-block--small"><div
5369        <div class="promo-block__image-wrapper promo-block__image-wrapper--cover lazyload image--fade-in" data-bgset="//bakersexpress.com/cdn
5370      </div><div class="promo-block__inner"><span class="promo-block__cta button button--floating">Browse Collection</span></div>
5371
5372      <style>
5373        #block-c810a7aa-9709-4210-9f84-82b558686abc .promo-block {
5374          background-color: #000000;
5375          color: #ffffff
5376        }
5377
5378        #block-c810a7aa-9709-4210-9f84-82b558686abc .button {
5379          background: #ffffff;
5380          color: #56aeaa;
5381        }</style><noscript>
5382          <style>
5383            #block-c810a7aa-9709-4210-9f84-82b558686abc .promo-block__image-wrapper {
5384              background-image: url(//bakersexpress.com/cdn/shop/files/Collection_Menu-Decorating_Supplies_copy_800x.jpg?v=1636498041);
5385            }
5386          </style>
5387        </noscript></a>
```

```
5388          </div><div id="block-d553b30a-0c9d-4099-b855-5cf13d66c695" class="block-list__item  1/2--tablet-and-up 1/3--desk" >
5389            <a href="https://bakersexpress.com/search?type=product&q=Chocolate+Molds*" class="promo-block promo-block--bottom-center  promo-block--small
5390              <div class="promo-block__image-wrapper promo-block__image-wrapper--cover lazyload image--fade-in" data-bgset="//bakersexpress.com/cdn
5391
5392
5393            <div class="promo-block__inner"><span class="promo-block__cta button button--floating">Browse Collection</span></div>
5394
5395            <style>
5396              #block-d553b30a-0c9d-4099-b855-5cf13d66c695 .promo-block {
5397                background-color: #000000;
5398                color: #ffffff
5399                }
5400
5401              #block-d553b30a-0c9d-4099-b855-5cf13d66c695 .button {
5402                background: #ffffff;
5403                color: #56aeaa;
5404                }</style><noscript>
5405                <style>
5406                  #block-d553b30a-0c9d-4099-b855-5cf13d66c695 .promo-block__image-wrapper {
5407                    background-image: url(//bakersexpress.com/cdn/shop/files/Collection_Menu-Molds_copy_800x.jpg?v=1636498258);
5408                    }
5409                  </style>
5410              </noscript></a>
5411        </div></div><div id="block-d9518280-6a57-4522-8705-990a1b797283" class="block-list__item  1/2--tablet-and-up 1/3--desk" >
5412          <a href="https://bakersexpress.com/search?type=product&q=Glitter+Dusts*" class="promo-block promo-block--bottom-center  promo-block--small"
5413            <div class="promo-block__image-wrapper promo-block__image-wrapper--cover lazyload image--fade-in" data-bgset="//bakersexpress.com/cdn
5414
5415          </div><div class="promo-block__inner"><span class="promo-block__cta button button--floating">Browse Collection</span></div>
5416
5417          <style>
5418            #block-d9518280-6a57-4522-8705-990a1b797283 .promo-block {
5419              background-color: #000000;
5420              color: #ffffff
5421              }
5422
5423            #block-d9518280-6a57-4522-8705-990a1b797283 .button {
5424              background: #ffffff;
5425              color: #56aeaa;
5426              }</style><noscript>
5427              <style>
5428                #block-d9518280-6a57-4522-8705-990a1b797283 .promo-block__image-wrapper {
5429                  background-image: url(//bakersexpress.com/cdn/shop/files/Collection_Menu-Dusts_copy_800x.jpg?v=1636498806);
5430                  }
5431                </style>
5432            </noscript></a>
5433        </div></div>
5434        </div>
5435      </div></div>
5436  </section>
5437
5438  <div id="shopify-section-1584644230970" class="shopify-section"><section class="section" data-section-id="1584644230970" data-section-type="colle
5439    <div class="container"><header class="section__header">
5440        <h2 class="section__title heading h3">Favorite Brands</h2><a href="/pages/brand-named-collection" class="section__action-link link">View all <s
5441          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 5l6 6H2c-.553 0-1 .448-1 1s.447 1 1h17.586l-6 6L15 20.414l7.707-7.707c.391-.391
5442    </div><div class="scroller">
5443      <div class="scroller__inner">
5444        <div class="collection-list"><a href="/collections/fondant" class="collection-item" data-collection-index="0" ><div class="collection-item__ima
5445          <div class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/50Fifty_Collection_{width}x.jpg?v=1693250545" (
5446
5447            <noscript>
5448              <img src="//bakersexpress.com/cdn/shop/collections/50Fifty_Collection_450x.jpg?v=1693250545" alt="Fondant">
5449            </noscript>
5450          </div>
5451        </div><span class="collection-item__title text--strong">Fondant <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="presentation":
5452          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 5l6 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.414l7.707-7.707c.391-.391
5453        </svg></span><a href="/collections/colour-mill" class="collection-item" data-collection-index="1" ><div class="collection-item__image-wrapper (
5454          <div class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/129392876_2745038752474465_402932725398818548_n
5455
5456            <noscript>
5457              <img src="//bakersexpress.com/cdn/shop/collections/129392876_2745038752474465_402932725398818548_n_450x.jpg?v=1693250637" alt="colour
5458            </noscript>
5459          </div>
5460        </div><span class="collection-item__title text--strong">colour mill. <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="presentat
5461          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 5l6 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.414l7.707-7.707c.391-.391
5462        </svg></span><a href="/collections/fat-daddio" class="collection-item" data-collection-index="2" ><div class="collection-item__image-wrapper (
5463          <div class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Fat_Daddio_Collection_{width}x.jpg?v=1693250724
5464
5465            <noscript>
5466              <img src="//bakersexpress.com/cdn/shop/collections/Fat_Daddio_Collection_450x.jpg?v=1693250724" alt="Fat Daddio&#39;s">
5467            </noscript>
5468          </div>
5469        </div><span class="collection-item__title text--strong">Fat Daddio's <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="presentat
5470          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 5l6 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.414l7.707-7.707c.391-.391
5471        </svg></span><a href="/collections/50express-products" class="collection-item" data-collection-index="3" ><div class="collection-item__image-wr
5472          <div class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/4x4_50Express_copy_{width}x.jpg?v=1693250785" (
5473
5474            <noscript>
5475              <img src="//bakersexpress.com/cdn/shop/collections/4x4_50Express_copy_450x.jpg?v=1693250785" alt="50Express">
5476            </noscript>
5477          </div>
5478        </div><span class="collection-item__title text--strong">50Express <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="presentation":
5479          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 5l6 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.414l7.707-7.707c.391-.391
5480        </svg></span><a href="/collections/whalen" class="collection-item" data-collection-index="4" ><div class="collection-item__image-wrapper collec
5481          <div class="lazyload image--fade-in" data-src="//bakersexpress.com/cdn/shop/collections/WhatsApp_Image_2020-03-19_at_12.18.07_PM_{width}
5482
5483            <noscript>
5484              <img src="//bakersexpress.com/cdn/shop/collections/WhatsApp_Image_2020-03-19_at_12.18.07_PM_450x.jpg?v=1693250911" alt="Whalen">
5485            </noscript>
5486          </div>
5487        </div><span class="collection-item__title text--strong">Whalen <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="presentation">
5488          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 5l6 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.414l7.707-7.707c.391-.391
```

```
5486      </svg></span></a><a href="/collections/poppy-paint" class="collection-item" data-collection-index="5"> <div class="collection-item__image-wrapper c
5487          <div class="lazyload image-fade-in" data-src="//bakersexpress.com/cdn/shop/collections/Screen_Shot_2021-05-26_at_11.30.49_AM_{width}.png
5488
5489          <noscript>
5490            <img src="//bakersexpress.com/cdn/shop/collections/Screen_Shot_2021-05-26_at_11.30.49_AM_450x.png?v=1693251002" alt="Poppy Paint">
5491          </noscript>
5492        </div>
5493        </div><span class="collection-item__title text--strong">Poppy Paint <svg class="icon icon--tail-right" viewBox="0 0 24 24" role="presentati
5494          <path fill="currentColor" d="M22.707 11.293L15 3.586 13.586 5l6 6H2c-.553 0-1 .448-1 1s.447 1 1 1h17.586l-6 6L15 20.414 17.707-7.707c.391-.391.391
5495        </svg></span></a></div>
5496      </div>
5497    </div>
5498  </div>
5499  </section>
5500
5500  </div><div id="shopify-section-1555314133560" class="shopify-section"><section class="section" data-section-id="1555314133560" data-section-type="promo
5502    <div class="container"><div class="scroller">
5503      <div class="scroller__inner">
5504        <div class="block-list"><div id="block-1555314133560-0" class="block-list__item  1/2--tablet-and-up 1/3--desk" >
5505          <a href="/collections/edible-frosting-sheets" class="promo-block promo-block--bottom-center  promo-block--small"><div class="promo-block__
5506            <div class="promo-block__image-wrapper promo-block__image-wrapper--cover lazyload image-fade-in" data-bgset="//bakersexpress.com/cdn
5507            </div><div class="promo-block__inner"><span class="promo-block__cta button button--floating">BROWSE</span></div>
5508
5509          <style>
5510            #block-1555314133560-0 .promo-block {
5511              background-color: #6f42ef;
5512              color: #ffffff;
5513            }
5514
5515            #block-1555314133560-0 .button {
5516              background: #ffffff;
5517              color: #56aeaa;
5518            }</style><noscript>
5519            <style>
5520              #block-1555314133560-0 .promo-block__image-wrapper {
5521                background-image: url(//bakersexpress.com/cdn/shop/files/Edible_Images-Icon_copy_800x.jpg?v=1684968372);
5522              }
5523            </style>
5524          </noscript></a>
5525        </div><div id="block-1555314133560-1" class="block-list__item  1/2--tablet-and-up 1/3--desk" >
5526          <a href="/products/custom-3d-cookie-cutters" class="promo-block promo-block--bottom-center  promo-block--small"><div class="promo-block__in
5527            <div class="promo-block__image-wrapper promo-block__image-wrapper--cover lazyload image-fade-in" data-bgset="//bakersexpress.com/cdn
5528            </div><div class="promo-block__inner"><span class="promo-block__cta button button--floating">BUY NOW</span></div>
5529
5530          <style>
5531            #block-1555314133560-1 .promo-block {
5532              background-color: #fc2a68;
5533              color: #ffffff;
5534            }
5535
5536            #block-1555314133560-1 .button {
5537              background: #ffffff;
5538              color: #56aeaa;
5539            }</style><noscript>
5540            <style>
5541              #block-1555314133560-1 .promo-block__image-wrapper {
5542                background-image: url(//bakersexpress.com/cdn/shop/files/3D_Cookie_Cutters-Icon_copy_800x.jpg?v=1684968275);
5543              }
5544            </style>
5545          </noscript></a>
5546        </div><div id="block-1555314133560-2" class="block-list__item  1/2--tablet-and-up 1/3--desk" >
5547          <a href="/collections/printing-services" class="promo-block promo-block--bottom-center  promo-block--small"><div class="promo-block__
5548            <div class="promo-block__image-wrapper promo-block__image-wrapper--cover lazyload image-fade-in" data-bgset="//bakersexpress.com/cdn
5549            </div><div class="promo-block__inner"><span class="promo-block__cta button button--floating">SHOP NOW</span></div>
5550
5551          <style>
5552            #block-1555314133560-2 .promo-block {
5553              background-color: #26c1ce;
5554              color: #ffffff;
5555            }
5556
5557            #block-1555314133560-2 .button {
5558              background: #ffffff;
5559              color: #56aeaa;
5560            }</style><noscript>
5561            <style>
5562              #block-1555314133560-2 .promo-block__image-wrapper {
5563                background-image: url(//bakersexpress.com/cdn/shop/files/Printing_Services-Icon_copy_800x.jpg?v=1684968427);
5564              }
5565            </style>
5566          </noscript></a>
5567        </div></div>
5568      </div>
5569    </div></div>
5570  </section>
5571
5572  </div><div id="shopify-section-1588143009052" class="shopify-section srs-section">
5573  <div class="srs-testimonial-container" style="margin:0px 40px 0px;  " data-section-id="1588143009052">
5574
5575    <h2 style="text-align: center;" class="sts_title">Testimonials</h2>
5576      <div class="feature_divider"></div>
5577
5578  <div class="srs_slider" id="srs_template_3427"></div>
5579  </div>
5580
5581
5582  </div><div id="shopify-section-1588143091212" class="shopify-section"><style>#insta-feed{width:100%;}#insta-feed h2{font-size:20px;font-family: Helveti
5583    font-family: Helvetica;
```

```
5584    font-weight: 400;
5585    font-style: normal;
5586    src: url("//bakersexpress.com/cdn/fonts/helvetica/helvetica_n4.fe093fe9ca22a15354813c912484945a36b79146.woff2?h1=YmFrZXJzZXm9kZWdhZXhwcmVzcy5hY2NvdW5
5587         url("//bakersexpress.com/cdn/fonts/helvetica/helvetica_n4.8bddb85c18a0094c427a9bf65dee963ad88de4e8.woff?h1=YmFrZXJzZXm9kZWdhZXhwcmVzcy5hY2NvdW50L
5588 }
5589 </style><!-- --><div id="insta-feed"></div></div><!-- END content_for_index --></div>
5590
5591    </main><div id="shopify-section-text-with-icons" class="shopify-section"><section class="section section--tight" data-section-id="text-with-icons"
5592    <div class="container container--flush">
5593      <div class="text-with-icons"><div class="text-with-icons__item" data-block-index="0">
5594        <div class="text-with-icons__icon-wrapper"><svg viewBox="0 0 24 24" role="presentation">
5595        <g stroke-width="1.5" fill="none" fill-rule="evenodd">
5596          <path d="M6.5 3.25l12 6" stroke="#56aeaa"></path>
5597          <path stroke="#000000" d="M23 7l-10 5L1 6M13 12v11"></path>
5598          <path stroke="#000000" stroke-linecap="square" d="M23 7v10l-10 6-12-6V6l10-5z"></path>
5599        </g>
5600      </svg></div><div class="text-with-icons__content-wrapper"><p class="text-with-icons__title text--strong">We deliver nationwide</p><div class="text-
5601        <p><a href="/policies/shipping-policy" title="Shipping Policy">Shipping</a> to USA & Canada</p>
5602      </div></div><div class="text-with-icons__item" data-block-index="1">
5603        <div class="text-with-icons__icon-wrapper"><svg viewBox="0 0 23 24" role="presentation">
5604        <g transform="translate(1 1)" stroke-width="1.5" fill="none" fill-rule="evenodd">
5605          <path d="M8 4h8v7"></path>
5606          <path stroke="#56aeaa" stroke-linecap="square" d="M11 7L8 4l3-3"></path>
5607          <circle stroke="#000000" stroke-linecap="square" cx="6" cy="20" r="2"></circle>
5608          <circle stroke="#000000" stroke-linecap="square" cx="18" cy="20" r="2"></circle>
5609          <path stroke="#000000" stroke-linecap="square" d="M21 5l-2 10H5l3 0H0"></path>
5610        </g>
5611      </svg></div><div class="text-with-icons__content-wrapper"><p class="text-with-icons__title text--strong">Return Policy</p><div class="text-with-ico
5612        <p><a href="/pages/return-policy" title="Return Policy">Returns, Cancellations &amp; Changes</a></p>
5613      </div></div><div class="text-with-icons__item" data-block-index="2">
5614        <div class="text-with-icons__icon-wrapper"><svg viewBox="0 0 24 24" role="presentation">
5615        <g stroke-width="1.5" fill="none" fill-rule="evenodd" stroke-linecap="square">
5616          <path d="M10 17H4c-1.7 0-3 1.3-3 3v3h12v-3c0-1.7-1.3-3-3-3zM7 14c-1.7 0-3-1.3-3-3s3-3 3 3s1.3 3 3 1.3 3-3z" stroke="#000
5617          <path stroke="#56aeaa" d="M13 1v10l4-3h6V1z"></path>
5618        </g>
5619      </svg></div><div class="text-with-icons__content-wrapper"><p class="text-with-icons__title text--strong">Top-notch support</p><div class="text-wit
5620        <p><a href="/pages/contact-us" title="Contact Us">Ready to assist you 24/7</a></p>
5621      </div></div><div class="text-with-icons__item" data-block-index="3">
5622        <div class="text-with-icons__icon-wrapper"><svg viewBox="0 0 24 24" role="presentation">
5623        <g stroke-width="1.5" fill="none" fill-rule="evenodd" stroke-linecap="square">
5624          <path d="M1 5h22M1 9h22M9 17h3c-1.105 0-2-2V3c0-1.105.895-2 2-2h18c1.105 0 2 .895 2 2v10M5 13h5" stroke="#000000"></path>
5625          <path stroke="#56aeaa" d="M13 16h8v7h-8zM15 16v-2c0-1.1.9-2 2-2s2 .9 2 2v2M17 19v1"></path>
5626        </g>
5627      </svg></div><div class="text-with-icons__content-wrapper"><p class="text-with-icons__title text--strong">Secure payments</p><div class="text-with-i
5628        <p>Pay with peace-of-mind</p>
5629      </div></div></div>
5630    </div>
5631  </section></div></div>
5632    <div id="shopify-section-footer" class="shopify-section"><footer class="footer" data-section-id="footer" data-section-type="footer" role="contentin
5633 <div class="container">
5634   <div class="footer__wrapper"><div class="footer__block footer__block-list"><div class="footer__block-item footer__block-item--text" >
5635        <button class="footer__title heading h6" disabled aria-expanded="false" aria-controls="block-footer-0" data-action="toggle-collapsibl
5636          <span>Bakers Express, Baldwin Park</span>
5637          <span class="plus-button"></span>
5638        </button>
5639
5640        <div id="block-footer-0" class="footer__collapsible">
5641          <div class="footer__collapsible-content">
5642            <div class="rte">
5643              <p>(562) 777-2251</p><p>4299 Maine Ave, Baldwin Park, CA 91706</p></div>
5644            </div>
5645          </div>
5646        </div>
5647      </div><div class="footer__block-item footer__block-item--links" >
5648        <button class="footer__title heading h6" disabled aria-expanded="false" aria-controls="block-footer-1" data-action="toggle-collapsi
5649          <span>Menu</span>
5650          <span class="plus-button"></span>
5651        </button>
5652
5653        <div id="block-footer-1" class="footer__collapsible">
5654          <div class="footer__collapsible-content">
5655            <ul class="footer__linklist list--unstyled"><li>
5656              <a href="/search" class="footer__link-item link">Search</a>
5657            </li><li>
5658              <a href="/collections/store" class="footer__link-item link">Shop</a>
5659            </li><li>
5660              <a href="/policies/shipping-policy" class="footer__link-item link">Shipping Policy</a>
5661            </li><li>
5662              <a href="/policies/refund-policy" class="footer__link-item link">Refund Policy</a>
5663            </li><li>
5664              <a href="https://simplecheckout.authorize.net/payment/CatalogPayment.aspx" class="footer__link-item link">Online Payment<
5665            </li><li>
5666              <a href="/pages/general-information" class="footer__link-item link">General Information</a>
5667            </li><li>
5668              <a href="/pages/contact-us" class="footer__link-item link">Contact Us</a>
5669            </li><li>
5670              <a href="/pages/ccpa-opt-out" class="footer__link-item link">Do not sell my personal information</a>
5671            </li><li>
5672              <a href="/policies/privacy-policy" class="footer__link-item link">Privacy Policy</a>
5673            </li></ul>
5674          </div>
5675        </div>
5676      </div><div class="footer__block-item footer__block-item--newsletter" >
5677        <p class="footer__title heading h6">Newsletter</p>
5678
5679        <div class="footer__newsletter-wrapper"><div class="footer__newsletter-text rte"><p>Enter your email address below to join our mailir
5680
```

```
5681            <div class="form__input-wrapper form__input-wrapper--labelled">
5682                <input type="email" id="footer[contact][email]" name="contact[email]" class="form__field form__field--text" required="">
5683                <label for="footer[contact][email]" class="form__floating-label">Your email</label>
5684            </div>
5685
5686            <button type="submit" class="form__submit form_submit--tight button button--primary">Subscribe</button></form></div>
5687        </div></aside class="footer__aside"><div class="footer__aside footer__aside-item footer__aside-item--localization"><form method="post" action="/
5688    </div><div class="footer__aside-item footer__aside-item--social">
5689        <p class="footer__aside-title">Follow Us</p>
5690
5691        <ul class="social-media__item-list list--unstyled">
5692    <li class="social-media__item social-media__item--facebook">
5693        <a href="https://www.facebook.com/mybakersexpress" target="_blank" rel="noopener" aria-label="Follow us on Facebook"><svg class="icon icon--facel
5694            <path d="M15 30C6.71572875 30 0 23.2842712 0 15 0 6.71572875 6.71572875 0 15 0c8.2842712 0 15 6.71572875 15 15 0 8.2842712-6.7157288 15-15 15zm3.
5695        </svg></a>
5696    </li>
5697
5698
5699    <li class="social-media__item social-media__item--instagram">
5700        <a href="https://www.instagram.com/bakers.express/" target="_blank" rel="noopener" aria-label="Follow us on Instagram"><svg class="icon icon--ins
5701            <path d="M15 30C6.71572875 30 0 23.2842712 0 15 0 6.71572875 6.71572875 0 15 0c8.2842712 0 15 6.71572875 15 15 0 8.2842712-6.7157288 15-15 15zm.6
5702        </svg></a>
5703    </li>
5704
5705
5706    <li class="social-media__item social-media__item--youtube">
5707        <a href="https://www.youtube.com/@BakersExpress" target="_blank" rel="noopener" aria-label="Follow us on YouTube"><svg class="icon icon--youtube"
5708            <path d="M15 30c8.2842712 0 15-6.7157288 15-15 0-8.28427125-6.7157288 15-15-15C6.71572875 0 0 6.71572875 0 15c0 8.2842712 6.71572875 15 15 15zm7.
5709        </svg></a>
5710    </li>
5711
5712
5713    </ul>
5714        </div><div class="footer__aside-item footer__aside-item--payment">
5715        <p class="footer__aside-title">We Accept</p>
5716
5717        <div class="payment-list">
5718
5719            <svg class="payment-list__item" xmlns="http://www.w3.org/2000/svg" role="img" viewBox="0 0 38 24" width="38" height="24" aria-labelledt
5720
5721
5722            <svg class="payment-list__item" version="1.1" xmlns="http://www.w3.org/2000/svg" role="img" x="0" y="0" width="38" height="24" viewBox="
5723
5724
5725            <svg class="payment-list__item" viewBox="0 0 38 24" xmlns="http://www.w3.org/2000/svg" role="img" width="38" height="24" aria-labelledt
5726
5727            <svg class="payment-list__item" viewBox="0 0 38 24" width="38" height="24" role="img" aria-labelledby="pi-discover" fill="none" xmlns="
5728
5729            <svg class="payment-list__item" width="38" height="24" role="img" aria-labelledby="pi-jcb" viewBox="0 0 38 24" xmlns="http://www.w3.org
5730
5731            <svg class="payment-list__item" viewBox="0 0 38 24" xmlns="http://www.w3.org/2000/svg" role="img" width="38" height="24" aria-labelledt
5732
5733            <svg class="payment-list__item" viewBox="0 0 38 24" xmlns="http://www.w3.org/2000/svg" width="38" height="24" role="img" aria-labelledt
5734
5735            <svg class="payment-list__item" viewBox="0 0 38 24" width="38" height="24" xmlns="http://www.w3.org/2000/svg" role="img" aria-labelledt
5736
5737
5738            <svg class="payment-list__item" viewBox="0 0 38 24" xmlns="http://www.w3.org/2000/svg" role="img" width="38" height="24" aria-labelledt
5739
5740
5741        </div>
5742        </div><div class="footer__aside-item footer__aside-item--copyright hidden-lap-and-up">
5743            <p>© Bakers Express<br><a target="_blank" rel="nofollow" href="https://www.shopify.com?utm_campaign=poweredby&amp;utm_medium=shopify&amp;utm
5744        </div>
5745        </div>
5746    </div>
5747    </div></footer>
5748
5749 </div>
5750    <!--AZEXO_Footer_Scripts--> <script type="text/javascript" src="//bakersexpress.com/cdn/shop/t/6/assets/azexo.js?v=54622330884142315771588612401" def
5751
5752
5753
5754
5755    <script>
5756        window.UploadKit = window.UploadKit || {};
5757        window.UploadKit.config = {"shopId":"924820eb-5227-4acc-948f-9a2c1e589ad0","patchFetch":false,"appBaseUri":"https://app.getuploadkit.com","apiBaseL
5758        window.UPLOADCARE_PUBLIC_KEY = window.UploadKit.ucKey;
5759        window.UPLOADCARE_MANUAL_START = true;
5760        window.UPLOADCARE_LIVE = false;
5761    </script>
5762
5763
5764    <script>
5765        window.UploadKit = window.UploadKit || {};
5766        if(false && !window.UploadKit.attributesScanned) {
5767            window.UploadKit.attributesScanned = true;
5768            var regex = new RegExp('https:\/\/cdn2\.shopify\.com\/.*\?.*id=[^&]*&uu=([^&]*)&mo=([^&]*)&fi=([^&]*)*(?:(?!image).)*(&image=true)?', 'g');
5769            function acceptNode () {
5770                return NodeFilter.FILTER_ACCEPT;
5771            }
5772            function replaceUploadKitLinks(match, uuid, modifiers, filename, isImage) {
5773                if(isImage) {
5774                    return '<a href="https://cdn.getuploadkit.com/' + uuid + '/' + modifiers + '-/preview/1200x1200" class="uploadkit-preview-link-image" title="
5775                } else {
5776                    return '<a href="https://cdn.getuploadkit.com/' + uuid + '/' + '" class="uploadkit-preview-link">' + atob(filename) + '</a>'
5777                }
```

```
5778        }
5779      }
5780      // Work around Internet Explorer wanting a function instead of an object.
5781      // IE also *requires* this argument where other browsers don't.
5782      var filter = acceptNode;
5783      filter.acceptNode = acceptNode;
5784      var treeWalker = document.createTreeWalker(document.body, NodeFilter.SHOW_ALL, filter, false);
5785      var foundNodes = [];
5786      while (treeWalker.nextNode()) {
5787        var node = treeWalker.currentNode;
5788        regex.lastIndex = 0;
5789        if(node.nodeType === 3 && regex.exec(node.textContent)) {
5790          foundNodes.push(node);
5791        }
5792        if(node.nodeType === 3 && node.textContent.indexOf('_') > -1) {
5793          for(var i = 0; i < window.UploadKit.config.uploaders.length; i++) {
5794            node.textContent = node.textContent.replace('_' + window.UploadKit.config.uploaders[i].name, window.UploadKit.config.uploaders[i].name);
5795          }
5796        }
5797      }
5798      for(var i = 0; i < foundNodes.length; i++) {
5799        var node = foundNodes[i];
5800        regex.lastIndex = 0;
5801        var match = regex.exec(node.textContent);
5802        if(match) {
5803          var replacementNode = document.createElement('span');
5804          replacementNode.innerHTML = node.textContent.replace(regex, replaceUploadKitLinks);
5805          /*if(match[4]) {
5806            // ?image
5807            replacementNode.innerHTML = node.textContent.replace(regex, '<a href="https://cdn.getuploadkit.com/' + '$1/$2-/preview/1200x1200" class="up
5808          } else {
5809            replacementNode.innerHTML = node.textContent.replace(regex, '<a href="https://cdn.getuploadkit.com/' + '$1/$2" class="uploadkit-preview-lir
5810          }*/
5811          node.parentNode.insertBefore(replacementNode, node);
5812          node.parentNode.removeChild(node);
5813        }
5814      }
5815      if(foundNodes.length > 0) {
5816        var lightboxStyles = document.createElement("link");
5817        lightboxStyles.type = "text/css";
5818        lightboxStyles.rel = "stylesheet";
5819        lightboxStyles.href = 'https://assets.getuploadkit.com/assets/luminous.css';
5820        document.head.appendChild(lightboxStyles);
5821        var lightboxScript = document.createElement('script');
5822        lightboxScript.type = 'text/javascript';
5823        lightboxScript.async = false;
5824        lightboxScript.src = 'https://assets.getuploadkit.com/assets/luminous.js';
5825        document.head.appendChild(lightboxScript);
5826        lightboxScript.onload = function() {
5827          new LuminousGallery(document.querySelectorAll('a.uploadkit-preview-link-image'));
5828        }
5829      }
5830    }
5831  </script>
5832
5833
5834
5835
5836
5837
5838
5839  <script>
5840    window.UploadKit = window.UploadKit || {};
5841    window.UploadKit.config = {"shopId":"924820eb-5227-4acc-948f-9a2c1e589ad0","patchFetch":false,"appBaseUri":"https://app.getuploadkit.com","apiBaseU
5842    window.UPLOADCARE_PUBLIC_KEY = window.UploadKit.ucKey;
5843    window.UPLOADCARE_MANUAL_START = true;
5844    window.UPLOADCARE_LIVE = false;
5845  </script>
5846
5847
5848
5849  <script>
5850    window.UploadKit = window.UploadKit || {};
5851    if(false && !window.UploadKit.attributesScanned) {
5852      window.UploadKit.attributesScanned = true;
5853      var regex = new RegExp('https:\/\/cdn2?\.shopify\.com\/.*\?.*id=[^&]*&uu=([^&]*)&mo=([^&]*)&fi=([^&]*)(?:(?!&image).)*(&image=true)?', 'g');
5854      function acceptNode () {
5855        return NodeFilter.FILTER_ACCEPT;
5856      }
5857      function replaceUploadKitLinks(match, uuid, modifiers, filename, isImage) {
5858        if(isImage) {
5859          return '<a href="https://cdn.getuploadkit.com/' + uuid + '/' + modifiers + '-/preview/1200x1200" class="uploadkit-preview-link-image" title="
5860        } else {
5861          return '<a href="https://cdn.getuploadkit.com/' + uuid + '/' + '" class="uploadkit-preview-link">' + atob(filename) + '</a>'
5862        }
5863      }
5864      // Work around Internet Explorer wanting a function instead of an object.
5865      // IE also *requires* this argument where other browsers don't.
5866      var filter = acceptNode;
5867      filter.acceptNode = acceptNode;
5868      var treeWalker = document.createTreeWalker(document.body, NodeFilter.SHOW_ALL, filter, false);
5869      var foundNodes = [];
5870      while (treeWalker.nextNode()) {
5871        var node = treeWalker.currentNode;
5872        regex.lastIndex = 0;
5873        if(node.nodeType === 3 && regex.exec(node.textContent)) {
5874          foundNodes.push(node);
5875      }
```

```
5876        if(node.nodeType === 3 && node.textContent.indexOf('_') > -1) {
5877          for(var i = 0; i < window.UploadKit.config.uploaders.length; i++) {
5878            node.textContent = node.textContent.replace('_' + window.UploadKit.config.uploaders[i].name, window.UploadKit.config.uploaders[i].name);
5879          }
5880        }
5881      }
5882      for(var i = 0; i < foundNodes.length; i++) {
5883        var node = foundNodes[i];
5884        regex.lastIndex = 0;
5885        var match = regex.exec(node.textContent);
5886        if(match) {
5887          var replacementNode = document.createElement('span');
5888          replacementNode.innerHTML = node.textContent.replace(regex, replaceUploadKitLinks);
5889          /*if(match[4]) {
5890            // ?image
5891            replacementNode.innerHTML = node.textContent.replace(regex, '<a href="https://cdn.getuploadkit.com/' + '$1/$2-/preview/1200x1200" class="up
5892          } else {
5893            replacementNode.innerHTML = node.textContent.replace(regex, '<a href="https://cdn.getuploadkit.com/' + '$1/$2" class="uploadkit-preview-lir
5894          }*/
5895          node.parentNode.insertBefore(replacementNode, node);
5896          node.parentNode.removeChild(node);
5897        }
5898      }
5899      if(foundNodes.length > 0) {
5900        var lightboxStyles = document.createElement("link");
5901        lightboxStyles.type = "text/css";
5902        lightboxStyles.rel = "stylesheet";
5903        lightboxStyles.href = 'https://assets.getuploadkit.com/assets/luminous.css';
5904        document.head.appendChild(lightboxStyles);
5905        var lightboxScript = document.createElement('script');
5906        lightboxScript.type = 'text/javascript';
5907        lightboxScript.async = false;
5908        lightboxScript.src = 'https://assets.getuploadkit.com/assets/luminous.js';
5909        document.head.appendChild(lightboxScript);
5910        lightboxScript.onload = function() {
5911          new LuminousGallery(document.querySelectorAll('a.uploadkit-preview-link-image'));
5912        }
5913      }
5914    }
5915  </script>
5916
5917
5918
5919
5920
5921  <script type="text/javascript">
5922    window.wn = {};
5923
5924
5925
5926
5927
5928
5929    window.wn.cart = {"note":null,"attributes":{},"original_total_price":0,"total_price":0,"total_discount":0,"total_weight":0.0,"item_count":0,"items"
5930    window.wn.cart.items = [];
5931
5932
5933
5934    if (typeof window.wn.cart.items == "object") {
5935      for (var i=0; i<window.wn.cart.items.length; i++) {
5936        ["sku", "grams", "vendor", "url", "handle", "product_type", "product_description"].map(function(a) {
5937          delete window.wn.cart.items[i][a]
5938        })
5939      }
5940    }
5941
5942  </script>
5943
5944
5945  <script id="wholesale-now-discount-tiers-table" type="text/x-handlebars-template">
5946    <div class="wholesale-now-discount-tiers" id="discount-group-{{{discount_group_id}}}">
5947      <h4 class="wholesale-now-discount-title">{{{table_header}}}</h4>
5948  {{#if description}}
5949  <div class="wholesale-now-discount-description">{{{description}}}</div>
5950  {{/if}}
5951      <table class="wholesale-now-discount-table">
5952        <tbody>
5953          <tr>
5954            <th>{{{requirement_label}}}</th>
5955            {{#if show_discount_value}}
5956            <th>{{{discount_label}}}</th>
5957            {{/if}}
5958            {{#if show_discounted_price}}
5959            <th>{{{discounted_price_label}}}</th>
5960            {{/if}}
5961          </tr>
5962        </tbody>
5963      </table>
5964    </div>
5965  </script>
5966
5967  <script id="wholesale-now-discount-tiers-table-row" type="text/x-handlebars-template">
5968    <tr class="wn-discount-table-row">
5969      <td>{{{requirement_amount}}}</td>
5970      {{#if show_discount_value}}
5971      <td>{{{discount_value}}}</td>
5972      {{/if}}
5973      {{#if show_discounted_price}}
```

```
5974          <td>{{{discounted_price}}}</td>
5975          {{/if}}
5976        </tr>
5977   </script>
5978
5979   <script id="wholesale-now-discount-single-sp-tiers" type="text/x-handlebars-template">
5980   <div class="wholesale-now-discount-tiers">
5981     <h4 class="wholesale-now-discount-title">{{{table_header}}}</h4>
5982       <table class="wholesale-now-discount-table">
5983         <tbody>
5984
5985          {{#if set_prices}}
5986            {{#each set_prices}}
5987              <tr>
5988                  <td>{{{../row_set_price_title}}}</td>
5989                  <td>{{{price}}}</td>
5990              </tr>
5991            {{/each}}
5992          {{/if}}
5993
5994        </tbody>
5995      </table>
5996   </div>
5997   </script>
5998
5999   <script id="wholesale-now-net-order-form-row" type="text/x-handlebars-template">
6000          <tr class="wn-cart-row line-{{{index}}}">
6001              <td class="">
6002                  {{{image}}}
6003              </td>
6004              <td class="">
6005                <div class="wn-item-title">
6006                    {{{title}}}
6007                </div>
6008                  <div class="wn-item-properties">{{{lineitemproperties}}}</div>
6009              </td>
6010              <td class="wn-item-price wn-pull-right">
6011                  {{{price}}}
6012              </td>
6013              <td class="wn-item-qty wn-pull-right">
6014                  {{{quantity}}}
6015              </td>
6016              <td class="wn-pull-right">
6017                  <div class="wn-item-original-price"><s>{{{originallineitemprice}}}</s></div>
6018
6019                  <div class="wn-item-discounted-price">
6020                      {{{discountedlineitemprice}}}
6021                  </div>
6022
6023                  <div class="wn-item-discount">{{{discounts}}}</div>
6024              </td>
6025          </tr>
6026   </script>
6027
6028   <script id="wholesale-now-net-order-form-shipping-table-row" type="text/x-handlebars-template">
6029     <tr id="wn-shipping-option-{{{index}}}">
6030       <td><span class="wn-shipping-name">{{{title}}}</span></td>
6031       <td>
6032          {{#if delivery_days}}
6033          <span class="wn-delivery-days">{{{delivery_days}}}</span><br />
6034          {{/if}}
6035          {{#if delivery_range}}
6036          <span class="wn-delivery-range">{{{delivery_range}}}</span>
6037          {{/if}}
6038       </td>
6039       <td><span class="wn-shipping-price">{{{price}}}</span></td>
6040       <td>
6041          {{#if showRadio}}
6042          <input type="radio" name="shipping-rate" id="wn-shipping-option-radio-{{{index}}}">
6043          {{/if}}
6044       </td>
6045     </tr>
6046   </script>
6047
6048   <script id="wholesale-now-net-order-form-shipping-table" type="text/x-handlebars-template">
6049       <table id="wholesale-now-shipping-table">
6050         <thead>
6051             <tr>
6052                 <td width="40%">{{{method_label}}}</td>
6053                 <td width="40%">{{{speed_label}}}</td>
6054                 <td width="15%">{{{price_label}}}</td>
6055                 <td width="5%"></td>
6056            </tr>
6057         </thead>
6058         <tbody>
6059         </tbody>
6060       </table>
6061   </script>
6062
6063   <script id="wholesale-now-net-order-shipping-methods-total" type="text/x-handlebars-template">
6064     <tfoot>
6065       <tr>
6066          <td></td>
6067          <td>{{{subtotal_label}}}</td>
6068          <td>{{{subtotal}}}</td>
6069          <td></td>
6070       </tr>
6071       <tr>
```

```
6072              </td></td>
6073              <td>{{{shipping_label}}}</td>
6074              <td>{{{shipping}}}</td>
6075              <td></td>
6076          </tr>
6077          <tr>
6078              <td></td>
6079              <td>{{{total_label}}}</td>
6080              <td>{{{total}}}</td>
6081              <td></td>
6082          </tr>
6083      </tfoot>
6084  </script>




6089  <style  type="text/css">
6090  .wn-modal {
6091    opacity:0;
6092    display:none;
6093  }
6094  </style>




6099  <script id="wholesale-now-get-shipping-rate-form-template" type="text/x-handlebars-template">
6100      <div id="wholesale-now-regular-cart-get-shipping-rate-form-container">
6101          <form id="wholesale-now-get-shipping-rate-form" class="submit-address">
6102              <h4>Get Shipping Rates</h4>
6103              <select id="AddressCountry2" name="address[country]" data-default="United States">
6104                  <option value="United States" data-provinces="[[&quot;Alabama&quot;,&quot;Alabama&quot;],[&quot;Alaska&quot;,&quot;Alaska&quot;],[&quot;America
6105                  <option value="---" data-provinces="[]">---</option>
6106                  <option value="Afghanistan" data-provinces="[]">Afghanistan</option>
6107                  <option value="Aland Islands" data-provinces="[]">Åland Islands</option>
6108                  <option value="Albania" data-provinces="[]">Albania</option>
6109                  <option value="Algeria" data-provinces="[]">Algeria</option>
6110                  <option value="Andorra" data-provinces="[]">Andorra</option>
6111                  <option value="Angola" data-provinces="[]">Angola</option>
6112                  <option value="Anguilla" data-provinces="[]">Anguilla</option>
6113                  <option value="Antigua And Barbuda" data-provinces="[]">Antigua &amp; Barbuda</option>
6114                  <option value="Argentina" data-provinces="[[&quot;Buenos Aires&quot;,&quot;Buenos Aires&quot;],[&quot;Catamarca&quot;,&quot;Catamarca&quot;],[&
6115                  <option value="Armenia" data-provinces="[]">Armenia</option>
6116                  <option value="Aruba" data-provinces="[]">Aruba</option>
6117                  <option value="Australia" data-provinces="[[&quot;Australian Capital Territory&quot;,&quot;Australian Capital Territory&quot;],[&quot;New South
6118                  <option value="Austria" data-provinces="[]">Austria</option>
6119                  <option value="Azerbaijan" data-provinces="[]">Azerbaijan</option>
6120                  <option value="Bahamas" data-provinces="[]">Bahamas</option>
6121                  <option value="Bahrain" data-provinces="[]">Bahrain</option>
6122                  <option value="Bangladesh" data-provinces="[]">Bangladesh</option>
6123                  <option value="Barbados" data-provinces="[]">Barbados</option>
6124                  <option value="Belarus" data-provinces="[]">Belarus</option>
6125                  <option value="Belgium" data-provinces="[]">Belgium</option>
6126                  <option value="Belize" data-provinces="[]">Belize</option>
6127                  <option value="Benin" data-provinces="[]">Benin</option>
6128                  <option value="Bermuda" data-provinces="[]">Bermuda</option>
6129                  <option value="Bhutan" data-provinces="[]">Bhutan</option>
6130                  <option value="Bolivia" data-provinces="[]">Bolivia</option>
6131                  <option value="Bosnia And Herzegovina" data-provinces="[]">Bosnia &amp; Herzegovina</option>
6132                  <option value="Botswana" data-provinces="[]">Botswana</option>
6133                  <option value="Bouvet Island" data-provinces="[]">Bouvet Island</option>
6134                  <option value="Brazil" data-provinces="[[&quot;Acre&quot;,&quot;Acre&quot;],[&quot;Alagoas&quot;,&quot;Alagoas&quot;],[&quot;Amapá&quot;,&quo
6135                  <option value="British Indian Ocean Territory" data-provinces="[]">British Indian Ocean Territory</option>
6136                  <option value="Virgin Islands, British" data-provinces="[]">British Virgin Islands</option>
6137                  <option value="Brunei" data-provinces="[]">Brunei</option>
6138                  <option value="Bulgaria" data-provinces="[]">Bulgaria</option>
6139                  <option value="Burkina Faso" data-provinces="[]">Burkina Faso</option>
6140                  <option value="Burundi" data-provinces="[]">Burundi</option>
6141                  <option value="Cambodia" data-provinces="[]">Cambodia</option>
6142                  <option value="Republic of Cameroon" data-provinces="[]">Cameroon</option>
6143                  <option value="Canada" data-provinces="[[&quot;Alberta&quot;,&quot;Alberta&quot;],[&quot;British Columbia&quot;,&quot;British Columbia&quot;],[
6144                  <option value="Cape Verde" data-provinces="[]">Cape Verde</option>
6145                  <option value="Cayman Islands" data-provinces="[]">Cayman Islands</option>
6146                  <option value="Central African Republic" data-provinces="[]">Central African Republic</option>
6147                  <option value="Chad" data-provinces="[]">Chad</option>
6148                  <option value="Chile" data-provinces="[]">Chile</option>
6149                  <option value="China" data-provinces="[[&quot;Anhui&quot;,&quot;Anhui&quot;],[&quot;Beijing&quot;,&quot;Beijing&quot;],[&quot;Chongqing&quot;,&
6150                  <option value="Christmas Island" data-provinces="[]">Christmas Island</option>
6151                  <option value="Cocos (Keeling) Islands" data-provinces="[]">Cocos (Keeling) Islands</option>
6152                  <option value="Colombia" data-provinces="[[&quot;Bogotá, D.C.&quot;,&quot;Bogotá, D.C.&quot;],[&quot;Amazonas&quot;,&quot;Amazonas&quot;],[&quo
6153                  <option value="Comoros" data-provinces="[]">Comoros</option>
6154                  <option value="Congo" data-provinces="[]">Congo - Brazzaville</option>
6155                  <option value="Congo, The Democratic Republic Of The" data-provinces="[]">Congo - Kinshasa</option>
6156                  <option value="Cook Islands" data-provinces="[]">Cook Islands</option>
6157                  <option value="Costa Rica" data-provinces="[]">Costa Rica</option>
6158                  <option value="Croatia" data-provinces="[]">Croatia</option>
6159                  <option value="Cuba" data-provinces="[]">Cuba</option>
6160                  <option value="Curacao" data-provinces="[]">Curaçao</option>
6161                  <option value="Cyprus" data-provinces="[]">Cyprus</option>
6162                  <option value="Czech Republic" data-provinces="[]">Czech Republic</option>
6163                  <option value="Côte d'Ivoire" data-provinces="[]">Côte d'Ivoire</option>
6164                  <option value="Denmark" data-provinces="[]">Denmark</option>
6165                  <option value="Djibouti" data-provinces="[]">Djibouti</option>
6166                  <option value="Dominica" data-provinces="[]">Dominica</option>
6167                  <option value="Dominican Republic" data-provinces="[]">Dominican Republic</option>
6168                  <option value="Ecuador" data-provinces="[]">Ecuador</option>
6169                  <option value="Egypt" data-provinces="[[&quot;6th of October&quot;,&quot;6th of October&quot;],[&quot;Al Sharqia&quot;,&quot;Al Sharqia&quot;],
```

```
6170    <option value="El Salvador" data-provinces="[]">El Salvador</option>
6171    <option value="Equatorial Guinea" data-provinces="[]">Equatorial Guinea</option>
6172    <option value="Eritrea" data-provinces="[]">Eritrea</option>
6173    <option value="Estonia" data-provinces="[]">Estonia</option>
6174    <option value="Ethiopia" data-provinces="[]">Ethiopia</option>
6175    <option value="Falkland Islands (Malvinas)" data-provinces="[]">Falkland Islands</option>
6176    <option value="Faroe Islands" data-provinces="[]">Faroe Islands</option>
6177    <option value="Fiji" data-provinces="[]">Fiji</option>
6178    <option value="Finland" data-provinces="[]">Finland</option>
6179    <option value="France" data-provinces="[]">France</option>
6180    <option value="French Guiana" data-provinces="[]">French Guiana</option>
6181    <option value="French Polynesia" data-provinces="[]">French Polynesia</option>
6182    <option value="French Southern Territories" data-provinces="[]">French Southern Territories</option>
6183    <option value="Gabon" data-provinces="[]">Gabon</option>
6184    <option value="Gambia" data-provinces="[]">Gambia</option>
6185    <option value="Georgia" data-provinces="[]">Georgia</option>
6186    <option value="Germany" data-provinces="[]">Germany</option>
6187    <option value="Ghana" data-provinces="[]">Ghana</option>
6188    <option value="Gibraltar" data-provinces="[]">Gibraltar</option>
6189    <option value="Greece" data-provinces="[]">Greece</option>
6190    <option value="Greenland" data-provinces="[]">Greenland</option>
6191    <option value="Grenada" data-provinces="[]">Grenada</option>
6192    <option value="Guadeloupe" data-provinces="[]">Guadeloupe</option>
6193    <option value="Guatemala" data-provinces="[[&quot;Alta Verapaz&quot;,&quot;Alta Verapaz&quot;],[&quot;Baja Verapaz&quot;,&quot;Baja Verapaz&quo
6194    <option value="Guernsey" data-provinces="[]">Guernsey</option>
6195    <option value="Guinea" data-provinces="[]">Guinea</option>
6196    <option value="Guinea Bissau" data-provinces="[]">Guinea-Bissau</option>
6197    <option value="Guyana" data-provinces="[]">Guyana</option>
6198    <option value="Haiti" data-provinces="[]">Haiti</option>
6199    <option value="Heard Island And Mcdonald Islands" data-provinces="[]">Heard &amp; McDonald Islands</option>
6200    <option value="Honduras" data-provinces="[]">Honduras</option>
6201    <option value="Hong Kong" data-provinces="[]">Hong Kong SAR China</option>
6202    <option value="Hungary" data-provinces="[]">Hungary</option>
6203    <option value="Iceland" data-provinces="[]">Iceland</option>
6204    <option value="India" data-provinces="[[&quot;Andaman and Nicobar&quot;,&quot;Andaman and Nicobar&quot;],[&quot;Andhra Pradesh&quot;,&quot;Andh
6205    <option value="Indonesia" data-provinces="[[&quot;Aceh&quot;,&quot;Aceh&quot;],[&quot;Bali&quot;,&quot;Bali&quot;],[&quot;Bangka Belitung&quot;
6206    <option value="Iran, Islamic Republic Of" data-provinces="[]">Iran</option>
6207    <option value="Iraq" data-provinces="[]">Iraq</option>
6208    <option value="Ireland" data-provinces="[[&quot;Carlow&quot;,&quot;Carlow&quot;],[&quot;Cavan&quot;,&quot;Cavan&quot;],[&quot;Clare&quot;,&qu
6209    <option value="Isle Of Man" data-provinces="[]">Isle of Man</option>
6210    <option value="Israel" data-provinces="[]">Israel</option>
6211    <option value="Italy" data-provinces="[[&quot;Agrigento&quot;,&quot;Agrigento&quot;],[&quot;Alessandria&quot;,&quot;Alessandria&quot;],[&quot;
6212    <option value="Jamaica" data-provinces="[]">Jamaica</option>
6213    <option value="Japan" data-provinces="[[&quot;Hokkaidō&quot;,&quot;Hokkaidō&quot;],[&quot;Aomori&quot;,&quot;Aomori&quot;],[&quot;Iwate&quot;,&
6214    <option value="Jersey" data-provinces="[]">Jersey</option>
6215    <option value="Jordan" data-provinces="[]">Jordan</option>
6216    <option value="Kazakhstan" data-provinces="[]">Kazakhstan</option>
6217    <option value="Kenya" data-provinces="[]">Kenya</option>
6218    <option value="Kiribati" data-provinces="[]">Kiribati</option>
6219    <option value="Kosovo" data-provinces="[]">Kosovo</option>
6220    <option value="Kuwait" data-provinces="[]">Kuwait</option>
6221    <option value="Kyrgyzstan" data-provinces="[]">Kyrgyzstan</option>
6222    <option value="Lao People's Democratic Republic" data-provinces="[]">Laos</option>
6223    <option value="Latvia" data-provinces="[]">Latvia</option>
6224    <option value="Lebanon" data-provinces="[]">Lebanon</option>
6225    <option value="Lesotho" data-provinces="[]">Lesotho</option>
6226    <option value="Liberia" data-provinces="[]">Liberia</option>
6227    <option value="Libyan Arab Jamahiriya" data-provinces="[]">Libya</option>
6228    <option value="Liechtenstein" data-provinces="[]">Liechtenstein</option>
6229    <option value="Lithuania" data-provinces="[]">Lithuania</option>
6230    <option value="Luxembourg" data-provinces="[]">Luxembourg</option>
6231    <option value="Macao" data-provinces="[]">Macau SAR China</option>
6232    <option value="Macedonia, Republic Of" data-provinces="[]">Macedonia</option>
6233    <option value="Madagascar" data-provinces="[]">Madagascar</option>
6234    <option value="Malawi" data-provinces="[]">Malawi</option>
6235    <option value="Malaysia" data-provinces="[[&quot;Johor&quot;,&quot;Johor&quot;],[&quot;Kedah&quot;,&quot;Kedah&quot;],[&quot;Kelantan&quot;,&
6236    <option value="Maldives" data-provinces="[]">Maldives</option>
6237    <option value="Mali" data-provinces="[]">Mali</option>
6238    <option value="Malta" data-provinces="[]">Malta</option>
6239    <option value="Martinique" data-provinces="[]">Martinique</option>
6240    <option value="Mauritania" data-provinces="[]">Mauritania</option>
6241    <option value="Mauritius" data-provinces="[]">Mauritius</option>
6242    <option value="Mayotte" data-provinces="[]">Mayotte</option>
6243    <option value="Mexico" data-provinces="[[&quot;Aguascalientes&quot;,&quot;Aguascalientes&quot;],[&quot;Baja California&quot;,&quot;Baja Califor
6244    <option value="Moldova, Republic of" data-provinces="[]">Moldova</option>
6245    <option value="Monaco" data-provinces="[]">Monaco</option>
6246    <option value="Mongolia" data-provinces="[]">Mongolia</option>
6247    <option value="Montenegro" data-provinces="[]">Montenegro</option>
6248    <option value="Montserrat" data-provinces="[]">Montserrat</option>
6249    <option value="Morocco" data-provinces="[]">Morocco</option>
6250    <option value="Mozambique" data-provinces="[]">Mozambique</option>
6251    <option value="Myanmar" data-provinces="[]">Myanmar (Burma)</option>
6252    <option value="Namibia" data-provinces="[]">Namibia</option>
6253    <option value="Nauru" data-provinces="[]">Nauru</option>
6254    <option value="Nepal" data-provinces="[]">Nepal</option>
6255    <option value="Netherlands" data-provinces="[]">Netherlands</option>
6256    <option value="Netherlands Antilles" data-provinces="[]">Netherlands Antilles</option>
6257    <option value="New Caledonia" data-provinces="[]">New Caledonia</option>
6258    <option value="New Zealand" data-provinces="[[&quot;Auckland&quot;,&quot;Auckland&quot;],[&quot;Bay of Plenty&quot;,&quot;Bay of Plenty&quot;],
6259    <option value="Nicaragua" data-provinces="[]">Nicaragua</option>
6260    <option value="Niger" data-provinces="[]">Niger</option>
6261    <option value="Nigeria" data-provinces="[[&quot;Abia&quot;,&quot;Abia&quot;],[&quot;Abuja Federal Capital Territory&quot;,&quot;Abuja Federal C
6262    <option value="Niue" data-provinces="[]">Niue</option>
6263    <option value="Norfolk Island" data-provinces="[]">Norfolk Island</option>
6264    <option value="Korea, Democratic People's Republic Of" data-provinces="[]">North Korea</option>
6265    <option value="Norway" data-provinces="[]">Norway</option>
6266    <option value="Oman" data-provinces="[]">Oman</option>
6267    <option value="Pakistan" data-provinces="[]">Pakistan</option>
```

```
6268            <option value="Palestinian Territory, Occupied" data-provinces="[]">Palestinian Territories</option>
6269            <option value="Panama" data-provinces="[[&quot;Bocas del Toro&quot;,&quot;Bocas del Toro&quot;],[&quot;Chiriquí&quot;,&quot;Chiriquí&quot;],[&qu
6270            <option value="Papua New Guinea" data-provinces="[]">Papua New Guinea</option>
6271            <option value="Paraguay" data-provinces="[]">Paraguay</option>
6272            <option value="Peru" data-provinces="[]">Peru</option>
6273            <option value="Philippines" data-provinces="[]">Philippines</option>
6274            <option value="Pitcairn" data-provinces="[]">Pitcairn Islands</option>
6275            <option value="Poland" data-provinces="[]">Poland</option>
6276            <option value="Portugal" data-provinces="[[&quot;Açores&quot;,&quot;Açores&quot;],[&quot;Aveiro&quot;,&quot;Aveiro&quot;],[&quot;Beja&quot;,
6277            <option value="Qatar" data-provinces="[]">Qatar</option>
6278            <option value="Reunion" data-provinces="[]">Réunion</option>
6279            <option value="Romania" data-provinces="[[&quot;Alba&quot;,&quot;Alba&quot;],[&quot;Arad&quot;,&quot;Arad&quot;],[&quot;Argeş&quot;,&quot;Argeş
6280            <option value="Russia" data-provinces="[[&quot;Altai Krai&quot;,&quot;Altai Krai&quot;],[&quot;Altai Republic&quot;,&quot;Altai Republic&quot;]
6281            <option value="Rwanda" data-provinces="[]">Rwanda</option>
6282            <option value="Sint Maarten" data-provinces="[]">Saint Martin</option>
6283            <option value="Samoa" data-provinces="[]">Samoa</option>
6284            <option value="San Marino" data-provinces="[]">San Marino</option>
6285            <option value="Sao Tome And Principe" data-provinces="[]">São Tomé &amp; Príncipe</option>
6286            <option value="Saudi Arabia" data-provinces="[]">Saudi Arabia</option>
6287            <option value="Senegal" data-provinces="[]">Senegal</option>
6288            <option value="Serbia" data-provinces="[]">Serbia</option>
6289            <option value="Seychelles" data-provinces="[]">Seychelles</option>
6290            <option value="Sierra Leone" data-provinces="[]">Sierra Leone</option>
6291            <option value="Singapore" data-provinces="[]">Singapore</option>
6292            <option value="Slovakia" data-provinces="[]">Slovakia</option>
6293            <option value="Slovenia" data-provinces="[]">Slovenia</option>
6294            <option value="Solomon Islands" data-provinces="[]">Solomon Islands</option>
6295            <option value="Somalia" data-provinces="[]">Somalia</option>
6296            <option value="South Africa" data-provinces="[[&quot;Eastern Cape&quot;,&quot;Eastern Cape&quot;],[&quot;Free State&quot;,&quot;Free State&quot
6297            <option value="South Georgia And The South Sandwich Islands" data-provinces="[]">South Georgia &amp; South Sandwich Islands</option>
6298            <option value="South Korea" data-provinces="[[&quot;Busan&quot;,&quot;Busan&quot;],[&quot;Chungbuk&quot;,&quot;Chungbuk&quot;],[&quot;Chungnam&
6299            <option value="South Sudan" data-provinces="[]">South Sudan</option>
6300            <option value="Spain" data-provinces="[[&quot;A Coruña&quot;,&quot;A Coruña&quot;],[&quot;Álava&quot;,&quot;Álava&quot;],[&quot;Albacete&quot;,
6301            <option value="Sri Lanka" data-provinces="[]">Sri Lanka</option>
6302            <option value="Saint Barthélemy" data-provinces="[]">St. Barthélemy</option>
6303            <option value="Saint Helena" data-provinces="[]">St. Helena</option>
6304            <option value="Saint Kitts And Nevis" data-provinces="[]">St. Kitts &amp; Nevis</option>
6305            <option value="Saint Lucia" data-provinces="[]">St. Lucia</option>
6306            <option value="Saint Martin" data-provinces="[]">St. Martin</option>
6307            <option value="Saint Pierre And Miquelon" data-provinces="[]">St. Pierre &amp; Miquelon</option>
6308            <option value="St. Vincent" data-provinces="[]">St. Vincent &amp; Grenadines</option>
6309            <option value="Sudan" data-provinces="[]">Sudan</option>
6310            <option value="Suriname" data-provinces="[]">Suriname</option>
6311            <option value="Svalbard And Jan Mayen" data-provinces="[]">Svalbard &amp; Jan Mayen</option>
6312            <option value="Swaziland" data-provinces="[]">Swaziland</option>
6313            <option value="Sweden" data-provinces="[]">Sweden</option>
6314            <option value="Switzerland" data-provinces="[]">Switzerland</option>
6315            <option value="Syria" data-provinces="[]">Syria</option>
6316            <option value="Taiwan" data-provinces="[]">Taiwan</option>
6317            <option value="Tajikistan" data-provinces="[]">Tajikistan</option>
6318            <option value="Tanzania, United Republic Of" data-provinces="[]">Tanzania</option>
6319            <option value="Thailand" data-provinces="[]">Thailand</option>
6320            <option value="Timor Leste" data-provinces="[]">Timor-Leste</option>
6321            <option value="Togo" data-provinces="[]">Togo</option>
6322            <option value="Tokelau" data-provinces="[]">Tokelau</option>
6323            <option value="Tonga" data-provinces="[]">Tonga</option>
6324            <option value="Trinidad and Tobago" data-provinces="[]">Trinidad &amp; Tobago</option>
6325            <option value="Tunisia" data-provinces="[]">Tunisia</option>
6326            <option value="Turkey" data-provinces="[]">Turkey</option>
6327            <option value="Turkmenistan" data-provinces="[]">Turkmenistan</option>
6328            <option value="Turks and Caicos Islands" data-provinces="[]">Turks &amp; Caicos Islands</option>
6329            <option value="Tuvalu" data-provinces="[]">Tuvalu</option>
6330            <option value="United States Minor Outlying Islands" data-provinces="[]">U.S. Outlying Islands</option>
6331            <option value="Uganda" data-provinces="[]">Uganda</option>
6332            <option value="Ukraine" data-provinces="[]">Ukraine</option>
6333            <option value="United Arab Emirates" data-provinces="[[&quot;Abu Dhabi&quot;,&quot;Abu Dhabi&quot;],[&quot;Ajman&quot;,&quot;Ajman&quot;],[&quo
6334            <option value="United Kingdom" data-provinces="[]">United Kingdom</option>
6335            <option value="United States" data-provinces="[[&quot;Alabama&quot;,&quot;Alabama&quot;],[&quot;Alaska&quot;,&quot;Alaska&quot;],[&quot;America
6336            <option value="Uruguay" data-provinces="[]">Uruguay</option>
6337            <option value="Uzbekistan" data-provinces="[]">Uzbekistan</option>
6338            <option value="Vanuatu" data-provinces="[]">Vanuatu</option>
6339            <option value="Holy See (Vatican City State)" data-provinces="[]">Vatican City</option>
6340            <option value="Venezuela" data-provinces="[]">Venezuela</option>
6341            <option value="Vietnam" data-provinces="[]">Vietnam</option>
6342            <option value="Wallis And Futuna" data-provinces="[]">Wallis &amp; Futuna</option>
6343            <option value="Western Sahara" data-provinces="[]">Western Sahara</option>
6344            <option value="Yemen" data-provinces="[]">Yemen</option>
6345            <option value="Zambia" data-provinces="[]">Zambia</option>
6346            <option value="Zimbabwe" data-provinces="[]">Zimbabwe</option>
6347          </select>

6348
6349          <div id="AddressProvinceContainer2" style="">
6350              <select id="AddressProvince2" name="address[province]" data-default="California"><option value="Alabama">Alabama</option><option value="Alask
6351          </div>
6352
6353          <input type="text" name="address[zip]" value="" placeholder="Zip/Postcode" autocapitalize="characters" required="">
6354
6355          <div id="GetRatesButton2Container">
6356          </div>
6357        </form>
6358      <div id="wn-regular-cart-shipping-rates-container">
6359          <h4 id="shipping-methods-header">Shipping Methods</h4>
6360          <div id="wn-regular-cart-shipping-rates">
6361
6362          </div>
6363          <a href="#" id="back-to-get-rates">Change Address</a>
6364        </div>
6365      </div>
```

```
6366    </script>
6367
6368
6369    <script id="wholesale-now-regular-cart-subtotal-table-template" type="text/x-handlebars-template">
6370      <div id="wholesale-now-regular-cart-subtotal-table-container">
6371        <table id="wholesale-now-regular-cart-subtotal-table">
6372          <tr>
6373            <td><span class="wn-subtotal-table-label">{{{before_shipping_subtotal_label}}}</span></td>
6374            <td><span class="money">{{{before_shipping_subtotal_amount}}}</span></td>
6375          </tr>
6376          <tr>
6377            <td><span class="wn-subtotal-table-label">{{{shipping_charge_label}}}</span></td>
6378            <td><span class="money">{{{shipping_charge_amount}}}</span></td>
6379          </tr>
6380        </table>
6381      </div>
6382    </script>
6383
6384
6385    <script type="text/javascript">
6386    //Handlebars
6387    !function(a,b){"object"==typeof exports&&"object"==typeof module?module.exports=b():"function"==typeof define&&define.amd?define([],b):"object"==typeof
6388    85:[2,87]},{33:[2,89]},{20:75,63:116,64:76,65:[1,44],67:115,68:[2,96],69:117,70:77,71:78,72:[1,79],78:26,79:27,80:[1,28],81:[1,29],82:[1,30],83:[1,31],
6389    return d?[" && ",f]:[" != null ? ",f," : ",e]})),resolvePossibleLambda:function(){this.push([this.aliasable("container.lambda"),"(",this.popStack(),",
6390
6391    Handlebars.registerHelper('ifSingle', function(variants, options) {
6392      if(variants.length === 1) {
6393        return options.fn(this);
6394      }
6395      return options.inverse(this);
6396    });
6397    </script>
6398
6399
6400    <script type="text/javascript">
6401      if(typeof wn === "undefined") {
6402        wn = {};
6403      }
6404
6405      if(typeof wn.datastore === "undefined") {
6406        wn.datastore = {};
6407      }
6408
6409      if(typeof wn.datastore.discount_groups === "undefined"){
6410        wn.datastore.discount_groups = [];
6411      }
6412
6413      if(typeof wn.datastore.net_order_tags === "undefined") {
6414        wn.datastore.net_order_tags = [];
6415      }
6416
6417
6418
6419      wn.datastore.shop = {"id":null,"shopify_domain":"bakersbodegaexpress.myshopify.com","app_enabled":true,"primary_domain":"bakersbodegaexpress.com","ti
6420      wn.datastore.discount_groups = [];
6421      wn.datastore.theme_setting = {"id":60,"theme_name":"Warehouse","cart_subtotal_selector":".wcp-original-cart-total, .template-product .mini-cart__reca
6422      wn.datastore.net_order_tags = [];
6423
6424    </script>
6425
6426
6427    <div id="wn-net-order-form" class="wn-modal">
6428      <div id="wn-net-order-modal-content">
6429        <h3 id="net-orders-checkout-header">Net Orders Checkout</h3>
6430        <p id="wn-net-order-title"></p>
6431
6432        <table id="wn-net-order-cart" cellspacing="0" cellpadding="0">
6433          <thead>
6434            <th id="item-header">Item</th>
6435            <th></th>
6436            <th class="wn-pull-right" id="price-header">Price</th>
6437            <th class="wn-pull-right" id="qty-header">Qty</th>
6438            <th class="wn-pull-right" id="total-header">Total</th>
6439          </thead>
6440          <tbody>
6441
6442          </tbody>
6443          <tfoot>
6444            <tr id="wn-net-order-subtotal">
6445              <td></td>
6446              <td></td>
6447              <td class="wn-pull-right" id="subtotal-header">
6448                Subtotal
6449              </td>
6450              <td colspan="2" class="wn-pull-right">
6451                <span id="wn-net-order-original-subtotal">$0.00</span><br />
6452                <span id="wn-net-order-discounted-subtotal"></span>
6453              </td>
6454            </tr>
6455            <tr id="wn-net-order-shipping">
6456              <td></td>
6457              <td></td>
6458              <td class="wn-pull-right">
6459                Shipping
6460              </td>
6461              <td colspan="2" class="wn-pull-right">
6462                <span id="wn-net-order-shipping-total"></span>
6463              </td>
```

```
6464          </tr>
6465          <tr id="wn-net-order-total">
6466            <td></td>
6467            <td></td>
6468            <td class="wn-pull-right">
6469              Total
6470            </td>
6471            <td colspan="2" class="wn-pull-right">
6472              <span id="wn-net-order-total-amount"></span>
6473            </td>
6474          </tr>
6475        </tfoot>
6476      </table>
6477
6478      <textarea class="wn-net-notes" placeholder="Order Notes" name="order_notes"></textarea>
6479
6480      <hr>
6481
6482      <h3 id="shipping-address-header">Shipping Address</h3>
6483      <form id="net-order-form" class="submit-address" _lpchecked="1">
6484        <input type="text" name="address[first_name]" value="" placeholder="First Name" required="" style="background-image: url(&quot;data:image/png;bas
6485        <input type="text" name="address[last_name]" value="" placeholder="Surname" required="">
6486        <input type="text" name="address[company]" value="" placeholder="Company">
6487        <input type="text" name="address[address1]" value="" placeholder="Address Line 1" required="">
6488        <input type="text" name="address[address2]" value="" placeholder="Address Line 2">
6489        <input type="text" name="address[city]" value="" placeholder="City" required="">
6490
6491        <select id="AddressCountry" name="address[country]" data-default=""><option value="United States" data-provinces="[[&quot;Alabama&quot;,&quot;Ala
6492          <option value="---" data-provinces="[]">---</option>
6493          <option value="Afghanistan" data-provinces="[]">Afghanistan</option>
6494          <option value="Aland Islands" data-provinces="[]">Åland Islands</option>
6495          <option value="Albania" data-provinces="[]">Albania</option>
6496          <option value="Algeria" data-provinces="[]">Algeria</option>
6497          <option value="Andorra" data-provinces="[]">Andorra</option>
6498          <option value="Angola" data-provinces="[]">Angola</option>
6499          <option value="Anguilla" data-provinces="[]">Anguilla</option>
6500          <option value="Antigua And Barbuda" data-provinces="[]">Antigua &amp; Barbuda</option>
6501          <option value="Argentina" data-provinces="[[&quot;Buenos Aires&quot;,&quot;Buenos Aires&quot;],[&quot;Catamarca&quot;,&quot;Catamarca&quot;],[&
6502          <option value="Armenia" data-provinces="[]">Armenia</option>
6503          <option value="Aruba" data-provinces="[]">Aruba</option>
6504          <option value="Australia" data-provinces="[[&quot;Australian Capital Territory&quot;,&quot;Australian Capital Territory&quot;],[&quot;New South
6505          <option value="Austria" data-provinces="[]">Austria</option>
6506          <option value="Azerbaijan" data-provinces="[]">Azerbaijan</option>
6507          <option value="Bahamas" data-provinces="[]">Bahamas</option>
6508          <option value="Bahrain" data-provinces="[]">Bahrain</option>
6509          <option value="Bangladesh" data-provinces="[]">Bangladesh</option>
6510          <option value="Barbados" data-provinces="[]">Barbados</option>
6511          <option value="Belarus" data-provinces="[]">Belarus</option>
6512          <option value="Belgium" data-provinces="[]">Belgium</option>
6513          <option value="Belize" data-provinces="[]">Belize</option>
6514          <option value="Benin" data-provinces="[]">Benin</option>
6515          <option value="Bermuda" data-provinces="[]">Bermuda</option>
6516          <option value="Bhutan" data-provinces="[]">Bhutan</option>
6517          <option value="Bolivia" data-provinces="[]">Bolivia</option>
6518          <option value="Bosnia And Herzegovina" data-provinces="[]">Bosnia &amp; Herzegovina</option>
6519          <option value="Botswana" data-provinces="[]">Botswana</option>
6520          <option value="Bouvet Island" data-provinces="[]">Bouvet Island</option>
6521          <option value="Brazil" data-provinces="[[&quot;Acre&quot;,&quot;Acre&quot;],[&quot;Alagoas&quot;,&quot;Alagoas&quot;],[&quot;Amapá&quot;,&quot;
6522          <option value="British Indian Ocean Territory" data-provinces="[]">British Indian Ocean Territory</option>
6523          <option value="Virgin Islands, British" data-provinces="[]">British Virgin Islands</option>
6524          <option value="Brunei" data-provinces="[]">Brunei</option>
6525          <option value="Bulgaria" data-provinces="[]">Bulgaria</option>
6526          <option value="Burkina Faso" data-provinces="[]">Burkina Faso</option>
6527          <option value="Burundi" data-provinces="[]">Burundi</option>
6528          <option value="Cambodia" data-provinces="[]">Cambodia</option>
6529          <option value="Republic of Cameroon" data-provinces="[]">Cameroon</option>
6530          <option value="Canada" data-provinces="[[&quot;Alberta&quot;,&quot;Alberta&quot;],[&quot;British Columbia&quot;,&quot;British Columbia&quot;],[
6531          <option value="Cape Verde" data-provinces="[]">Cape Verde</option>
6532          <option value="Cayman Islands" data-provinces="[]">Cayman Islands</option>
6533          <option value="Central African Republic" data-provinces="[]">Central African Republic</option>
6534          <option value="Chad" data-provinces="[]">Chad</option>
6535          <option value="Chile" data-provinces="[]">Chile</option>
6536          <option value="China" data-provinces="[[&quot;Anhui&quot;,&quot;Anhui&quot;],[&quot;Beijing&quot;,&quot;Beijing&quot;],[&quot;Chongqing&quot;,&
6537          <option value="Christmas Island" data-provinces="[]">Christmas Island</option>
6538          <option value="Cocos (Keeling) Islands" data-provinces="[]">Cocos (Keeling) Islands</option>
6539          <option value="Colombia" data-provinces="[[&quot;Bogotá, D.C.&quot;,&quot;Bogotá, D.C.&quot;],[&quot;Amazonas&quot;,&quot;Amazonas&quot;],[&qu
6540          <option value="Comoros" data-provinces="[]">Comoros</option>
6541          <option value="Congo" data-provinces="[]">Congo - Brazzaville</option>
6542          <option value="Congo, The Democratic Republic Of The" data-provinces="[]">Congo - Kinshasa</option>
6543          <option value="Cook Islands" data-provinces="[]">Cook Islands</option>
6544          <option value="Costa Rica" data-provinces="[]">Costa Rica</option>
6545          <option value="Croatia" data-provinces="[]">Croatia</option>
6546          <option value="Cuba" data-provinces="[]">Cuba</option>
6547          <option value="Curaçao" data-provinces="[]">Curaçao</option>
6548          <option value="Cyprus" data-provinces="[]">Cyprus</option>
6549          <option value="Czech Republic" data-provinces="[]">Czech Republic</option>
6550          <option value="Côte d'Ivoire" data-provinces="[]">Côte d'Ivoire</option>
6551          <option value="Denmark" data-provinces="[]">Denmark</option>
6552          <option value="Djibouti" data-provinces="[]">Djibouti</option>
6553          <option value="Dominica" data-provinces="[]">Dominica</option>
6554          <option value="Dominican Republic" data-provinces="[]">Dominican Republic</option>
6555          <option value="Ecuador" data-provinces="[]">Ecuador</option>
6556          <option value="Egypt" data-provinces="[[&quot;6th of October&quot;,&quot;6th of October&quot;],[&quot;Al Sharqia&quot;,&quot;Al Sharqia&quot;],
6557          <option value="El Salvador" data-provinces="[]">El Salvador</option>
6558          <option value="Equatorial Guinea" data-provinces="[]">Equatorial Guinea</option>
6559          <option value="Eritrea" data-provinces="[]">Eritrea</option>
6560          <option value="Estonia" data-provinces="[]">Estonia</option>
6561          <option value="Ethiopia" data-provinces="[]">Ethiopia</option>
```

```
6562    <option value="Falkland Islands (Malvinas)" data-provinces="[]">Falkland Islands</option>
6563    <option value="Faroe Islands" data-provinces="[]">Faroe Islands</option>
6564    <option value="Fiji" data-provinces="[]">Fiji</option>
6565    <option value="Finland" data-provinces="[]">Finland</option>
6566    <option value="France" data-provinces="[]">France</option>
6567    <option value="French Guiana" data-provinces="[]">French Guiana</option>
6568    <option value="French Polynesia" data-provinces="[]">French Polynesia</option>
6569    <option value="French Southern Territories" data-provinces="[]">French Southern Territories</option>
6570    <option value="Gabon" data-provinces="[]">Gabon</option>
6571    <option value="Gambia" data-provinces="[]">Gambia</option>
6572    <option value="Georgia" data-provinces="[]">Georgia</option>
6573    <option value="Germany" data-provinces="[]">Germany</option>
6574    <option value="Ghana" data-provinces="[]">Ghana</option>
6575    <option value="Gibraltar" data-provinces="[]">Gibraltar</option>
6576    <option value="Greece" data-provinces="[]">Greece</option>
6577    <option value="Greenland" data-provinces="[]">Greenland</option>
6578    <option value="Grenada" data-provinces="[]">Grenada</option>
6579    <option value="Guadeloupe" data-provinces="[]">Guadeloupe</option>
6580    <option value="Guatemala" data-provinces="[[&quot;Alta Verapaz&quot;,&quot;Alta Verapaz&quot;],[&quot;Baja Verapaz&quot;,&quot;Baja Verapaz&
6581    <option value="Guernsey" data-provinces="[]">Guernsey</option>
6582    <option value="Guinea" data-provinces="[]">Guinea</option>
6583    <option value="Guinea Bissau" data-provinces="[]">Guinea-Bissau</option>
6584    <option value="Guyana" data-provinces="[]">Guyana</option>
6585    <option value="Haiti" data-provinces="[]">Haiti</option>
6586    <option value="Heard Island And Mcdonald Islands" data-provinces="[]">Heard &amp; McDonald Islands</option>
6587    <option value="Honduras" data-provinces="[]">Honduras</option>
6588    <option value="Hong Kong" data-provinces="[]">Hong Kong SAR China</option>
6589    <option value="Hungary" data-provinces="[]">Hungary</option>
6590    <option value="Iceland" data-provinces="[]">Iceland</option>
6591    <option value="India" data-provinces="[[&quot;Andaman and Nicobar&quot;,&quot;Andaman and Nicobar&quot;],[&quot;Andhra Pradesh&quot;,&quot;Andh
6592    <option value="Indonesia" data-provinces="[[&quot;Aceh&quot;,&quot;Aceh&quot;],[&quot;Bali&quot;,&quot;Bali&quot;],[&quot;Bangka Belitung&quot;
6593    <option value="Iran, Islamic Republic Of" data-provinces="[]">Iran</option>
6594    <option value="Iraq" data-provinces="[]">Iraq</option>
6595    <option value="Ireland" data-provinces="[[&quot;Carlow&quot;,&quot;Carlow&quot;],[&quot;Cavan&quot;,&quot;Cavan&quot;],[&quot;Clare&quot;,&quot;
6596    <option value="Isle Of Man" data-provinces="[]">Isle of Man</option>
6597    <option value="Israel" data-provinces="[]">Israel</option>
6598    <option value="Italy" data-provinces="[[&quot;Agrigento&quot;,&quot;Agrigento&quot;],[&quot;Alessandria&quot;,&quot;Alessandria&quot;],[&quot;A
6599    <option value="Jamaica" data-provinces="[]">Jamaica</option>
6600    <option value="Japan" data-provinces="[[&quot;Hokkaidō&quot;,&quot;Hokkaidō&quot;],[&quot;Aomori&quot;,&quot;Aomori&quot;],[&quot;Iwate&quot;,&
6601    <option value="Jersey" data-provinces="[]">Jersey</option>
6602    <option value="Jordan" data-provinces="[]">Jordan</option>
6603    <option value="Kazakhstan" data-provinces="[]">Kazakhstan</option>
6604    <option value="Kenya" data-provinces="[]">Kenya</option>
6605    <option value="Kiribati" data-provinces="[]">Kiribati</option>
6606    <option value="Kosovo" data-provinces="[]">Kosovo</option>
6607    <option value="Kuwait" data-provinces="[]">Kuwait</option>
6608    <option value="Kyrgyzstan" data-provinces="[]">Kyrgyzstan</option>
6609    <option value="Lao People's Democratic Republic" data-provinces="[]">Laos</option>
6610    <option value="Latvia" data-provinces="[]">Latvia</option>
6611    <option value="Lebanon" data-provinces="[]">Lebanon</option>
6612    <option value="Lesotho" data-provinces="[]">Lesotho</option>
6613    <option value="Liberia" data-provinces="[]">Liberia</option>
6614    <option value="Libyan Arab Jamahiriya" data-provinces="[]">Libya</option>
6615    <option value="Liechtenstein" data-provinces="[]">Liechtenstein</option>
6616    <option value="Lithuania" data-provinces="[]">Lithuania</option>
6617    <option value="Luxembourg" data-provinces="[]">Luxembourg</option>
6618    <option value="Macao" data-provinces="[]">Macau SAR China</option>
6619    <option value="Macedonia, Republic Of" data-provinces="[]">Macedonia</option>
6620    <option value="Madagascar" data-provinces="[]">Madagascar</option>
6621    <option value="Malawi" data-provinces="[]">Malawi</option>
6622    <option value="Malaysia" data-provinces="[[&quot;Johor&quot;,&quot;Johor&quot;],[&quot;Kedah&quot;,&quot;Kedah&quot;],[&quot;Kelantan&quot;,&qu
6623    <option value="Maldives" data-provinces="[]">Maldives</option>
6624    <option value="Mali" data-provinces="[]">Mali</option>
6625    <option value="Malta" data-provinces="[]">Malta</option>
6626    <option value="Martinique" data-provinces="[]">Martinique</option>
6627    <option value="Mauritania" data-provinces="[]">Mauritania</option>
6628    <option value="Mauritius" data-provinces="[]">Mauritius</option>
6629    <option value="Mayotte" data-provinces="[]">Mayotte</option>
6630    <option value="Mexico" data-provinces="[[&quot;Aguascalientes&quot;,&quot;Aguascalientes&quot;],[&quot;Baja California&quot;,&quot;Baja Califor
6631    <option value="Moldova, Republic of" data-provinces="[]">Moldova</option>
6632    <option value="Monaco" data-provinces="[]">Monaco</option>
6633    <option value="Mongolia" data-provinces="[]">Mongolia</option>
6634    <option value="Montenegro" data-provinces="[]">Montenegro</option>
6635    <option value="Montserrat" data-provinces="[]">Montserrat</option>
6636    <option value="Morocco" data-provinces="[]">Morocco</option>
6637    <option value="Mozambique" data-provinces="[]">Mozambique</option>
6638    <option value="Myanmar" data-provinces="[]">Myanmar (Burma)</option>
6639    <option value="Namibia" data-provinces="[]">Namibia</option>
6640    <option value="Nauru" data-provinces="[]">Nauru</option>
6641    <option value="Nepal" data-provinces="[]">Nepal</option>
6642    <option value="Netherlands" data-provinces="[]">Netherlands</option>
6643    <option value="Netherlands Antilles" data-provinces="[]">Netherlands Antilles</option>
6644    <option value="New Caledonia" data-provinces="[]">New Caledonia</option>
6645    <option value="New Zealand" data-provinces="[[&quot;Auckland&quot;,&quot;Auckland&quot;],[&quot;Bay of Plenty&quot;,&quot;Bay of Plenty&quot;],
6646    <option value="Nicaragua" data-provinces="[]">Nicaragua</option>
6647    <option value="Niger" data-provinces="[]">Niger</option>
6648    <option value="Nigeria" data-provinces="[[&quot;Abia&quot;,&quot;Abia&quot;],[&quot;Abuja Federal Capital Territory&quot;,&quot;Abuja Federal C
6649    <option value="Niue" data-provinces="[]">Niue</option>
6650    <option value="Norfolk Island" data-provinces="[]">Norfolk Island</option>
6651    <option value="Korea, Democratic People's Republic Of" data-provinces="[]">North Korea</option>
6652    <option value="Norway" data-provinces="[]">Norway</option>
6653    <option value="Oman" data-provinces="[]">Oman</option>
6654    <option value="Pakistan" data-provinces="[]">Pakistan</option>
6655    <option value="Palestinian Territory, Occupied" data-provinces="[]">Palestinian Territories</option>
6656    <option value="Panama" data-provinces="[[&quot;Bocas del Toro&quot;,&quot;Bocas del Toro&quot;],[&quot;Chiriquí&quot;,&quot;Chiriquí&quot;],[&q
6657    <option value="Papua New Guinea" data-provinces="[]">Papua New Guinea</option>
6658    <option value="Paraguay" data-provinces="[]">Paraguay</option>
6659    <option value="Peru" data-provinces="[]">Peru</option>
```

```
6660        <option value="Philippines" data-provinces="[]">Philippines</option>
6661        <option value="Pitcairn" data-provinces="[]">Pitcairn Islands</option>
6662        <option value="Poland" data-provinces="[]">Poland</option>
6663        <option value="Portugal" data-provinces="[[&quot;Acores&quot;,&quot;Acores&quot;],[&quot;Aveiro&quot;,&quot;Aveiro&quot;],[&quot;Beja&quot;,&quot;
6664        <option value="Qatar" data-provinces="[]">Qatar</option>
6665        <option value="Reunion" data-provinces="[]">Réunion</option>
6666        <option value="Romania" data-provinces="[[&quot;Alba&quot;,&quot;Alba&quot;],[&quot;Arad&quot;,&quot;Arad&quot;],[&quot;Arges&quot;,&quot;Arges
6667        <option value="Russia" data-provinces="[[&quot;Altai Krai&quot;,&quot;Altai Krai&quot;],[&quot;Altai Republic&quot;,&quot;Altai Republic&quot;]
6668        <option value="Rwanda" data-provinces="[]">Rwanda</option>
6669        <option value="Sint Maarten" data-provinces="[]">Saint Martin</option>
6670        <option value="Samoa" data-provinces="[]">Samoa</option>
6671        <option value="San Marino" data-provinces="[]">San Marino</option>
6672        <option value="Sao Tome And Principe" data-provinces="[]">São Tomé &amp; Príncipe</option>
6673        <option value="Saudi Arabia" data-provinces="[]">Saudi Arabia</option>
6674        <option value="Senegal" data-provinces="[]">Senegal</option>
6675        <option value="Serbia" data-provinces="[]">Serbia</option>
6676        <option value="Seychelles" data-provinces="[]">Seychelles</option>
6677        <option value="Sierra Leone" data-provinces="[]">Sierra Leone</option>
6678        <option value="Singapore" data-provinces="[]">Singapore</option>
6679        <option value="Slovakia" data-provinces="[]">Slovakia</option>
6680        <option value="Slovenia" data-provinces="[]">Slovenia</option>
6681        <option value="Solomon Islands" data-provinces="[]">Solomon Islands</option>
6682        <option value="Somalia" data-provinces="[]">Somalia</option>
6683        <option value="South Africa" data-provinces="[[&quot;Eastern Cape&quot;,&quot;Eastern Cape&quot;],[&quot;Free State&quot;,&quot;Free State
6684        <option value="South Georgia And The South Sandwich Islands" data-provinces="[]">South Georgia &amp; South Sandwich Islands</option>
6685        <option value="South Korea" data-provinces="[[&quot;Busan&quot;,&quot;Busan&quot;],[&quot;Chungbuk&quot;,&quot;Chungbuk&quot;],[&quot;Chungnam&
6686        <option value="South Sudan" data-provinces="[]">South Sudan</option>
6687        <option value="Spain" data-provinces="[[&quot;A Coruña&quot;,&quot;A Coruña&quot;],[&quot;Álava&quot;,&quot;Álava&quot;],[&quot;Albacete&quot;,&quot;
6688        <option value="Sri Lanka" data-provinces="[]">Sri Lanka</option>
6689        <option value="Saint Barthélemy" data-provinces="[]">St. Barthélemy</option>
6690        <option value="Saint Helena" data-provinces="[]">St. Helena</option>
6691        <option value="Saint Kitts And Nevis" data-provinces="[]">St. Kitts &amp; Nevis</option>
6692        <option value="Saint Lucia" data-provinces="[]">St. Lucia</option>
6693        <option value="Saint Martin" data-provinces="[]">St. Martin</option>
6694        <option value="Saint Pierre And Miquelon" data-provinces="[]">St. Pierre &amp; Miquelon</option>
6695        <option value="St. Vincent" data-provinces="[]">St. Vincent &amp; Grenadines</option>
6696        <option value="Sudan" data-provinces="[]">Sudan</option>
6697        <option value="Suriname" data-provinces="[]">Suriname</option>
6698        <option value="Svalbard And Jan Mayen" data-provinces="[]">Svalbard &amp; Jan Mayen</option>
6699        <option value="Swaziland" data-provinces="[]">Swaziland</option>
6700        <option value="Sweden" data-provinces="[]">Sweden</option>
6701        <option value="Switzerland" data-provinces="[]">Switzerland</option>
6702        <option value="Syria" data-provinces="[]">Syria</option>
6703        <option value="Taiwan" data-provinces="[]">Taiwan</option>
6704        <option value="Tajikistan" data-provinces="[]">Tajikistan</option>
6705        <option value="Tanzania, United Republic Of" data-provinces="[]">Tanzania</option>
6706        <option value="Thailand" data-provinces="[]">Thailand</option>
6707        <option value="Timor Leste" data-provinces="[]">Timor-Leste</option>
6708        <option value="Togo" data-provinces="[]">Togo</option>
6709        <option value="Tokelau" data-provinces="[]">Tokelau</option>
6710        <option value="Tonga" data-provinces="[]">Tonga</option>
6711        <option value="Trinidad and Tobago" data-provinces="[]">Trinidad &amp; Tobago</option>
6712        <option value="Tunisia" data-provinces="[]">Tunisia</option>
6713        <option value="Turkey" data-provinces="[]">Turkey</option>
6714        <option value="Turkmenistan" data-provinces="[]">Turkmenistan</option>
6715        <option value="Turks and Caicos Islands" data-provinces="[]">Turks &amp; Caicos Islands</option>
6716        <option value="Tuvalu" data-provinces="[]">Tuvalu</option>
6717        <option value="United States Minor Outlying Islands" data-provinces="[]">U.S. Outlying Islands</option>
6718        <option value="Uganda" data-provinces="[]">Uganda</option>
6719        <option value="Ukraine" data-provinces="[]">Ukraine</option>
6720        <option value="United Arab Emirates" data-provinces="[[&quot;Abu Dhabi&quot;,&quot;Abu Dhabi&quot;],[&quot;Ajman&quot;,&quot;Ajman&quot;],[&quot;
6721        <option value="United Kingdom" data-provinces="[]">United Kingdom</option>
6722        <option value="United States" data-provinces="[[&quot;Alabama&quot;,&quot;Alabama&quot;],[&quot;Alaska&quot;,&quot;Alaska&quot;],[&quot;America
6723        <option value="Uruguay" data-provinces="[]">Uruguay</option>
6724        <option value="Uzbekistan" data-provinces="[]">Uzbekistan</option>
6725        <option value="Vanuatu" data-provinces="[]">Vanuatu</option>
6726        <option value="Holy See (Vatican City State)" data-provinces="[]">Vatican City</option>
6727        <option value="Venezuela" data-provinces="[]">Venezuela</option>
6728        <option value="Vietnam" data-provinces="[]">Vietnam</option>
6729        <option value="Wallis And Futuna" data-provinces="[]">Wallis &amp; Futuna</option>
6730        <option value="Western Sahara" data-provinces="[]">Western Sahara</option>
6731        <option value="Yemen" data-provinces="[]">Yemen</option>
6732        <option value="Zambia" data-provinces="[]">Zambia</option>
6733        <option value="Zimbabwe" data-provinces="[]">Zimbabwe</option>
6734    </select>
6735    <div id="AddressProvinceContainer" style="">
6736        <select id="AddressProvince" name="address[province]" data-default=""><option value="Alabama">Alabama</option><option value="Alaska">Alaska</
6737    </div>
6738
6739    <input type="text" name="address[zip]" value="" placeholder="Zip/Postcode" autocapitalize="characters" required="">
6740    <input type="text" name="address[phone]" value="" placeholder="Phone">
6741
6742  </form>
6743
6744  <div id="wn-net-order-get-rates-button-container">
6745  </div>
6746
6747  <div id="wn-net-order-shipping-rates-container">
6748    <h3 id="shipping-methods-header">Shipping Methods</h3>
6749
6750    <div id="wn-net-order-shipping-rates">
6751
6752    </div>
6753  </div>
6754
6755  <div id="wn-net-order-submit-container">
6756  </div>
6757  </div>
```

```
6758    </div>
6759
6760
6761    <script type="text/javascript">
6762    "undefined" == typeof window.Shopify && (window.Shopify = {}),
6763        Shopify.bind = function(t, e) {
6764            return function() {
6765                return t.apply(e, arguments)
6766            }
6767        },
6768        Shopify.setSelectorByValue = function(t, e) {
6769            for (var n = 0, i = t.options.length; n < i; n++) {
6770                var o = t.options[n];
6771                if (e == o.value || e == o.innerHTML)
6772                    return t.selectedIndex = n, n
6773            }
6774        },
6775        Shopify.addListener = function(t, e, n) {
6776            t.addEventListener ? t.addEventListener(e, n, !1) : t.attachEvent("on" + e, n)
6777        },
6778        Shopify.postLink = function(t, e) {
6779            e = e || {};
6780            var n = e.method || "post",
6781                i = e.parameters || {},
6782                o = document.createElement("form");
6783            o.setAttribute("method", n),
6784                o.setAttribute("action", t);
6785            for (var r in i) {
6786                var l = document.createElement("input");
6787                l.setAttribute("type", "hidden"),
6788                    l.setAttribute("name", r),
6789                    l.setAttribute("value", i[r]),
6790                    o.appendChild(l)
6791            }
6792            document.body.appendChild(o),
6793                o.submit(),
6794                document.body.removeChild(o)
6795        },
6796        Shopify.WNCountryProvinceSelector = function(t, e, n) {
6797            this.countryEl = document.getElementById(t),
6798            this.provinceEl = document.getElementById(e),
6799            this.provinceContainer = document.getElementById(n.hideElement || e),
6800            Shopify.addListener(this.countryEl, "change", Shopify.bind(this.countryHandler, this)),
6801            this.initCountry(),
6802            this.initProvince()
6803        }, Shopify.WNCountryProvinceSelector.prototype = {
6804            initCountry: function() {
6805                var t = this.countryEl.getAttribute("data-default");
6806                Shopify.setSelectorByValue(this.countryEl, t), this.countryHandler()
6807            },
6808            initProvince: function() {
6809                var t = this.provinceEl.getAttribute("data-default");
6810                t && this.provinceEl.options.length > 0 && Shopify.setSelectorByValue(this.provinceEl, t)
6811            },
6812            countryHandler: function() {
6813                var t = this.countryEl.options[this.countryEl.selectedIndex],
6814                    e = t.getAttribute("data-provinces"),
6815                    n = JSON.parse(e);
6816                if (this.clearOptions(this.provinceEl), n && 0 == n.length) this.provinceContainer.style.display = "none";
6817                else {
6818                    for (var i = 0; i < n.length; i++) {
6819                        var t = document.createElement("option");
6820                        t.value = n[i][0], t.innerHTML = n[i][1], this.provinceEl.appendChild(t)
6821                    }
6822                    this.provinceContainer.style.display = ""
6823                }
6824            },
6825            clearOptions: function(t) {
6826                for (; t.firstChild;) t.removeChild(t.firstChild)
6827            },
6828            setOptions: function(t, e) {
6829                var n = 0;
6830                for (e.length; n < e.length; n++) {
6831                    var i = document.createElement("option");
6832                    i.value = e[n], i.innerHTML = e[n], t.appendChild(i)
6833                }
6834            }
6835        };
6836
6837        new Shopify.WNCountryProvinceSelector('AddressCountry', 'AddressProvince',{ hideElement: 'AddressProvinceContainer' });
6838
6839    </script><script src="https://wholesale-pricing-now.herokuapp.com/widget/javascript?shop=bakersbodegaexpress.myshopify.com"></script><style>
6840    .non-modal-net-order-form.submitted{text-align:center;font-weight:bold;font-size:28px;margin-bottom: 80px !important;}
6841    </style>
6842
6843
6844
6845
6846    <script data-cfasync="false" data-no-instant>window.jQuery ||
6847      document.write("<script src='https://ajax.googleapis.com/ajax/libs/jquery/2.2.4/jquery.min.js'>\x3C/script>")
6848    </script>
6849
6850
6851    <script type="text/javascript">
6852
6853      window.saso = {
6854        shop_slug: "bakersbodegaexpress",
6855        money_format: "${{amount}}",
```

```
6856          customer: null,
6857          cart: null,
6858      }
6859      window.saso_extras = {}
6860
6861
6862
6863
6864
6865
6866
6867
6868
6869
6870
6871      window.saso.cart = {"note":null,"attributes":{},"original_total_price":0,"total_price":0,"total_discount":0,"total_weight":0.0,"item_count":0,"item
6872      delete window.saso.cart.note
6873      window.saso.cart_collections = {}
6874
6875      if (typeof window.saso.cart.items == "object") {
6876          for (var i=0; i<window.saso.cart.items.length; i++) {
6877              ["sku", "grams", "vendor", "url", "image", "handle", "requires_shipping", "product_type", "product_description"].map(function(a) {
6878                  delete window.saso.cart.items[i][a]
6879              })
6880          }
6881      }
6882
6883
6884    window.saso.page_type = ""
6885    if (typeof window.location == "object" && typeof window.location.pathname == "string") {
6886        if (window.location.pathname.indexOf('/checkouts/') > -1) {
6887            window.saso.page_type = "checkout"
6888        }
6889    }
6890  </script>
6891
6892
6893
6894
6895
6896      <script data-cfasync="false">
6897          jQuery(function(){
6898              jQuery(document).on('click', "input[name='checkout']:not(.saso-ignore), input[value='Checkout']:not(.saso-ignore), button[name='checkout']:
6899                  e.preventDefault();
6900
6901                  if (typeof sasoCheckout != "function") {
6902                      window.location = "/checkout";
6903                  }
6904
6905                  jQuery.ajax({
6906                          cache: false,
6907                          contentType: "application/json; charset=utf-8",
6908                          dataType: "json",
6909                          type: "GET",
6910                          url: '/cart.js',
6911                          success: function(res) {
6912                              window.saso.cart = res
6913                              sasoCheckout()
6914                          }
6915                      })
6916
6917              });
6918          });
6919      </script>
6920
6921
6922
6923  </body>
6924  </html>
6925  <!-- Begin Shopify-Afterpay JavaScript Snippet (v1.0.1) -->
6926  <script type="text/javascript">
6927    // Liquid variables:
6928    var afterpay_product = null;
6929    var afterpay_product_variant = null;
6930    var afterpay_cart_total_price = 0;
6931  </script>
6932  <!-- End Shopify-Afterpay JavaScript Snippet (v1.0.1) -->
```

12:08    .ıll LTE 25

🔒 google.com

 

☰    Google    

🔍 bakersbodega express    ✕

Maps    Locations    Near me    Shopping    Cou

---

# BakersBodega Express

⋮    
1,028+

4.5 ★★★★½ (251)

Baking supply store · Open

[ Overview ]    Photos    Reviews    By owner

            ⊕

📞    ➡️    🔗    🌐
CALL    DIRECTIONS    SHARE    WEBSITE

---

🏪    In-store shopping · Delivery

---

📍    4299 Maine Ave, Baldwin Park, CA 91706, United States    
Los Angele St

Located in: Maine Avenue Marketplace

---

🕐    Open · Closes 3 PM ⌄
Independence Day might affect these hours

---

📞    +1 562-777-2251

---

BakersBodega Express

3:59   📶 5G ⚡ 71

🔒 google.com

Maps   Images   Videos   Shopping   News

---

 **Coupontoaster**
https://coupontoaster.com › bakersb...

## 5% OFF BakersBodega Express Discount Codes for June 2023

Enjoy with 8 latest bakersbodega express coupons and bakersbodega express discount codes 5% Off - 5% Off.

---

 **Roadtrippers**
https://maps.roadtrippers.com › bak...

## BakersBodega Express - Baldwin Park

BakersBodega Express - Baldwin Park. 100 Reviews. US · California; Baldwin Park. Save. Learn more about this business on Yelp.

---

 **Future Profilez**
https://futureprofilez.com › project

## Bakers Bodega Express

Bakers Bodega Express. Baker Bodega Express is a wholesale online bakery shop supplies for bakery, cake shop, donuts shop and specialty home baking.

---

 **Loc8NearMe**
https://www.loc8nearme.com › bak...

## BakersBodega Express - 4299 Maine Ave, Baldwin Park CA 91706

From BakersBodega Express. In our Retail and Wholesale cake decorating and baking supply store, you will find an amazing selection of supplies for your...

Case 3:24-cv-00046-AGS-JLB   Document 6   Filed 01/12/24   PageID.288   Page 110 of 130



@BAKERS.EXPRESS

**Bakers Express** 🌐   Follow

🥐🚩 Exciting News! 🚩🥐👀 Co... more

🎵 rs Express · Original aud   📍 Bakers Express

Add a comment



9:58

bakersbodegaexpress



▶ 2.5K

▶ 4K


Home


Video


Marketplace


Dating


Notifications


Menu



9:59

bakersbodegaexpress

**All**   Posts   People   Reels   Groups   Pag

👍❤️ 32        3 comments    1 share    1.5K views

👍 Like        💬 Comment        📞 Send        ↗ Share

---

 **Bakersbodega Express** · **Follow**
Nov 24 · 🌐

It could also apply to the bakery 🥐 ☺️ and
Remember!  You can use our products for more
quality 😋 ... See more



**BakersBodega**

**HOW
TO START**
**MY DESSERT
BUSINESS?**

swipe

*1. RESEARCH*

Look for trends, learn about
the growth of other identities
identify the competition,
identify local manufacturers,
stores and sales.

**BEST PRICE**
*guarantee!*

*2. SELECT YOUR PRODUCTS*

enter our website bakersbodega.com
and select from the great variety and
high quality of our products, those
inputs that you may need, remember
that the better quality your ingredients
are, the better your desserts will be

*3. PREPARE YOUR
WORK PLACE*

prepare a place in your home that
gives you enough space to create,
store and experiment, ideally a
secluded place that can not be
contaminated or safe spaces in case
you have children around.

*4. ESTABLISH YOUR
TARGET AUDIENCE*

Selling to everyone may be a
problem because without a
defined audience you will not be
able to focus your efforts.
On a sheet place your ideal
customer profile, gender, income
level, lifestyle, and the place where
to offer.

Take advantage of the networks
for this task.

**+5**

👍 Like        💬 Comment        📞 Send        ↗ Share

---

 **Joseph Thee BaKer** was live. · **Follow**
1d · 🌐

Let's talk cake, let's talk about product. All

---

🏠 Home        ▶️ Video        🏪 Marketplace ⁴        ♡ Dating        🔔 Notifications ³        🌅 Menu



## w Highlights

"BakersBodega Express had everything I needed to create my brothers wedding cake an for all my **Baking** an Decorating needs." in 15 reviews

"After hearing of your shop from **Joseph thee baker** I hoped to find myself close one day.." in 5 reviews

"Thank you sooooo much **Bakers Bodega** for helping me prepare my Daughter's cake for her 6th Birthday!!!" in 4 reviews

## ion & Hours

Suggest an edit



Map data ©2023

**ine Ave**
Park, CA 91706

Get directions

| | | |
|---|---|---|
| Mon | 8:00 AM - 3:00 PM | |
| Tue | 8:00 AM - 3:00 PM | |
| Wed | 8:00 AM - 3:00 PM | |
| Thu | 8:00 AM - 7:00 PM | Open now |
| Fri | 8:00 AM - 7:00 PM | |
| Sat | 8:00 AM - 12:00 PM | |
| Sun | Closed | |

### Upcoming Special Hours

| | |
|---|---|
| Mon, Dec 25, 2023 | Closed |
| Mon, Jan 1, 2024 | Closed |

Free Shipping on all order $49 or more! SHOP NOW!



Search...

Close

Login / Signup          0

My account          Cart

# About BakersExpress.



To Our Wonderful Clients,

We are BakersBodega Express located in Baldwin Park and in La Habra, CA. We are independently owned and operated by, Emmanuel Rodriguez, lovingly known as Manny to our staff and many of you. Manny helped establish the first BakersBodega store, operated by Coast 2 Coast Foods, Inc. in Pico Rivera, CA. As manager of the Pico Rivera location, Manny learned the ins and outs of what it takes to run and operate a thriving store, and after 7 years at the Pico location, he decided it was in his best interest to open his own location. BakersBodega Express opened its doors in February 2016 and has since expanded from serving the Baldwin Park & La Habra community to areas all over the nation with the implementation of their website amid the Coronavirus Pandemic.



Manny has successfully- with the help of his wonderful wife, Claudia, and their staff, created a flourishing business that is here to serve the baking community. BakersBodega Express prides itself on providing high quality, yet affordable products to business owners and home bakers alike. Our team is here to help in any way we can all while providing excellent customer service.

JOIN OUR MAILING LIST

Enter your email and receive 10% off your first order.

Email address

Join

*We hope to see you soon!*

## Subscribe to our newsletter

Enter your email address below to join our mailing list and have our monthly specials and member-only deals delivered straight to your inbox.

Your email

Subscribe

100% free, Unsubscribe any time!



**We deliver nationwide**

Shipping to USA & Canada



**Return Policy**

Returns, Cancellations & Changes



**Top-notch support**

Ready to assist you 24/7



**Secure payments**

Pay with peace-of-mind

**BAKERS EXPRESS, BALDWIN PARK**

(562) 777-2251

4299 Maine Ave, Baldwin Park, CA 91706

**MENU**

Search

Shop

Shipping Policy

Refund Policy

Online Payment

General Information

Contact Us

Do not sell my personal information

Privacy Policy

**NEWSLETTER**

Enter your email address below to join our mailing list and have our monthly specials and member-only deals delivered straight to your inbox.

Your email

Subscribe

© Bakers Express

Powered by Shopify

Follow Us

We Accept

© Bakers Express

Powered by Shopify





Log in — Shopify   Gmail Login   Adobe Creative Clo...   QuickBooksLogin   Home   »

## w Highlights

"BakersBodega Express had everything I needed to create my brothers wedding cake an for all my **Baking** an Decorating needs." **in 15 reviews**

"After hearing of your shop from **Joseph thee baker** I hoped to find myself close one day.." **in 5 reviews**

"Thank you sooooo much **Bakers Bodega** for helping me prepare my Daughter's cake for her 6th Birthday!!!" **in 4 reviews**

## ion & Hours

Suggest an edit



| | | |
|---|---|---|
| Mon | 8:00 AM - 3:00 PM | |
| Tue | 8:00 AM - 3:00 PM | |
| Wed | 8:00 AM - 3:00 PM | |
| Thu | 8:00 AM - 7:00 PM | Open now |
| Fri | 8:00 AM - 7:00 PM | |
| Sat | 8:00 AM - 12:00 PM | |
| Sun | Closed | |

**ine Ave**
Park, CA 91706

Get directions

### Upcoming Special Hours

| | |
|---|---|
| Mon, Dec 25, 2023 | Closed |
| Mon, Jan 1, 2024 | Closed |










6:23 PM
11/30/2023



Live chat replay was turned off for this video.

## Bakers in the Kitchen Drinking Coffee



Bakers Express...
1.62K subscribers

Subscribed ⌄

👍 1    👎    ➡ Share    •••

35 views   Streamed 7 months ago
...more

All    From your search    From Bakers Express Baldwin ...    Chocolate    Related



The Spy in Your Phone | Al Jazeera World
Al Jazeera English ✓





# Copy of BakersBodega Express

442 views  5y ago  ...more

 BakersBodega Express Ba...  1.4K  Subscribe

 6       Share   Remix   Download

## Comments 1

 Add a comment...




Manifest While You Sleep - LAW OF
ATTRACTION Affirmations
Jessica Heslop - Manifest by Jess · 3.4M views · 3
years ago



**Bakers Express** Baldwin Park ; Lemon Cakepops. 97 views ; 50Express Dulce De Leche / Caramel Apple **Video**. 1.8K views ; 50EXPRESS Sugar Cooke Mix. 217 views.

YouTube
https://www.youtube.com › @BakersBodegaExpressBald... ⋮

## Bakers Express Baldwin Park

@BakersBodegaExpressBaldwinPark. @BakersBodegaExpressBaldwinPark · · 1.44K subscribers · 443 videos. Cake decorating supply SuperStore. Subscribe.

YouTube · Bakers Express Baldwin Park
30+ views · 4 years ago                                                           ⋮

## BakersBodega Express - YouTube



FREE WEDNESDAY DEMO-Churro Cheesecake.

YouTube · Bakers Express Baldwin Park
460+ views                                                                        ⋮

## BakersBodega Express

~Boxed Cake Mix Hack~ BETTER than **BAKERY** CAKE!!! · 6.9M views ; Chocolate Coating Panning Machine ChocoMan Spin - Mangharam Chocolate Solutions | Make Chocolates.

YouTube
https://www.youtube.com › about ⋮

## Bakers Express Baldwin Park

**Bakers Express** Baldwin Park. @BakersExpress1.6K subscribers461 videos. Cake decorating supply SuperStore. bakersexpress.com. Subscribe. HomeVideosShorts ...

YouTube · Bakers Express Baldwin Park
440+ views · 6 years ago                                                          ⋮

     



 **FIVESTARS**

Find Locations     For Businesses     Marketing Tips     Sign In

## About Bakers Express

To Our Wonderful Clients,

It has come to our attention that many of you have been receiving Fivestars messages from BakersBodega Anaheim even though you may have never shopped at their location. We have contacted Fivestars and are getting the issue resolved. Moving forward, you will only receive messages from BakersBodega Express. We apologize for any inconvenience and/or frustration receiving multiple Fivestars messages has had on you. We do not share or sell any of our client's personal information.

With that said, we just want to take a moment to reintroduce ourselves. We are BakersBodega Express located in Baldwin Park, CA. We are independently owned and operated by, Emmanuel Rodriguez, lovingly known as Manny to our staff and many of you. Manny helped establish the first BakersBodega store, operated by Coast 2 Coast Foods, Inc. in Pico Rivera, CA. As manager of the Pico Rivera location, Manny learned the ins and outs of what it takes to run and operate a thriving store, and after 7 years at the Pico location, he decided it was in his best interest to open his own location. BakersBodega Express opened its doors in February 2016 and has since expanded from serving the Baldwin Park community to areas all over the nation with the implementation of their website amid the Coronavirus Pandemic.

Manny has successfully- with the help of his wonderful wife, Claudia, and their staff- created a flourishing business that is here to serve the baking community. BakersBodega Express prides itself on providing high quality, yet affordable products to business owners and home bakers alike. Our team is here to help in any way we can all while providing excellent customer service.

We want to thank all of you for your continued support! We hope to see you soon!
www.bakersbodegaexpress.com

Own a local business in Baldwin Park, CA? Partner with us and create your own rewards, deals, coupons, and loyalty program!

**See A Demo**

5:08

BAKERSBODEGAEXPRESSBP

**Posts**

Follow





**TIPLESS PASTRY BAGS**
50Express®

ONLINE
**$7⁷⁹ EACH**
REGULAR: $10.39



**MONTHLY SALE**
SPECIALS GOOD FROM 5/1/23-5/31/23

18 likes

**bakersbodegaexpressbp** Hey, lovely people!👋 Just a friendly reminder that our amazing monthly sale is wrapping up soon. 💻💰⏳ Don't miss out on... more

May 22





BakersBodega
*Express*

Find related content    Search

WELCOME                  429

Norwalk
10.4K videos of this place

**Bakers Express BP** · 5-22

Join @Liz Rivas as she shows us her
favorite items from #bakersexpr... more

♫ original sound - bakersexpressbp

46

7

4

3

Add comment...                @    ☺



*Egg prices are up!*
# SAVE MONEY
*No eggs required!*

WHITE CAKE MIX

BakersBodega
*Express*



18

0

10

Share

**Bakers Express BP** · 2022-12-16

Red Velvet, Vanilla, Chocolate, or
Confetti, no matter what kind of... more

♫ original sound - bakersexpressbp

Add comment...

